# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 APR 16 PM 3:39

DEPUTY CLERK RAN

ORIGINAL

RANDY ALGOE
Plaintiff

v.

STATE OF TEXAS Et Al, - SEE ATTACHED
Defendant

3-15CV-1162D
Civil Action No.

**COMPLAINT**

Title 42 U.S.C. 1983, 1985, 1986, and others. Please see attached.

Date: Apr 15, 2015

Signature: [signature]

Print Name: Randy Algoe

Address: P.O. Box 821103

City, State, Zip: N. Richland Hills, TX 76182

Telephone:

3

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 APR 16 PM 3:39

DEPUTY CLERK RAN

Randy ALGOE, in pro se
P.O. Box 821103
N. Richland Hills, TX. 76182

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

RANDY ALGOE,
WE THE PEOPLE

Plaintiffs,

vs.

STATE OF TEXAS,
STATE OF FLORIDA,
CITY OF GRAND PRAIRIE,
CITY OF IRVING,
UNITED STATES OF AMERICA,
ROBERT HARRIGILL,
STEVEN MCCRAW,
BRIAN RIEMENSCHNEIDER,
DAVID B. ACKERMAN,
TERRY D. TERRELL,
CSI,
PATRICIA NASWORTHY,
CANDACE CHAPPELL,
MEGAN SUAREZ,
CHAD BULL,
RODNEY ADAMS,
A. LOTSPEICH,
SEAN WARD,

Et Al, DOES 1-100

Defendants.

CASE NO.
3-15CV-1162D

COMPLAINT OF DEPRIVATION OF RIGHTS (TITLE 42 USCS §§ 1983, 1985, 1986, 1988)

JUDGE:

DEMAND FOR JURY TRIAL

REMOVAL FROM STATE COURT AND VERIFIED COMPLAINT

JURISDICTION AND VENUE

1. This action is in response to the driver's license revocation and of ALGOE'S rights and privileges abstracted by the

Texas DPS and in conspiracy and collusion with the Florida Courts, which raises several federal questions referenced herein, and arises under and has its origin in the Constitution of the United States of America Article III section 2 clause. 1; Amendments I, IV, V, VI, VIII, IX, and XIV U.S. Constitution and is supplemented with Title 18 U.S.C. §§ 241, 242, 245, 1951; and Title 42 U.S.C. §§ 1983, 1985, 1986 and 1988; Article I, Section 10, Clause 1: **No State shall** enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any thing but gold and silver Coin a Tender in Payment of Debts; pass any **Bill of Attainder, ex post facto Law**, or Law impairing the Obligation of Contracts, or grant any Title of Nobility; and Clause 3: No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement **or Compact** with another State, or with a foreign Power, or engage in War, **unless actually invaded**, or in such imminent Danger as will not admit of delay; Article IV, Section 1: Full Faith and Credit shall be given in each State to the public Acts, Records, **and judicial Proceedings of every other State**. And the Congress may by general laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof; Article IV, Section 2, Clause 1: **The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States**; Article VI, Clause 2: This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and **the Judges in**

**every State shall be bound thereby**, any thing in the Constitution or Laws of any State to the Contrary notwithstanding; Clause 3: The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States; as a result of the Defendants violating vested Rights of the Plaintiff under Color of State law.

2. Jurisdiction is conferred upon this Court by U.S.C. Title 28, sections 1331 and 1343(a)(1)(3)&(4).

3. Venue is appropriately placed as the acts and practices alleged herein occurred in the State of Texas, which is in this judicial district, but a part of such acts were unlawfully initiated by the State of Florida by an unlawful demand for Texas to take actions against plaintiff under color of law against a citizen of Texas (a Texas born and raised descendant of the founding fathers of Texas), thereby establishing diversity jurisdiction in the Texas Federal Court, and the jurisdiction is proper due to other injuries initiated by the several individuals and government bodies within the State of Texas, that have intentionally and wantonly compounded the bad acts of the illegal Florida demands of the Texas government.

**PARTIES**

4. Plaintiff **RANDY ALGOE**, (hereafter ALGOE) was at all times mentioned herein a resident of the State of Texas.

5.   Defendant, **STEVEN MCCRAW**, (hereafter MCCRAW) is now and was all times herein mentioned employed by the State of Texas, as Director of the Department of Public Safety and judicial officer of the court, and resides in Travis County, Texas (as far as I know);

6.   Defendant **BRIAN RIEMENSCHNEIDER** (hereinafter RIEMENSCHNEIDER), is now and was all times herein mentioned employed as attorney/agent and judicial officer of the court for the Texas Department of Public Safety, and resides in Travis County (as far as I know);

7.   Defendant **ROBERT HARRIGILL** (badge # 2393), (hereafter HARRIGILL), is now (as far as I know), and at all times herein mentioned acting as a Florida Highway Patrol Trooper, a judicial officer of the court in the State of Florida, and resides in the State of Florida (as far as I know);

8.   Defendant **DAVID B. ACKERMAN** (hereinafter ACKERMAN) is now and at all times herein mentioned was a Judge for the County Traffic Court of Escambia County, Florida, a judicial officer of the court, and resides in Escambia County, Florida (as far as I know);

9.   Defendant **TERRY D. TERRELL** (hereinafter TERRELL) is now and at all times herein mentioned was a Judge for the County Circuit Court of Escambia County, Florida, a judicial officer of the court, and resides in Escambia County, Florida (as far as I know);

10.   Defendant **CSI** (hereafter CSI) is now and at all times herein mentioned was a Corporation doing business within the State of Florida, an agency of the courts of Florida with the address of 180 E. Burgess Rd. Pensacola, FL. 32503;

11. Defendant **PATRICIA NASWORTHY** (hereafter NASWORTHY) is now and at all times herein mentioned was an assistant prosecutor of the Municipality of Grand Prairie, Texas, a judicial officer of the court, and resides in Tarrant County Texas (as far as I know);

12. Defendant **MEGAN SUAREZ** (hereinafter SUAREZ) is now and at all times herein mentioned was an assistant prosecutor of the Municipality of Grand Prairie, Texas, a judicial officer of the court, and resides in Dallas County, Texas (as far as I know);

13. Defendant **CHAD BULL** (hereinafter BULL) is now and at all times herein mentioned was a Judge for the Municipality of Grand Prairie, Texas, a judicial officer of the court, and resides in Dallas County, Texas (as far as I know);

14. Defendant **SEAN WARD** (hereinafter WARD) is now and at all times herein mentioned was a Police Officer for the Municipality of Grand Prairie, Texas, a judicial officer of the court, and resides in Dallas County, Texas (as far as I know);

15. Defendant **CANDACE CHAPPELL** (hereafter CHAPPELL) is now and at all times herein mentioned was an assistant prosecutor of the Municipality of Irving, Texas, a judicial officer of the court, and resides in Dallas County, Texas (as far as I know);

16. Defendant **RODNEY ADAMS** (hereafter ADAMS) is now and at all times mentioned herein was a Judge for the municipality of Irving, Texas, a judicial officer of the court, and resides in Dallas County, Texas (as far as I know);

17. Defendant Officer **A. LOTSPEICH** ID # 965 (hereinafter LOTSPEICH) is now and at all times herein mentioned was a Police

Officer for the Municipality of Irving, Texas, a judicial officer of the court, and resides in Dallas County, Texas (as far as I know);

**18. All Defendants listed herein individually, jointly, and severally acted, colluded, and conspired with each other and others not only to obstruct justice in general, but they have each and all participated in falsifying the record in an unreasonable and unconscionable effort to specifically target and unlawfully intimidate and fatigue ALGOE into compliance, initiated for merely wanton revenue enrichment purposes (Hobbs Act violations), and in doing so they furthered their abuses by retaliation against ALGOE for his standing up to them and the government (Title 18 and Title 42 violations), thereby and therein depriving ALGOE of his several rights, privileges, and immunities to some degree with each other and others, and as of yet with unidentified does 1-100 herein named as Defendants and therefore as each being judicial officers of the court in the State of Texas, and the State of Florida respective to HARRIGILL, ACKERMAN, and TERRELL, and the other Defendants respective to their individual offices, acted in defiance of the U.S. Constitution, the Florida Constitution, the Texas Constitution, and the several rules of law of the United States, the State of Florida, and the State of Texas, in Dallas County, Travis County, and Tarrant County, Texas; and Escambia County, Florida respective to HARRIGILL, ACKERMAN, and TERRELL; and/or respective to the jurisdictions of the other Defendant's offices. These acts are understood and considered by ALGOE to be several criminal violations of the Hobbs Act, the RICO Act, the Brady Rule, and in the case of**

SUAREZ in collusion with BULL, SOLICITATION OF BRIBERY via the offering by SUAREZ of the acceptance of a fee of $25 that Judge BULL charges - to alter the official record.  This is the exact reason ALGOE demanded that ALL hearings be done on the record, but both the Grand Prairie and Irving municipal courts intentionally violated the procedures of court to deprive ALGOE of such things thereby failing to abide by that lawful demand, and in fact NO PRETRIAL HEARINGS EVER TOOK PLACE BECAUSE JUDGE'S ADAMS AND BULL FAILED TO APPEAR, THEREBY BREACHING THEIR OATHS OF OFFICE AND THEIR CONTRACTS FOR EMPLOYMENT TO FAITHFULLY EXECUTE THE LAW AND PERFORM ALL REQUIRED DUTIES, thereby waiving all subject matter jurisdiction.  These things were in addition to their failures to establish subject matter jurisdiction in the first place by verifying the evidence of the cases, and verifying that ALL elements that a crime was committed had been satisfied, including the production of any injured party adversary.  These things are in addition to their intentional failure to produce discovery.  Such intent to obstruct justice and deprive ALGOE of his due process rights is verified in the emails of NASWORTHY and CHAPPELL (and others)(attached hereto), where their plot is described and defined, - the intent to deprive ALGOE of the discovery with an eye towards putting him in jail in retaliation for his merely propounding the discovery demands.  Each such conspiracy has now been culminated and evidenced by the issuance of a warrant from each of the two municipalities for ALGOE'S arrest, and in furthering that criminal activity by conspiring with ADAMS and BULL (and others) to intentionally ignore

the laws cited by ALGOE in the motions to arrest judgment documents filed by ALGOE, thereby interfering with the due course of law and ALGOE'S rights thereof, and therewith obstructing justice in and of their own clerk's duties to file and perfect the appeals ALGOE demanded under State law.  Thereby intentionally and wantonly proceeding again without subject matter jurisdiction since the notices of appeal had already been filed (thereby removing any jurisdiction they may have had) and compoundingly demanded that they be filed by the clerks.  They intentionally ignored these demand because they wanted and plotted to submit ALGOE to the pains and frustrations of the loss of his liberty at the hands of an all powerful, tyrannical, and retaliatory criminal government. Additionally, all such things have been committed with the intent to further the compounding injury to ALGOE to deprive ALGOE of a driver's license (the prime subject of this case for removal to Federal Court), thereby infringing upon and violating ALGOE'S constitutional natural law right to travel without fear of government intrusion and trespass of said rights and official oppression, as is evidenced by all acts and documents relative to this case (some of which are attached hereto).  Further, ALGOE believes that a license to drive a vehicle should NEVER expire (or be revoked if there is no injury to an adversary) as the entire purpose of its creation was to insure one knew how to drive.  It was never intended to be used as a tool of government control and oppression.  Just like a pilot's license never expires, once a person has passed the basic qualifications test he/she has proven

the knowledge required for the intended purpose of the driver's license. But over time the state governments have manipulated such licenses into a tool for manipulation and control over the people's rights, as well as an unconstitutional tool to monitor who the people are and how they age, where they domicile, and how they travel, thereby invading and violating a persons natural law right to privacy, without probable cause that a crime has been committed against another, and done without warrant. Just like the 1st and 2nd Amendments, <u>the government DOES NOT possess ownership interest</u> over the natural law rights of the people, nor can it limit said rights; rights to free speech, rights to worship God, rights to bear arms, and even the right to travel; therefore it can NOT dictate restrictions thereof as long as the actions of the exercisers of said rights do not injure others or if there has been no strictly defined and evidenced eminent threat to others. Therefore, the government can not criminalize the exercise of the natural law right to travel, such laws and restrictions are not only unconstitutional, but are forbidden ex post facto. Further, We The People have NOT explicitly conveyed authority to the government to control or monitor our several rights against our will either, which makes this entire case of abuses also in violation of ALGOE'S and The People's 9th Amendment Right(s). All such restrictions are therefore unconstitutional as ex post facto laws to the 9th Amendment as well as the other Amendments referenced herein. ALL SUCH ACTS WERE COMMITTED ILLEGALLY - UNDER COLOR OF LAW AND COLOR OF OFFICE. Further, ALGOE believes that if the tax payers were made aware of

these abuses, ultimately at the tax payer's expense, they'd be
outraged and demand investigative and prosecutorial accountability
to be ordered by this federal court, as is herein demanded.  ALGOE
is also keenly aware that this federal court does not want to
acknowledge such sweeping confirmation of government abuses and will
most likely think of some reason to avoid it, which ALGOE believes
would be another deprivation of his rights, but he requests that the
court do so anyway and face the hard questions in the interest of
the purpose of the Constitution - to ensure FREEDOM of the American
people from government overreach and abuse.  The lack of such
oversight protections against abuses in the past is exactly why we
see riots and shootings in the streets all across the land.  This
court and all courts need to once again stand up for the rights of
the people and put government back in its place.  That is your
contract with us and that's what we pay you to do!  When government
refuses to protect the rights of the people, the people retain the
unalienable right to remove them from office and replace them with
those that will.  And that is what ALGOE is requesting herein by
this suit and petition, for this court to protect and defend the
Constitution and all citizens' rights by removing the abuser
Defendants in these related cases from office.  If they did these
things to ALGOE in these minor issues for wanton Hobbs Act
violations for revenue, then they will violate the rights of others
in more serious issues.  They have destroyed the integrity and trust
in and of the judiciary and it's now up to this court to restore it.

19. All Defendants are sued in their individual and official capacities for acts against ALGOE and the People under Color of Law. ALGOE has reason to believe this is a pattern of abuse and each Defendant shall be personally liable to him and the People.

20. The true names and capacities whether individual, official public servant, corporate, associated, or otherwise, of other persons who contributed to the actions which resulted in the damages claimed herein are unknown to Plaintiff at this time and are therefore listed as DOES 1-100. ALGOE is informed and believes, and thereon alleges, that each of these known and unknown Defendants are responsible in some manner and to some degree for the occurrences of violations herein alleged, and that ALGOE'S damages as herein alleged were proximately caused by such Defendants.

21. At all times mentioned, each known and unknown Defendant was an agent, servant and/or employee of co-defendants, and in committing the acts alleged, were acting within the course and scope of such agency.

**STATEMENT OF FACTS**

22. ALGOE incorporates paragraphs 1 through 21 as though fully set forth herein.

23. On or about 11-18-2005 ALGOE was traveling from Texas to Florida as he was deployed there under contract with FEMA after hurricane Wilma.

24. While traveling through Escambia County, Florida on interstate 10, HARRIGILL, an FHP Trooper who was parked in waiting and disguised in the dark under an overpass and behind the pillars thereof, pulled ALGOE over and later alleged a charge of speeding 49 mph in a 40 zone (see attached Exhibit "A" attached hereto), which

he later admitted under oath was a falsification of the official record. The citation, labeled "non-criminal," (civil infraction) was issued that referenced the "CRIME" of speeding which the code states "Shall not exceed 70 mph" (again refer to Exhibit "A" attached hereto). Prior to this citation being issued however, as ALGOE was progressing to pull off the interstate highway in the dark of night to get to a safe place to stop - for HARRIGILL's safety as well as ALGOE's and others, HARRIGILL, driving extremely radically, jumped the curb of the off-ramp, pulled up along side ALGOE and expressed extreme and even apparently deranged anger by screaming and waving his finger at ALGOE through his closed passenger window, as both continued up the off-ramp. ALGOE rolled down his window in shock and bewilderment to the bizarre conduct of the trooper and gestured "What?" with his facial expression. **HARRIGILL then attempted to ram ALGOE's SUV <u>twice</u>**; nearly causing ALGOE to crash into the guard rail on the first attempt, and causing ALGOE to come to an abrupt stop to avoid crashing into a street sign near the end of the guard rail on the second attempt.

25. HARRIGILL then leaped out of his police cruiser, gun drawn and yelling obscenities at ALGOE that were extremely offensive to ALGOE, who is a Christian and deeply offended by the use of the word "Goddamn."

26. ALGOE was in fear for his life at this point and tried to calm HARRIGILL by calmly, but firmly asking "MY GOD, WHAT IS WRONG WITH YOU." Hoping HARRIGILL would realize his conduct was extreme and unreasonable, thus backing down. But to no avail.

27. ALGOE tried to explain that he was working for FEMA, coming to Florida to help Floridians. But instead of accepting

ALGOE's attempt to calm the situation, HARRIGILL screamed more offensive profanities and lodged insults such as **"I DON'T GIVE A SHIT WHO YOU WORK FOR..."**

28. HARRIGILL then, while still holding ALGOE at gunpoint, ordered ALGOE out of the vehicle and to the back of the SUV. ALGOE complied without argument or resistance, still fearing for his life and unsure if HARRIGILL was even a real cop, even looking around for a place to escape if the need arose. But the area of the off ramp was dense with foliage and the nearest places of business to run to for help were both too far away and most likely closed at that time of night. So ALGOE stayed and tried to remain calm himself, believing that his calm demeanor would calm HARRIGILL too. It did not.

> As this complaint is being prepared, the video of North Charleston, S.C. Police Officer Michael T. Slager has surfaced, showing Walter Scott being murdered by Officer Michael T. Slager as he fled in fear of his life, which brings back traumatic mental injuries to ALGOE as he is forced to recall his life fearing encounter with Trooper HARRIGILL. This is a continuing mental and emotional injury suffered by ALGOE every time he sees such abuses by public servants to other citizens. And ALGOE believes this is a continuing injury to all others that have suffered similar events, and especially where the oversight authorities that have been made aware of such abuses enable the continuing abuses by failing to hold the abusers accountable. That failure to uphold their oaths of office to defend the Rights of the citizens is a compounding mental injury against ALGOE.

29. HARRIGILL then, out of the blue, threatened to throw ALGOE in jail if he didn't change his attitude. In complete shock, ALGOE asked "for what?" HARRIGILL then stated "**You've got your hands on your hips like you've got some kind of GODDAMN ATTITUDE, BOY!**" At such point of escalated shock, while refraining from uttering a single word, realizing HARRIGILL was seeking confrontation from ALGOE to give him a reason to further violate ALGOE's rights, ALGOE just went along by dropping his hands to his side, but then subconsciously put his thumbs in his pockets, with his hands dangling outside of them. HARRIGILL then screamed "THAT'S IT, YOU'RE GOING TO JAIL!" And reached behind himself for his handcuffs. At which point, ALGOE asked "For what cause?" HARRIGILL then responded "**YOU BETTER JUST CHANGE YOUR GODDAMN ATTITUDE**." And ALGOE then again bit his tongue and simply stood there not uttering a single word, under absolute fear for his life and liberty and under extreme duress, directly and deliberately caused by HARRIGILL.

30. HARRIGILL then said "Give me your Drivers License." And ALGOE, being sure not to make any motions with his hands due to his fear HARRIGILL could, even accidentally, pull the trigger as he had his finger on the trigger, not the trigger guard, ALGOE verbally and calmly responded "it's in there," nodding towards the SUV.

31. HARRIGILL then screamed the command again. ALGOE believed that command must mean "go get it" so he stepped towards the SUV and away from HARRIGILL to comply. At which point HARRIGILL lunged forward hitting ALGOE in the chest with his left hand while still holding ALGOE at gunpoint with the gun in his right hand,

knocking ALGOE back a few feet. Under extreme duress ALGOE was now shocked that this officer of the court, a public servant, had just assaulted him at gunpoint, and fearful of what else he may do.

32. HARRIGILL then again screamed "**I TOLD YOU TO GIVE ME YOUR GODDAMN DRIVERS LICENSE.**" ALGOE then somewhat frustrated and profoundly distressed stated "Yeah, it's IN THERE!" Nodding his head again towards the SUV, but more pronounced this time, while still refusing to give HARRIGILL the satisfaction of a confrontation.

33. HARRIGILL then moved towards the SUV's open door, and proceeded to dodge in and out of the door, and peering into the back windows with his gun still drawn. He then walked backwards to his cruiser while keeping his gun pointed at ALGOE, and retrieved his large flash light, then finally holstering his pistol. He then entered ALGOE's SUV, having never requested permission from ALGOE to search it, and rummaged through the contents therein. He then stood outside of the SUV and asked if ALGOE had any weapons in the vehicle. ALGOE responded "No." HARRIGILL then continued searching through the SUV, then again stood up and asked ALGOE where his wallet was. ALGOE replied that it was between the console and seat. HARRIGILL then retrieved it, held it up, and asked if that was it, to which ALGOE affirmed that it was. HARRIGILL then approached ALGOE who was still standing at the back of the SUV and gave him his wallet and again said, "Now give me your driver's license." Still under extreme duress, ALGOE complied without saying a word.

34. HARRIGILL then instructed ALGOE to get back in his vehicle, and ALGOE complied.

35. HARRIGILL then got back in his cruiser and started to drive off. ALGOE then questioned in his mind "where is this guy

going with his license?" and again questioned if this was even a real cop and if this was a ruse to steal ALGOE's ID. But HARRIGILL then made a radical U-turn over the curb, speeding off in the opposite direction, then making another radical U-turn over the curb again, then pulling up to stop behind ALGOE's SUV. Sitting there for several long minutes before again approaching ALGOE's window to give him a citation.

36. HARRIGILL, much calmer now, then handed ALGOE the citation to sign and again berated ALGOE for not pulling over **IMMEDIATELY** when ALGOE saw the blue lights (note: all Texas police cars have blue AND red lights, and ALGOE was not familiar with police cars with only blue lights, but ALGOE was pulling off the freeway anyway, just in case). ALGOE then attempted to explain yet again that he was trying to pull off to a safe place, by stating, "look, I'm a pilot and probably because of my training I was just trying to be safe and pull off to a safe place," but HARRIGILL erupted with **"I DON'T GIVE A SHIT THAT YOU'RE A PILOT!"** To which ALGOE attempted to argue by stating "Look, I've seen those videos where cops get hit by passing cars just like you have, so I was trying to get to a safe place for you and me and everyone else," to which HARRIGILL replied, **"THAT'S BULLSHIT, RANDY!"** -- At that point ALGOE just clammed up as he desperately just wanted to get away from this rogue and abusive cop before he trumped up some other fictitious charge and/or again assaulted ALGOE. ALGOE signed the citation and asked how he could get back on the freeway. HARRIGILL answered and ALGOE drove away.

37. Having never before been treated like that, ALGOE then called 911 on his cell phone to report the crime as he crossed the Escambia county line. Dispatch then transferred the call to the Florida Highway Patrol head quarters in Tallahassee. ALGOE lodged his complaint and added that not only is this guy out of control, but that ALGOE had a feeling this guy was a racist and if ALGOE had not been white, he may have even suffered more injury. The FHP LT. then apologized profusely and added that pulling off the freeway is exactly what we instruct all people to do. Then assuring ALGOE that a full investigation would be done by his superiors. ALGOE then said he wanted the internal affairs of the HQ to do the investigation because he expected the dash cam and body mic, and any other evidence would be destroyed by HARRIGILL and his co-worker buddies, and ALGOE wanted it all preserved, including this call to 911 and with the LT. The LT. then explained that it had to go through the proper chain of command. -- An investigation was NOT conducted until over a year later at ALGOE's renewed demand for such. And as expected the evidence had been destroyed.

38. ALGOE meanwhile filed a not guilty plea and motion to dismiss for the citation (see Exhibit "A" attached hereto), and also submitted discovery demands. All such demands were ignored. ALGOE then filed a motion to dismiss for failure to produce discovery. It too was ignored.

39. **ALGOE appeared** telephonically for the trial and possesses an audio recording of such for evidence. He argued again for an immediate dismissal, and such was denied. ALGOE then asked if the jury was present. The judge then informed ALGOE that there was no jury because ALGOE was not entitled to a jury trial or discovery as

this was a civil infraction. ALGOE argued that he had not entered into any contract and he was being accused of a crime as stated on the non-criminal citation, with reference to a code that was considered a crime - which stated "shall not exceed **70** mph" (see all Exhibits attached hereto) and that 49 was lower than 70, therefore by the trooper's own admission there was no violation of any law. ALGOE was found guilty anyway. ALGOE feels this was nothing less than Extortion and Racketeering by a kangaroo court seeking revenue, in violation of the Hobbs Act and RICO Act, which gives the Federal Court subject matter jurisdiction just for this issue alone.

40. ALGOE went through the appeals process, and finally **filed a notice of removal to Federal Court** (see Exhibits attached hereto) here in the Northern District of Texas under diversity and for a multitude of civil rights violation.

41. The Florida Supreme Court then erred by taking possession of the case.

42. During such time, and notably after the notice of removal to Federal Court had been filed, the lower Florida court itself, having no jurisdiction at all, then sent the Texas DPS a letter demanding ALGOE's license be revoked, claiming authority under the terms of the Drivers Compact, which ONLY APPLIES TO **COMMERCIAL** DRIVERS LICENSES, not standard issue driver's licenses. Such demand was unlawful for MANY reasons, and in violation of the stated purpose of said compact. First, ALGOE believes that such a Compact is unconstitutional as the U.S. Constitution states such compacts are forbidden unless the states are under immediate and eminent threat of foreign invasion. There is no such evidence that's ever

been presented that the compact was entered into under such conditions, therefore the compact is unconstitutional and invalid. Further, this provision of the Constitution is set out to forbid such compacts as the Constitution was created to DEFINE the limits of government as having ONLY the authority to PROTECT the Rights of the Citizens rather than allowing government to abuse their authority over the rights of the citizens. In other words, the States can not enter into an agreement that would deprive or violate the due process and equal protection rights of the citizens. Therefore, in this case the State of Texas violated ALGOE's Constitutional rights and privileges by unlawfully acting upon that unlawful and unconstitutional demand by Florida without proper authority of law to do so, and the State of Texas failed to verify that all laws were followed and all ALGOE's rights and privileges had been afforded him, as is a mandatory requirement of said compact. Secondly, even if found to be constitutional, the compact itself states that it is ONLY INTENDED FOR SERIOUS VIOLATIONS OF LAW, SUCH AS DUI, DWI, VEHICULAR MANSLAUGHTER, etc, therefore not only does it not apply to standard issue drivers licenses, but it does NOT apply to "civil Infractions," which ALGOE believes and asserts that civil infractions are by themselves unconstitutional because they are designed explicitly for the intent to circumvent and defy the Constitution by depriving the citizens of due process of law and equal protection of law, therefore this Federal Court must also take up this federal question of the compounding issue of the constitutionality of such abusive "civil infractions" and declare them unconstitutional for all the land. Further to the applicability of the compact, Civil Infractions are the lowest form

of an accusation, which by definition is below even a misdemeanor, therefore they by definition are NOT SERIOUS VIOLATIONS OF CRIMINAL LAW, **and by the very nature of (contrived) civil infractions there is NEVER an injured adversary for the accused to face in court**, therefore they have NO PLACE in the courts, therefore the courts are without subject matter jurisdiction.  Therefore, the compact was wrongfully and abusively used by the State of Florida in the falsified accusation and abusive prosecution, and to manipulate the State of Texas into maliciously compounding the unlawful injuries upon ALGOE in an effort to violate the Hobbs act, to extort money for the purpose of REVENUE generation, and the State of Texas thereby conspired with the State of Florida to further said violations, and both did so with wanton intent to intimidate ALGOE into wrongful compliance by use of the courts and authorities that had no such authority or jurisdiction.  Such acts are also in violation of the intent of our founding fathers as defined in the claims and terms of the Declaration of Independence and the Federalist Papers, even going back as far as the Magna Carta.  **ALL OF ALGOE'S STATE AND FEDERALLY GUARANTEED PROTECTIONS OF LAW WERE VIOLATED AND CONTINUE TO BE VIOLATED!**  ALGOE also believes that these continued violations should also be classified by the Federal Court as violations of the double jeopardy clause of the Constitution(s).  Further, since such letter was sent from the lower Florida court, aside of that court trumping the Florida Supreme Court AND this Federal Court's jurisdiction, it was in violation of the very compact from which it claims as its authority for several reasons in addition to it not being applicable to less than serious

crimes as it defines them, but **the licensing division** of the issuing (complaining) state is the proper and only authorized division to issue such letters to the home state of the accused, and said licensing authority is REQUIRED to follow a specific format, which they did not do. Additionally, the Compact states that **the entire PURPOSE OF THE COMPACT IS TO ASSURE APPEARANCE FOR TRIAL! ALGOE DID APPEAR AT TRIAL;** therefore the Compact has been and is again continuing to be misused for the wanton purpose of deprivation of ALGOE's several rights and privileges, and for extortion and racketeering and totalitarian dictatorship control over the rights, privileges, immunities, and authorities of the citizens and to intimidate the citizens into unlawful compliance of evil intent by the several public servants that swore oaths TO PROTECT the rights of the citizens. Additionally, the use of the compact for the **SERIOUS CRIMES** as defined therein must not only be done via properly filed request letter by the licensing division (not the court or any other entity) of that state, but also **NOT MORE THAN "6 MONTHS" FROM THE ISSUING OF THE CITATION!!!** The trial was not even conducted within a year, thereby not only violating the speedy trial clause of the Constitution(s), but the letter to the Texas DPS was sent more than a year afterwards, thereby voiding the letter request by default for that 6 month statute of limitation alone, even if the charge was a serious crime as defined in the Compact. In addition, since the citation was a NON-CRIMINAL accusation, and even if all laws were followed and due processes afforded, then the ONLY thing the Florida court could do, at worst, would be to issue a debt collection demand, which they unlawfully then did do. And if the

debt was lawful, which again it was not, then they could only report it to the credit bureaus, which they UNLAWFULLY also then did do, which violated the fair debt collections practices act, another cause of action of this complaint and reason for federal question jurisdiction (again see all Exhibits attached hereto).

Additionally, ALGOE did contest the debt with the credit bureaus, who then in coordination, collusion, and conspiracy with the lower Florida court and its collection agent, CSI, violated the fair debt collection practices act by falsifying the record and **failing to verify** it as lawful and/or accurate, including the falsification of the date, and failing to address the fact that the Supreme Court of Florida dismissed the case, and **DID NOT REMAND THE CASE TO THE LOWER COURT, thereby again removing any and all jurisdiction of the lower court**. Further, NO COURT EVER ESTABLISHED CORPUS DELICTI; therefore failing to prove standing; therefore lacking merit; therefore NO COURT EVER HAD PROPER SUBJECT MATTER JURISDICTION, except the Federal Court via ALGOE's notice of removal to said Federal Court for said civil rights violations. Further, **Texas LAW has a four year statute of limitations, which makes ALL debts public and private uncollectible after four years**, therefore, ALL parties mentioned herein that have taken part in the demands that ALGOE pay them money (Florida court personnel and the Texas DPS personnel) have committed several more violations of law against ALGOE for not only the threat of debtors jail, but for trespassing on the law and ALGOE'S several rights and privileges by usurping authorities and powers where they have none, falsifying the record, and unjustly and unlawfully interfering with ALGOE'S several rights and privileges,

including ALGOE'S Constitutional right to travel without fear of government interference and/or persecution. Further, since the bad actors listed herein, in Florida and Texas both, have failed to establish standing as injured parties, they have falsified the records by claiming money is owed them, when they have presented ZERO evidence or even a claim that they have been injured adversaries, and they've both thereby intentionally taken steps to retaliate under color of law, as abusive government bodies, to deprive a citizen (ALGOE) of his rights and privileges under false light, therefore they are each and all in breach not only of their oaths of office, but in breach of their several contracts, thereby rendering themselves in violation of the law by usurping authorities where they each and all waived such authorities by default.

43. Even though the Florida Supreme Court took possession of the case after ALGOE filed an appeal, thereby removing jurisdiction from the lower court, the Florida Supreme Court not only then dismissed the case, but erred in taking it in the first place by trumping the Federal Court Jurisdiction as ALGOE had also filed a notice of removal to the Federal Court with the notice of appeal as mentioned above (again see all Exhibits attached hereto), thereby effectively stopping ALL lower court jurisdictions, as well as the DPS's Jurisdiction to take any actions against ALGOE'S Drivers License. Further, the order of the Florida Supreme Court to deny the removal to Federal Court was done in error as the Florida Supreme Court has no authority or jurisdiction to do so. Therefore, the Federal court STILL has jurisdiction of this case, and it should now exact said powers to take possession of the case by perfecting the removal by its own motion and at the request to do so herein.

44. Defendants NASWORTHY, SUAREZ, CHAPPELL, WARD, LOTSPEICH, BULL, and ADAMS, each for their own parts, as will be shown by the record and evidence (in addition to all such evidence see Exhibit "D" and "E" attached hereto), have intentionally, knowingly, maliciously, and wantonly, and for the intended purpose of violating the Hobbs Act and RICO Act, deprived ALGOE of several protections of law, threatened ALGOE with Contempt of Court if he attempted to cite the law or the Constitution in his defense, violated the procedures of court, usurped authorities they did not possess, deprived ALGOE of discovery, deprived ALGOE of pre-trial hearings, allowed inadmissible evidence and testimony, trumped up charges of crimes against ALGOE while failing and refusing to produce any evidence whatsoever (including exculpatory) or an injured adversary and even refused to dismiss the case when the witnesses stated there were no injured parties of any kind, and at the same time admitting that everything ALGOE did was SAFE (thereby admitting and affirming no crimes were committed); these two courts generally refused to abide by any rule of law and then compounded the injuries caused by the State of Florida and the Texas DPS, and they did so not only with evil intent under color of law, but as criminal acts of retaliation, and they each did so in conspiracy with said plot created and devised by NASWORTHY and CHAPPELL, and all such persons acknowledgment of said plot were done with an eye towards depriving ALGOE of his several fundamental rights not only to due process and equal protection of law, but towards the stated goal of intentionally violate his Constitutional Right to liberty, and under threat of jail to ALGOE and thereby unlawful duress. **ALL SUCH ACTS WERE INTENTIONAL ACTS OF OBSTRUCTION OF JUSTICE. THESE ABUSES ARE**

**EXACTLY WHAT THE CONSTITUTION(S) WAS/(WERE) DESIGNED TO PREVENT.**

Additionally, by allowing judicial and or prosecutorial immunity, such immunities are in violation of the Constitution as a de facto TITLE OF NOBILITY, as such places the abusers above the law of the common citizens and enables the abusers to freely commit crimes without fear of prosecution for their abuses and violations of law; prosecutions that the citizens would be convicted of if committed by the citizens. When a public servant deprives a citizen of his/her Rights and Privileges, that public servant exceeds the limits of his/her office and authority; authorities explicitly granted by the governed; and by doing so he/she waives all jurisdiction and immunities and render their selves nothing more than mere interlopers, usurpers, and trespassers of the law, and simultaneously making themselves personally liable to the injured. Therefore each and all of the herein named and yet to be named should be joined into this action, as defendants in their individual capacities, responsible for their own legal expenses and costs of their defense; and the two cases relating to each of them (Irving and Grand Prairie traffic cases) shall also be merged with this one as the trespasses and violations of due process and equal protections of law in the Irving and Grand Prairie traffic citation cases are now part of this case by their ill intended acts to compound the injuries of the Drivers License issue they knew or should have known was an unlawful act to begin with, and such also helps establish the pattern of intended violations of laws by each of the bad actors related respectfully thereto. Further, the underlying cases associated with these abusers shall also be incorporated into this case as neither the Irving, nor Grand Prairie

courts had proper subject matter jurisdiction as they both
intentionally falsified the records and trespassed upon the rights
and privileges of ALGOE as the record will show.  Additionally, the
evidence will show that PATRICIA NASWORTHY and CANDACE CHAPPELL (and
conspiring with others) had a meeting of the minds and devised a
plot to use the full force of government to retaliate against ALGOE
by plotting his arrest, merely because ALGOE chose to exercise his
constitutionally guaranteed rights to due process and equal
protection of law to not only defend himself from prosecution and
persecution, but to seek redress of grievances against his
government.  THESE ACTS ARE DOCUMENTED, AND ALGOE IS INFORMED AND
BELIEVES, THEY WERE IN CRIMINAL VIOLATION OF STATE AND FEDERAL LAW
(specifically Title 18 U.S.C. §§ 241, 242, and 245).  ALGOE has
filed criminal complaints with the Dallas CO DA, the FBI, the DOJ,
the State Bar of Texas, and the Texas Commission of Judicial
Conduct, and none of these oversight entities have lifted a finger
to investigate and prosecute these crimes, thereby committing, as
ALGOE understands and believes, MISPRISON OF FELONY, as well as
breaches of their oaths and contracts, thus embezzlement of tax
payer funds via their paychecks for their failure and refusal to
perform the duties they were hired and contracted to perform,
therefore it is hereby requested that this federal court assure that
the State and Federal laws are protected and faithfully executed by
ordering by writ of mandamus, and/or other proper instruments of
law, that the oversight authorities execute their fiduciary duty to
investigate and prosecute the offenders and their co-conspirators
for their crimes against ALGOE and others, if others rights have
been violated as ALGOE believes a proper investigation will reveal.

Further, in said investigation the terms of the offenders contracts MUST also be investigated, which ALGOE believes will reveal a multitude of breaches of said contracts for employment, thereby rendering the violators again in not only breach of their fiduciary duty and breach of their contracts, but without subject matter jurisdiction of the cases they prosecuted against ALGOE and others, as they have, by their own willful and intentional improper acts, voided and nullified their own contracts.  They each and all viciously attack the citizens on trumped up false accusations of crimes, therefore they should be held accountable with extreme prejudice and without the benefits reduced scrutiny and/or accountability because they're part of the good ol' boys club of public servants, as all public servants are SUPPOSED to be held to a HIGHER standard of law than the general public.  And We The People hereby expect and demand that this federal court to do just that.

45. Such investigations against ALL DEFENDANTS HEREIN KNOWN AND UNKNOWN shall also include charges for such as, but not limited to, Malfeasance, Misfeasance, Non-feasance respective to those individuals such may apply to upon discovery.

46. ALGOE believes that the evidence will show that ADAMS and BULL, both intentionally, willfully, and deliberately interfered ALGOE'S Rights by intentionally interfering with the duty of the court clerks by forbidding the clerks of those two courts from performing their duty to file and perfect the respective appeals as were demanded in the motion to arrest the judgments (see exhibits "D" and "E" attached hereto) - as it was anticipated by ALGOE that such motion would be unlawfully denied, because it is evident that these public servants could care less what the law is or what their

limits are and such things should be obvious to all reasonable and thoughtful persons, therefore it was demanded that the clerk files said appeals and the state law that REQUIRES them to do so was cited therein, but they illegally ignored the law and their duty. This is yet another act of public corruption of obstruction of justice and those party to such abuses should be investigated and prosecuted for their crimes, and such is hereby demanded.

47. Further, Officer WARD was informed by the others named in this suit and believed, as is on record, that he would receive additional pay for appearing to testify, and thereupon procuring a conviction, by such he would then **profit** from such conviction. This issue raises another federal question in this case as to the intentional and wanton violations of the Hobbs Act, the RICO Act, and the Brady Rule. **It also makes the witness into an interested party - a bought and paid for bias and prejudice so-called witness.** Therefore his testimony was inadmissible for this reason in addition to his failure to respond to discovery, which was a result of the unlawful interference and influence by NASWORTHY. In fact, NASWORTHY stated on the record that she had just shown WARD the discovery a few minutes prior to trial, thereby admitting that she intentionally withheld it from him since it was filed **AND** thereupon ordered by the court to be responded to. Therefore, NASWORTHY effectually again admitted to obstruction of justice and her intent to do so. Further evidence that these things are intentional, wanton, contrived, and malicious is evidenced by a now exposed letter from Missouri (see Exhibit "F" attached hereto). Almost all of these criminal organizations made themselves into such by putting

the revenue from traffic ticket citations into their budgets, thereby affirming intent to violate the Hobbs Act and RICO Act on a daily bases, nationwide.  ALGOE believes that similar communications will also exist in the records of the municipalities of Irving and Grand Prairie if a proper government audit is done, and as is hereby demanded.

48.  Further, the acts described above, ALGOE believes, were part of the bigger plot to create the situation to give a contrived excuse for the abusers to produce warrants for ALGOE'S arrest.  Such can only be interpreted as and defined as the acts of a criminal enterprise hell bent on violating every rule of law there is to unlawfully intimidate and punish ALGOE and others into paying extortion money, with the threat of illegal government power to imprison anyone that even attempts to defend themselves in a legal proceeding, or as in the Grand Prairie case, by simply propounding discovery.  ALGOE believes these acts, as are exposed in the emails these several public servants (See Exhibit "E" attached hereto), as well as other records, expose the plot, not only to deprive ALGOE of his several rights, obstruct justice, and commit unlawful intimidation, but it also exposes a conspiracy to commit the state sponsored criminal act of kidnapping for ransom.  ALGOE believes this to be true based upon the records as well as the fact that the two Municipal Courts (Irving and Grand Prairie) failed to establish subject matter jurisdiction and deprived ALGOE of ALL processes and protections of law, thereby waiving any and all jurisdiction authority of the courts, thereby acting extrajudicially to further their intentional violations of the Hobbs Act.  Just the mere fact that these two courts deprived ALGOE of his rights to discovery and

allowed inadmissible evidence and testimony as well as the several
admission for the witnesses, establish their actions were
intentional, unfounded, willful, malicious, and generally highly
illegal.  Additionally, each and every one of these lower courts
intentionally violated federal law by ignoring their duty to produce
findings of facts and conclusions of law for each and all of their
actions to deny motions filed by ALGOE.  Further, open records and
FOIA requests were file and the municipalities of Irving and Grand
Prairie violated such laws and withheld records that were demanded,
only producing a few records and intentionally failing to certify
said records.  ALGOE believes that all of these things are, at a
minimum, intentional and wanton acts of obstruction of justice.
Generally speaking, none of these public servants give a rats-ass
what the law is as long as they can use their office to take the
peoples money, and they'll do whatever they have to to that end.  By
their many wanton acts they have destroyed all integrity of the
judiciary and simultaneously the trust of the people in the
government.

49. It is also requested that the Federal Court order full
blown QUO WARRANTO (or equivalent) investigations respective to the
authorities and powers usurped by each and all of the defendants.

50. It is also requested that the Federal Court issue a Writ
of Mandamus to order for a full blown investigation by the U.S.
Inspector General and/or any other appropriate oversight authorities
and auditors, and to order the prosecutions against the individuals
listed herein and in the Justice Department and the FBI for their
violations of law and breaches of oaths of office, such as but not
limited to, Malfeasance, Misfeasance, Non-feasance, and Misprison of

felony for their several acts of ignoring the criminal complaints ALGOE initiated against those mentioned in such complaints and related hereto.

51. The actions complained of herein ALGOE is informed and believes were committed by the Defendants and were premeditated, intentional, and willful, done in an unreasonable manner, in concert, in bad faith, and under the Color of State and Federal law, respectively.  Acting as herein believed and alleged, all Defendants also violated their personal and individual responsibility to act within the lawful confines of their authority and oaths of office, as well as in violations of their individual contracts with the citizenry (the people) for their employment, therefore ALGOE believes that upon proper investigation and discovery process, it will be evidenced that they each and all have breached said contracts and their contracts should be deemed by the Federal Court as null and void, therefore they should be ordered to repay the tax payers for the money they've unlawfully taken since their first breach of their oaths and breach of their individual contracts for employment, as well they should be ordered to pay compensatory damages to the tax payers and to the several other victims of the abuses therein committed; and their several occupational licenses should also be deemed null and void and revoked, and such is hereby requested. Said Defendants knew, or should have known, that their actions were unlawful and would result in the damages herein alleged.

52.  Additionally the Defendants, individually, severally, and/or collectively, knew ALGOE'S Rights were being violated and because of such knowledge should have acted to prevent ALGOE'S

damages.  Further, the records will show that their several acts were intentional, egregious, and malicious.  They each and all had sworn fiduciary duties as well as contractual obligations to protect and defend the rights, privileges, and immunities of the people, including ALGOE, and they each did their parts to individually, severally, and collectively violate said protections against the government's abuses of ALGOE.

53. ALGOE also has reason to believe that some of the individual defendants referenced herein have already improperly used their personal contacts in the FBI and DOJ as well as other government agencies to unlawfully target ALGOE and effectively quash the complaints ALGOE has already filed against them.  ALGOE requests that the Federal Court order, by Writ of Mandamus (or any and all other appropriate powers of the court), that the proper government authorities investigate any such abuses and prosecute any such abusers.

54. ALGOE also fears retaliation from the various government agencies and their overt and covert agents and hereby requests that the court issue not only an injunction against all such things, but also an order of protection.  In addition, ALGOE also requests that the court assign council to monitor and control such activities and to prosecute the government and the individuals herein known and as of yet unknown in this case.

**FIRST CAUSE OF ACTION**
**Deprivation of State and Federal Constitutional Rights**

**(Against All Defendants)**

55. ALGOE incorporates paragraphs 1 through 54 as though fully set forth herein.

56. All defendants, by committing the above described Colorable Acts, effectively deprived ALGOE of his State and Federal Constitutional Rights of Due Process of Law, the Right to be secure against unreasonable seizure of his property and the Right to access the Court. ALL DEFENDANTS, by their Colorable Acts, precluded ALGOE from any meaningful hearings and resort to appellate or to other judicial remedies to prevent the losses herein described.

57. ALL DEFENDANTS signed and published Orders under Color of Law, that were extra judicial and meant to be critical of, prejudicial against, and defamatory of ALGOE and to deprive him of a livelihood and the free exercise of his several rights and privileges.

58. All of the above acts deprived ALGOE of certain unalienable Rights which are Constitutionally secured from government encroachment, including, but not limited to:

a. The Right to be free from unreasonable searches and seizures, as guaranteed by the Fourth Amendment and all appropriate and enumerated equivalent provisions of the Texas and Florida Constitutions,

b. The Right not to be deprived of life, liberty or property by government without Due Process of Law, as secured by the Fifth and Fourteenth Amendments and all appropriate and enumerated equivalent provisions of the Texas and Florida Constitutions,

c. The Right to equal protection of the laws, as guaranteed by the Fourteenth Amendment,

d. The Right to be free from interference with the zone of privacy, as protected by the Fourth and Ninth Amendments and all appropriate and enumerated equivalent provisions of the Texas and Florida Constitutions,

e. The Right to access the Court as protected by the Fourteenth Amendment.

59. The Defendants, individually and in concert with the others, acted under pretense and Color of State law and in their official capacities, but such acts were beyond and/or outside the scope of their jurisdiction and the gross abuse of the power of their several offices were without authorization of law. The Defendants, individually and in concert with the others, acted willfully, knowingly, maliciously and with specific intent to commit the acts herein alleged, and they knew, or should have known, the damaging consequences of their actions upon the Plaintiff, ALGOE.

60. The actions herein alleged are a direct and proximate cause of damages incurred by ALGOE, which include, but are not limited to, violations of unalienable Rights protected from government abuse by Constitutional provisions and laws of the United States, financial loss, embarrassment, emotional stress, unreasonably instilled fear, duress, loss of respect, humiliation, severe mental stress, and loss of confidence in Court functions.

**SECOND CAUSE OF ACTION**

**Deprivation of Constitutionally protected Rights**
**Fraud on the Court**

**(Against All Defendants, officers of the Court, acting under the Color of Law)**

61. ALGOE incorporates paragraphs 1 through 60 as though fully set forth herein.

62. All Defendants used the Court, its power and its processes to deprive ALGOE of his Rights as enumerated above.

63. All Defendants, under the Color of Law and using the guise of government authority, communicated with and prejudiced numerous persons with whom ALGOE complained as true solely to damage ALGOE' reputation, business opportunities and ability to earn a livelihood in his pursuit of happiness.

64. All Defendants communicated contrived facts that they knew to be false to others in an effort to solicit harmful and prejudicial statements against ALGOE, and presented the information as fact to the various entities of government, including to the Court, therefore defrauding the Court.

65. All Defendants, under the Color of Law, communicated with numerous persons with whom ALGOE complained and, under the Color of Law, imparted false information and made prejudicial statement to those persons, and by so doing caused ALGOE irreparable damages.

66. All Defendants manipulated ALL OTHER DEFENDANTS to create facts and situations that were false in an effort to enrich themselves at the expense of ALGOE.

67. All Defendants knew that their acts under color of law were records of the government, thereby such records are evidence and testimony under oath, and therewith others were expected to rely on such misleading and false information as facts.

68. All Defendants defrauded the Court by their several intentional acts with an eye towards enriching themselves and the

entities from which they are employed and in violation of the Hobbs Act as well as the RICO Act.

69. By the action described above, All Defendants deprived ALGOE of his State and Federal Constitutional Rights to Due Process, Equal Protection, and to be secure from unreasonable seizure of his property and his person. By their acts described herein they have each committed fraud upon the Court.

**THIRD CAUSE OF ACTION**

**(Intentional infliction of emotional distress)**
**(Against all Defendants)**

70. ALGOE incorporates paragraphs 1 through 69 as though fully set forth herein.

71. The conduct as set forth herein, was extreme, outrageous and beyond the scope of conduct which should be tolerated by The People. In order to deliberately injure ALGOE, these named Defendants committed the extreme and outrageous acts described herein with intent to scare, intimidate, terrorize and inflict severe mental and emotional distress upon ALGOE.

72. As a direct and proximate result of these Defendants' willful, intentional and malicious conduct, ALGOE suffered severe and extreme mental and emotional distress.

**FOURTH CAUSE OF ACTION**

**(Conspiracy)**

**(Against all Defendants)**

73. ALGOE incorporates paragraphs 1 through 72 as though fully set forth herein.

74. Defendants in a meeting of the minds and by their actions agreed together, to act in concert to willfully commit all or part of the acts herein alleged which deprived ALGOE of his constitutionally-protected Rights as stated herein, especially, however, the Fourth, Fifth, Ninth, and Fourteenth Amendments.

75. Defendants did the acts herein alleged willingly, maliciously and to intimidate and oppress ALGOE.

76. Said acts resulted in the direct or proximate cause of the damages to ALGOE which include but are not limited to financial loss, embarrassment, emotional stress, unreasonable fear, loss of respect, humiliation, severe mental stress, and loss of confidence in Court functions.

**FIFTH CAUSE OF ACTION**

**(False light)**

**(Against all Defendants)**

77. ALGOE incorporates paragraphs 1 through 76 as though fully set forth herein.

78. Numerous acts of false light by each defendant have been committed as evidence will show.

**SIXTH CAUSE OF ACTION**

**(Defamation)**

**(Against all Defendants)**

79. ALGOE incorporates paragraphs 1 through 77 as though fully set forth herein.

80. Numerous acts of Defamation by each defendant have been committed as evidence will show.

**SEVENTH CAUSE OF ACTION**

**(Libel)**

**(Against all Defendants)**

81. ALGOE incorporates paragraphs 1 through 80 as though fully set forth herein.

82. Numerous acts of Libel by each defendant have been committed as evidence will show.

**EIGHTH CAUSE OF ACTION**

**(FRAUD FOR FALSE REPORTING OF FDCPA)**

**(Against all Defendants)**

83. ALGOE incorporates paragraphs 1 through 82 as though fully set forth herein.

84. Violations of the Fair Debt Collections Practices Act by each defendant have been committed as evidence will show.

**NINTH CAUSE OF ACTION**

**(NEGLIGENCE)**

**(Against all Defendants)**

85. ALGOE incorporates paragraphs 1 through 84 as though fully set forth herein.

86. Numerous negligent acts by each defendant have been committed as evidence will show.

**SEVENTH CAUSE OF ACTION**

**(NEGLIGENT HIRING AND TRAINING)**

**(ALL RELEVANT DEFENDANTS)**

87. ALGOE incorporates paragraphs 1 through 86 as though fully set forth herein.

88. Numerous negligent acts of hiring and training by all relevant defendants have been committed as evidence will show.

**EIGHTH CAUSE OF ACTION**

**(PHYSICAL AND MENTAL INJURY)**

**(AGAINST ROBERT HARRIGILL)**

89. ALGOE incorporates paragraphs 1 through 88 as though fully set forth herein.

90. Physical assault and continuing mental injury/pain of mind. All Defendants knew or should have known of these abuses of ALGOE'S right and therefore had a duty to report them and prosecute such violators of law.

**CONCLUSION:**

All things complained of herein are part of and indicative of an overt pattern of abuses Nationwide. Nearly all lower state courts in the nation have been committing untold abuses against the people for wanton revenue generation and have been encouraged and enabled to commit such egregious acts by the lack of oversight and acts of malfeasance of the oversight authorities to hold public servants accountable for their abuses, which is why we see riots in all parts of the land, as well as police involved shootings. America, The Land of the Free, has become a joke as America has more people in prison than any other nation on the planet, and it is mostly due to the abuses and extortion agendas of the government, such as is detailed in this complaint. It is the SWORD DUTY of all officers of the courts and other public servants to PROTECT AND DEFEND the INDIVIDUAL'S RIGHTS. It is a criminal violation by said public servants to DEPRIVE THE PEOPLE OF THEM. This Court MUST faithfully execute the rule of law to defend the rights of the people, even against the government itself. THAT is the government's main, and I believe, ONLY real authority. To Protect US! - Especially from the government itself. And it is demanded that this court hereby now do so. If the federal court has any

integrity whatsoever, then is will be offended by the many acts of these lower courts and other public servants mentioned herein and do all things requested herein as its part to restore the trust if the people in the government. Under the Ninth Amendment powers of this citizen over the government, ALGOE hereby enters this legal demand that this Federal Court forthwith do all things requested herein, and any and all other things necessary as the court may deem just and proper to execute punishment upon those responsible public servants for their several bad acts. ALGOE is not an attorney and thereby requests that any error of process be waived by the court and/or ALGOE be afforded opportunity to make any corrections and/or amendments necessary. This is the Federal court's opportunity to effect sweeping change and to restore the rule of law to all the land, and ALGOE hopes the court will take this opportunity to do just that.

> "Republic. I like the sound of the word. It means people can live free, talk free, go or come, buy or sell, be drunk or sober, however they choose. Some words give you a feeling. Republic is one of those words that makes me tight in the throat - the same tightness a man gets when his baby takes his first step or his first baby shaves and makes his first sound as a man. Some words can give you a feeling that makes your heart warm. Republic is one of those words." ~ Davy Crockett (JOHN WAYNE), The Alamo.

**PRAYER**

WHEREFORE, Plaintiff demands judgment for relief as follows:

1. For Writ of Mandamus (or other appropriate actions) for the Solicitor General to prosecute this case to faithfully defend and execute the laws of the United States against the abusers referenced herein on behalf of Plaintiffs ALGOE and We The People.

2. For arrest of judgments for all cased herein related; as well as injunctions against all warrants and actions against ALGOE; as well as a finding of fact and conclusion of law that these acts committed against ALGOE were and are bias and prejudice, and against the interest of justice and jurisprudence.

3. For compensatory damages in excess of $100,000.

4. Punitive damages as determined by the jury.

5. For reasonable attorney's fees and costs pursuant to 42 U.S.C. §1988.

6. For order finding abuses and violations of law, breaches of oaths of office and thereby and therewith breaches of contracts for employment by each of the defendants; an order terminating all employment contracts of defendants and an order of revocation of all professional licenses of all defendants.

7. For order of judgment against all defendants to repay the tax payers for the funds consumed by each defendant after the date of their first breach of their individual oaths and contracts for employment as well as punitive judgment to be paid to the tax payers.

8. For Writs of Mandamus for investigations and prosecutions, and Writ of Quo Warranto for all defendants individually.

9. For leave to amend this Complaint when related cases herein referenced are merged and unknown defendants and information(s) are identified through the discovery process.

10. For costs of suit.

11. For injunctive relief barring Defendants from further harassment and/or causing continuous damages under Color of Law.

12. For such other and further relief as the Court may deem just and proper.

DATE: April 16, 2015

Randy ALGOE

In Pro se

VERIFICATION

I am the Plaintiff in the above-entitled action. I have read the foregoing Complaint and know the contents thereof. The same is true of my own knowledge except as to those matters which are therein stated on information and belief, and, as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on this 16th day of April, 2015

Randy ALGOE

In Pro se

Exhibit "A"

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
512/424-2000
www.dps.texas.gov

STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
A. CYNTHIA LEON, CHAIR
CARIN MARCY BARTH
ADA BROWN
ALLAN B. POLUNSKY
RANDY WATSON

March 24, 2015

Randy Algoe
PO Box 821103
North Richland Hills, TX 76182

# NOTICE OF HEARING RESET

**Re: 16141954**

Mr. Algoe:

Please be advised the Administrative Hearing set for March 25, 2015, has been reset. The hearing will be **in Justice of the Peace Court; Precinct 3** located at **645 Grapevine Hwy #220, Hurst, TX 76054, April 22, 2015 at 2:00 P.M.** Please contact me if you have any questions.

Tamara Wheat
CSR IV Court Hearing Officer
Lake Worth Driver License Office
5816 Azle Ave
Lake Worth, TX. 76135
817-238-9197 ex. 10438
Tamara.wheat@dps.texas.gov

Cc: Honorable Judge Russell B Casey
Justice of the Peace, Precinct 3
645 Grapevine Hwy. #220
Hurst, TX 76054
(817) 581-3625

Cc: File

**RANDY ALGOE**
**in Pro Se**
**P.O. Box 821103**
**N. Richland Hills, TX. 76182**
**(817) 428-5871**

**County of Escambia, FL.**
**190 Govt. Center**
**Pensacola, FL. 32502**

**STATE OF FLORIDA, COUNTY OF ESCAMBIA**
**TRAFFIC COURT**

| | |
|---|---|
| **State of Florida,** | **Case No.: 1725-SAG** |
| **Plaintiff,** | **Traffic Court** |
| **vs.** | |
| **Randy Algoe,** | **DEFENDANT'S PLEA OF NOT GUILTY AND MOTION TO DISMISS OR SET FOR JURY TRIAL; EXHIBIT** |
| **Defendant** | |

**DEFENDANT'S PLEA OF NOT GUILTY AND REQUEST FOR DISMISSAL OR SET FOR JURY TRIAL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES RANDY ALGOE, DEFENDANT in the above entitled and numbered cause, hereby Pleads Not Guilty and moves the Court to dismiss this case based not only upon the officer's conduct on the date of this incident (which to my understanding is under possible criminal investigation against Trooper R.H. Harrigill, and soon a civil action under Title 42 U.S.C. 1983), but also because the officer alleges in the complaint (citation - see Exhibit "A" as hereto attached) that I was speeding **"49 in a 40"** the law that the officer alleges that I violated "316.187.2(a)" is very clear.

**The 2005 Florida Statutes**
**Title XXII Chapter 316 Motor Vehicles State - Uniform Traffic Control**
- **316.187**
  **(2)(a) – The maximum allowable speed limit on limited access highways is 70 miles per hour.**

It specifically states that the "maximum" speed limit is "70", thereby which an alleged speed of 49 is by far, under said statute maximum limit, thus by the officer's own admission, there was no violation of said code "316.187.2(a)". This is the only alleged violation of law in this complaint. There is no other allegation and there can

not be any additional allegations at this point without further violations by this trooper against my constitutional rights. Thereby this case as a matter of law must be dismissed without further emotional and stressful damage to me or monetary damage to me or the public. Such violations would be against the public interest, would be an act of intrinsic fraud, and could even constitute treason against the Constitution of the United States of America by way of consuming public funds without just cause.

Disclaimer:
The dismissal of this case shall in no way have any affect on any other actions pending or soon to be filed against said trooper Harrigill or the State of Florida and its agents, assigns, divisions, departments, etc., nor can such be negotiated in agreement for the dismissal of this case.

I do not think this is an issue the prosecution has any say over, as it seems to me to be a clear cut issue of law that is obviously within this courts discretion by reference to the law herein referenced to order without further cost to the public, a dismissal based upon the facts of law as stated herein above.

Further, shall the court deem it necessary that the prosecution be informed of these facts and this request for dismissal, -- since I have not yet been informed of a contact for the prosecution, so as is deemed necessary, I ask that the court provide a copy of this document to the appropriate entities as needed.

Please notify me by mail at the address listed herein of the prompt dismissal of this case, or if the court refuses to dismiss the case at this point, I hereby request that this case be referred to a higher court of record for jury trial.

Declaration:
I, Randy Algoe, hereby declare that the forgoing is true and correct to the best of my knowledge under penalty of perjury.


Dated: January 31, 2006




Randy Algoe
P.O. Box 821103
N. Richland Hills, TX.
76182
RANDY ALGOE
in Pro Se

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and I am a party to this action. My address is P.O. Box 821103 North Richland Hills, Texas 76182

On **January 31, 2006**, 1 served the foregoing document: **DEFENDANT'S PLEA OF NOT GUILTY AND MOTION TO DISMISS OR SET FOR JURY TRIAL; EXHIBIT**, on the interested parties in this action by placing a true and correct copy(s) of the document enclosed in a sealed envelope, addressed as follows:

**County of Escambia, FL.**
**190 Govt. Center**
**Pensacola, FL. 32502**

**Please forward a copy of this to the state's Prosecutor as I have not yet been notified of his/her name or mailing address.**

(X) I am readily familiar with my office's practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope(s) was sealed and first class postage was fully prepaid thereon, and the envelope(s) was placed for collection and mailing on this date in the United States mail at Fort Worth, Texas. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this affidavit.

( ) By Personal Service, I caused to be delivered by hand to the above addressee(s).

() By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery for delivery to the above addressee(s), paid by sender.

( ) By facsimile transmission, from fax no. ______________, to fax no. ______________, at __________ _.M., directed to ____________________________. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. Pursuant to Rule 2006(i), I caused the machine to print a record of the transmission, a copy of which is attached hereto.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct, and that this Declaration was executed on **January 31, 2006**, at Fort Worth, Texas.

______________________
**Randy Algoe**

FLORIDA UNIFORM TRAFFIC CITATION

1725-SAG CHECK DIGIT 7

ESCAMBIA

[X] FHP  FLORIDA HIGHWAY PATROL AGENCY

SUMMONS (DEFENDANT'S COPY)

FRIDAY 11 18 2005 11:25 PM

RANDY GENE ALGOE

RT 3 BOX 25B

CUMBY TX 75433

02 22 1964 W M 506

16141954

TX C N 07

92 FORD SUV RED

TFX08R TX 06

I-10 / 9TH AVE OVERPASS

49 MPH SPEED APPLICABLE 40 MPH

CHECK ONLY ONE OFFENSE EACH CITATION

CARELESS DRIVING; VIOLATION OF TRAFFIC CONTROL DEVICE; VIOLATION OF RIGHT-OF-WAY; IMPROPER CHANGE OF LANE OR COURSE; IMPROPER PASSING; CHILD RESTRAINT; SAFETY BELT VIOLATION; IMPROPER OR UNSAFE EQUIPMENT; EXPIRED TAG; SIX (6) MONTHS OR LESS; MORE THAN SIX (6) MONTHS; NO PROOF OF INSURANCE; EXPIRED DRIVER LICENSE; FOUR (4) MONTHS OR LESS; MORE THAN FOUR (4) MONTHS; NO VALID DRIVER LICENSE; DRIVING WHILE LICENSE SUSPENDED OR REVOKED

DRIVING UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGES, CHEMICAL OR CONTROLLED SUBSTANCES, OR IN ACTUAL PHYSICAL CONTROL WHILE IMPAIRED, OR IN ACTUAL PHYSICAL CONTROL WITH UNLAWFUL BLOOD/BREATH ALCOHOL LEVEL. BAL

STALKER DUAL RADAR SYSTEM

**POSTED ZONE** STATIONARY FRT ANT

EB IN LN SVC /A 7140 C/C 0

[X] VIOLATION OF STATE STATUTE  SECTION 316.187.2a

1725-SAG CHECK DIGIT 7

[X] 12/18/2005 PM

ESCAMBIA CO. TRAFFIC CT. / 190 GOV. CENT

PENSACOLA, FL 32502 / 850 595-4360

WWW.CLERK.CO.ESCAMBIA.FL.US

TPR. R.H. HARRIGILL 2393 1922

IMPORTANT INSTRUCTIONS TO INDIVIDUAL CHARGED WITH A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE

You were charged with a civil infraction which requires that you comply with one of the following options with the Clerk of County Court in the county where you received this citation within thirty (30) calendar days. IF YOU FAIL TO COMPLY WITHIN THE SPECIFIED PERIOD, YOUR DRIVING PRIVILEGE WILL BE SUSPENDED UNTIL YOU COMPLY. YOU SHALL BE REQUIRED TO PAY AN ADDITIONAL CIVIL PENALTY AND A SERVICE FEE.

OPTIONS:

1. Pay a civil penalty in the amount of $83.50 by mail or in person to the Clerk of Court. Payment must be received by the clerk within the period specified. POINTS WILL BE ASSESSED AS APPLICABLE. FOR DRIVER LICENSE, TAG OR REGISTRATION, OR INSURANCE INFRACTIONS, PROOF OF COMPLIANCE IN THE FORM OF A VALID DRIVER LICENSE, REGISTRATION CERTIFICATE OR PROOF OR INSURANCE, WHICHEVER IS APPLICABLE, IS REQUIRED IN ADDITION TO PAYMENT.

NOTE: IF YOUR DRIVER LICENSE, TAG, REGISTRATION, OR INSURANCE WAS VALID AT THE TIME THE CITATION WAS ISSUED, YOU MAY PRESENT THE DRIVER LICENSE, TAG, REGISTRATION OR PROOF OF INSURANCE WITHIN THIRTY (30) CALENDAR DAYS TO CLERK OF COURT, AND THE CHARGE WILL BE DISMISSED. A FEE MAY BE ASSESSED. If you cannot provide proof of registration or insurance, you may sign a sworn statement at the Clerk's office.

NOTE: YOU MUST ENCLOSE THIS CITATION IF YOU MAIL PAYMENT. PAYMENT SHOULD BE IN THE FORM OF MONEY ORDER OR A CASHIER'S CHECK.

[ ] PERSONAL CHECKS ARE ACCEPTED [ ] PERSONAL CHECKS ARE NOT ACCEPTED (Make Payable to the Clerk of the County Court)

MAIL ADDRESS FOR THE CLERK OF COURT:

2. Elect a court hearing by contacting the Clerk of Court at the address listed [illegible] the front of your citation. If you request a hearing and the County Judge/Magistrate [illegible] committed the offense, the County Judge/Magistrate may [illegible] ASSESSED AS APPLICABLE. If the County Judge/Magistrate determines [illegible] committed, no cost or penalties shall be imposed [illegible] shall be returned.

3. Elect to attend and complete a Driver Improvement Course [illegible] POINTS SHALL NOT BE ASSESSED provided you have not made a prior election [illegible] months preceding this election. No person may make more than [illegible] By electing this option you shall pay a penalty. Also, a court cost may be required. This option is not available for driver license, tag or registration violations or commercial motor vehicle violations of F.S. 322.62.

4. If you were charged for violation of F.S. 322.065 (driver license expired [illegible] months or less), F.S. 320.07(3)(a) (tag or registration expired 6 months or less), F.S. [illegible] valid driver license), F.S. [illegible] (failure to [illegible]), [illegible] (failure to maintain proof of insurance), you may, in lieu of payment of fine or court appearance, elect to enter a plea of nolo contendere and present a valid driver license, tag or registration or proper proof of insurance to the Clerk of Court. In such case, [illegible] the Clerk [illegible] pay court costs. This option is available ONLY if you HAVE NOT made this election within the last twelve (12) months. No person may make more than three (3) elections under this provision [illegible] lifetime F.S. [illegible]. If you fail to comply within the specified period, your driving privilege will be suspended as of the date of such failure until compliance is met. You will be required to pay an additional civil penalty and a service fee.

5. If charged with F.S. 316.610 (operating a motor vehicle in an unsafe [illegible] equipped as required in F.S. [illegible] or F.S. [illegible]) [illegible] WITHIN THIRTY (30) DAYS from the date the citation was issued have the defect corrected [illegible] to the local police or sheriff's office and have the CORRECTION CERTIFIED ON AN AFFIDAVIT OF COMPLIANCE BY THE POLICE OR SHERIFF'S OFFICE. YOU MUST MAIL OR PRESENT THE AFFIDAVIT OF COMPLIANCE, TOGETHER WITH A $7.50 FEE TO THE CLERK OF THE COURT WITHIN THIRTY (30) DAYS OF THE DATE THE CITATION WAS ISSUED. NO POINTS WILL BE ASSESSED.

FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE

I certify that the equipment on this vehicle described herein [illegible] has been corrected and upon this date complies with the requirements [illegible]

DATE ____ CHECK ONE

Signed ____

Agency Address

Accumulation of Points May Increase Your Costs of Motor Vehicle Insurance [illegible] You Were Exceeding the Speed Limit by More Than 15 MPH. This is Your Second Infraction Within the Past 12 Months [illegible] This is [illegible] or Subsequent Infraction Within the Past 36 Months [illegible]

Texas Department of Public Safety
via FAX: 512-424-2501

Dept: D.I.C.
Re: case and DL # 16141954
Attn: Michael

Dear Sirs,

As per my conversation with Michael today (04-24-09). The revocation order you have issued is in error. In brief the lower court in Florida is taking vindictive actions against me by filing the bogus claim with your department about the "citation debt" they claim to be due. This is another very serious violation of my Constitutional rights and it will be dealt with in my case against the corruption of said officers of the court in Florida very soon. In the mean time that Florida court clerk and the judge he serves are attempting to make your department and the State of Texas into co-conspirators for their improper and malicious acts of misconduct (see below **Title 42 U.S.C. § 1986. Action for neglect to prevent conspiracy).**

In a nutshell, I was working for FEMA after the Katrina, Rita, and Wilma Hurricanes, and while driving to Florida I was pulled over by a Fl. Trooper who had attempted to ram my vehicle twice, then drew his weapon on me and eventually assaulted me all the while threatening to take me to jail if I didn't change my attitude. Putting my thumbs in my pockets to him somehow constituted my having an attitude.

I filed several consecutive complaints with his superiors and eventually the Inspector General of FL. It was basically swept under the carpet. I filed a complaint with the FBI and demanded that the Justice Department investigate and prosecute. Nothing has yet happened. As a side note; the inspector general's investigation did discover a previous complaint against that trooper for what amounts to stalking against a citizen about a year prior to my encounter with his.

Long story short, the original trial court was a kangaroo court that deprived me of any and all discovery of evidence (including exculpatory) and testimony. Even in the face of all I argued and demanded as matter of law, the judge found me guilty and would have no matter what the evidence showed, had it been provided. I appealed the case and the higher county court just rubber stamped the ruling of the trial court without regard to the law at all. On 08-31-07 I appealed it again; this time to the Florida 1st appellate district in Tallahassee. FYI, I requested representation in a motion to the court and was denied my Constitutional right to that too, with the Asst. A.G. claiming that because I was capable of citing laws, I was not entitled to representation. (Even attorneys who are charged with a crime are entitled to representation). That court issued an order to the lower court "To abide by the law." Code for look at the law and reverse your ruling.

In absolute defiance, on 11-10-08 (mailed 0n 11-12-08) that lower court then sent me a letter (attached hereto) "affirming" its prior ruling and ordering me to pay the fine (aka

extortion money). At some point they then sent you (Texas DPS) the order and I guess information on my failure to pay, thus resulting in your order of revocation of my "commercial" license (FYI, I do not have a commercial license thus there should be no effect on my standard license). What they failed to inform TX DPS of was that I had meanwhile on **10-28-08** filed another "Notice of Appeal" and 'NOTICE TO REMOVE CASE TO FEDERAL COURT" here in Texas. **That lower court had "no jurisdiction" to send me that order to pay or you the failure to pay/order to revoke my license demand.**

The Florida Supreme Court had already taken custody of the case and issued two rulings on Nov. 17, 2008 (attached hereto); the first ruling states **"Having determined that this court is without jurisdiction, this case is hereby dismissed."** Legal jargon for "this case is not worth it and the lower court has acted in error but refused to abide by the law, but we the higher court don't want to reprimand them and/or make **case law**, so we just simply **dismiss the case**.

The second page states in essence that due to the case being dismissed, the removal to Federal Court is now moot.

I have every intension of filing a complaint in Federal Court against the state of Florida and the judges and clerks involved and the Trooper that exceeded his authority and violated my rights to begin with. They are however here attempting to bring the State of Texas into their conspiracy to deprive me of my rights and all the while taking vindictive actions against me. Just to be clear: the lower court that sent Texas DPS that order "did not have jurisdiction" at the time, and the FL. Supreme Court in essence reversed the ruling by dismissing the case, thus the lower court is acting with a malicious vendetta against me for my standing up for my rights and demanding they be investigated and prosecuted for civil rights violations.

It is hereby my request that my license "**privileges**" be immediately reinstated without restriction. AND it is hereby my further request that you, the Texas Department of Public Safety/The State of Texas, file criminal charges against those individuals in Florida for making false and misleading reports to law enforcement and charge them with positive public official misconduct and obstruction of justice.

Each individual at the Texas Department of Public Safety who does not immediately take every action to resolve this by definition of Title 42 U.S.C. § 1983, 1985, and 1986 becomes a co-conspirator party individually and in their official capacity.

Digitally signed
Randy Algoe

# Civil Rights Act

Title 42 U.S.C. § 1983. **Every person who, under color or any statute, ordinance, regulation, custom or usage, of any State of Territory, subjects ... any citizen of the United States ... to the deprivation of any rights, privileges or immunities secured by the Constitution and laws, shall be liable to the party** injured in an action at law, suit in equity, or other proper proceeding for redress.

---

**Title 42 U.S.C § 1985 Conspiracy to interfere with civil rights**

(1) Preventing officer from performing duty. If two or more persons ... conspire to prevent ... any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties.

(2) **Obstructing justice; intimidating party**, witness, or juror. If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of **impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the law, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;**

(3) **Depriving persons of rights or privileges.** If two or more persons in any State or Territory conspire, or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly **or indirectly**, any person or class of persons of the equal protection of the laws, or of equal **privileges** and immunities under the laws, or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; ... or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of

the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or **privilege** of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages, occasioned by such injury or deprivation, against any one or more of the conspirators.

---

Title 42 U.S.C. § 1985 pertains to a conspiracy to interfere with civil rights, (1) to prevent an officer from performing a duty; (2) **obstructing justice**; **intimidating party**, witness, or juror; (3) or **depriving persons of rights or privileges.**

---

**Title 42 U.S.C. § 1986. Action for neglect to prevent conspiracy**
**Every person** who, **having knowledge that any of the wrongs conspired** to be done, and mentioned in the preceding section [42 USCS § 1985], are about to be committed, and having power to prevent or aid in preventing the commission of the same, **neglects or refuses to do so, if such wrongful act be committed, shall be liable to the party injured,** or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and **any number of persons guilty of such wrongful neglect or refusal** may be joined as defendants in the action, and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefore, and may recover not exceeding five thousand dollars damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased.

# Supreme Court of Florida

MONDAY, NOVEMBER 17, 2008

**CASE NO.:** SC08-2136
Lower Tribunal No(s).: 1D07-4741

RANDY ALGOE vs. STATE OF FLORIDA

Appellant(s) Appellee(s)

Having determined that this Court is without jurisdiction, this case is hereby dismissed. See Jackson v. State, 926 So. 2d 1262 (Fla. 2006); Stallworth v. Moore, 827 So. 2d 974 (Fla. 2002).

No motion for rehearing will be entertained by the Court.

A True Copy
Test:

Thomas D. Hall
Clerk, Supreme Court

jj
Served:

HON. JON S. WHEELER, CLERK
RANDY ALGOE
HON. BILL MCCOLLUM
HON. ERNIE LEE MAGAHA, CLERK

# Supreme Court of Florida

MONDAY, NOVEMBER 17, 2008

**CASE NO.:** SC08-2136
Lower Tribunal No(s).: 1D07-4741

RANDY ALGOE vs. STATE OF FLORIDA

Appellant(s) Appellee(s)

Appellant's "Removal to Federal Court" is hereby denied as moot.

A True Copy
Test:

Thomas D. Hall
Clerk, Supreme Court

jj
Served:

RANDY ALGOE
HON. BILL MCCOLLUM

Randy Algoe
P.O. Box 821103
North Richland Hills, TX. 76182

DISTRICT COURT OF APPEAL, FIRST DISTRICT
Jon S. Wheeler, clerk
301 S. Martin Luther King, Jr. Blvd.
Tallahassee, Florida 32399-1850

**DISTRICT COURT OF APPEALS**
**FIRST DISTRICT, STATE OF FLORIDA**

RANDY ALGOE, Petitioner, vs. STATE OF FLORIDA, Respondent

Case No.: 1D07-4741

**NOTICE OF APPEAL AND REMOVAL TO FEDERAL COURT**

Today's Date: OCT. 28, 2008

**NOTICE OF APPEAL and REMOVAL TO FEDERAL COURT**

I, Randy Algoe, hereby enter this NOTICE OF APPEAL and simultaneously MOTION to remove this case from the Florida courts to the UNITED STATES 5th Circuit FEDERAL COURT OF APPEAL in Dallas, Texas under the diversity clause for cause under TITLE 42 U.S.C. § 1983, 1985, and 1986 for violations of my constitutional rights and deprivation of my constitutional rights to due process of law and equal protection of law. The removal of this case to a Texas Federal Court is also required as the Florida Judiciary and the Florida Attorney General have demonstrated time and again that they have no intention to abide by state or federal law "and" they have obvious bias and prejudice against this U.S. Citizen in every respect, and such acts are egregious and against the will of the people and the U.S. and Texas Constitutions.

Dated this 28th day of October, 2008

Randy Algoe

**ERNIE LEE MAGAHA**
CLERK OF THE CIRCUIT COURT

ARCHIVES AND RECORDS
CHILD SUPPORT
CIRCUIT CIVIL
CIRCUIT CRIMINAL
COUNTY CIVIL
COUNTY CRIMINAL
DOMESTIC RELATIONS
FAMILY LAW
JURY ASSEMBLY
JUVENILE
MENTAL HEALTH
PROBATE
TRAFFIC

**COUNTY OF ESCAMBIA**
**OFFICE OF THE**
**CLERK OF THE CIRCUIT COURT**

BRANCH OFFICES
ARCHIVES AND RECORDS
JUVENILE DIVISION
CENTURY

CLERK TO THE BOARD OF
COUNTY COMMISSIONERS

OFFICIAL RECORDS
COUNTY TREASURY
AUDITOR

November 10, 2008

RANDY ALGOE
PO BOX 821103
N RICHLAND HILLS TX 76182

RE: 1725-SAG -UNLAWFUL SPEED

FOR THE NATURE OF THIS CORRESPONDENCE, SEE REASONS BELOW:

______We cannot accept your (check, money order, cash or citation) for reasons checked below:

__X__The fine amount is $83.50 please send by DECEMBER 10, 2008.

______This citation has been paid on.

______Check was not signed . Please return your check with a signature by:.

______We are unable to locate records to which this payment is applicable. Please include copy of citation, the charge, date of offense, the agency that issued the citation, or the citation number, also please print clearly your name and date of birth. Return this information as soon as possible.

If you have any questions regarding this citation you may contact our office at (850)595-4360 or at the Traffic Division of the Clerk's Office located inside the M.C. Blanchard Judicial Building, 190 Governmental Center, Pensacola FL.

PLEASE MAKE ALL CHECKS & MONEY ORDERS PAYABLE TO: ERNIE LEE MAGAHA, CLERK

Ernie Lee Magaha
Clerk of the Circuit Court and Comptroller
P. O. BOX 333
Pensacola, Florida 32591-0333

By: Debbie Pure
Deputy Clerk

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Mark Lowe 190 West Government Street, Pensacola, Florida, Telephone Number: (850) 595-4360, within two working days of your receipt of this document. If you are hearing or voice impaired, call 1-800-955-8771."



Exhibit "B"

**RANDY ALGOE**
**P. O. Box 821103**
**N. Richland Hills, TX. 76182**

**Certified Mail, Return Receipt Requested # 7010-1670-0001-3197-4634**

**08-09-11**

**CSI**
**180 E. Burgess Rd.**
**Pensacola, FL. 32503**

**REF:** Account # **2245799**

Dear Dottie Wilson and **CSI,**

1. As per our conversation today (08-09-11) I had previously sent your company a cease and desist letter to the P.O. Box address given me by the Transunion credit bureau, which your company refused to receive and it was returned to me some time later (copy attached hereto). In said conversation I informed you that the lower tribunal was in error in reporting the debt to CSI. The Supreme Court of Florida dismissed the entire case (the lower case and the appeals case as noted in the document from the FL Supreme Court as none of the courts had jurisdiction because Corpus Delicti did not exist, therefore none of the courts had either Standing or Subject Matter Jurisdiction as noted in the Ruling attached hereto by the FL Supreme Court dismissing the entire case. The lower tribunal has violated my Constitutional Rights and now so has your company. You have FRAUDULENTLY placed a collection account on my credit report. YOU are hereby COMMANDED once again to remove the fraudulent record from my credit report and cease and desist any and all such activities or other contact of any kind. You are hereby notified under provisions of **Public Laws 104-208**, also known as the ***Fair Debt Collection Practices Act***, that your services are no longer desired.

2. Additionally, Texas has a four year statute of limitations on any debt; your company fraudulently stated a date that is inaccurate on said credit report. If such a debt were legitimately owed you would be in violation of the statute of limitations as well.

3. Further, the lower tribunal has not only deprived me of my rights to due process of law and equal protection of law, but has violated my rights by its fraudulent claim against my drivers license as it stated the speed violation was a civil infraction and I was thereby deprived of my Constitutional Right to a jury trial. Texas has no such speed laws, therefore the justice court has fraudulently requested my license be suspended under the laws cited under the sister State rules as being identical. Texas recognizes the U.S. Constitution for a right to a Jury trial, unlike the fraudulent lower tribunals of Florida. In filing the fraudulent claims on my credit report your company has now caused me injury by defamation and libel as well as your willful participation in these same violations of my Constitutional Rights as a co-conspirator and for that you are also hereby commanded

to cease and desist any and all further defamatory and libelous acts and any and all violations my Constitutional Rights.

4. Also note in the attached documents that the notice of appeal was filed on October 28, 2008 and the Florida Supreme Court ruling was made on November 17, 2008, yet the Circuit Court demand letter is dated November 08, 2008 therefore, as I have stated, the lower tribunal was without jurisdiction at the time of the demand, therefore the Circuit Court has violated my rights by usurping powers it did not possess. Also note that the removal to Federal Court was denied as moot. It was denied as moot because the FL Supreme Court dismissed the entire case. The lower court has thereby fraudulently possessed your unlawful services in its unlawful attacks against me in retaliation of my filing a complaint against the Trooper (Robert Harrigill) for his abuses against me on the night he pulled me over.

5. You and your organization must **CEASE & DESIST** all attempts to collect the above debt and cease and desist all defamatory and libelous acts. Failure to comply with this law will result in my immediately filing a complaint with the Federal Trade Commission and the **Texas** Attorney General's office. I will pursue all criminal and civil claims against you and your company and every other person or entity involved in these unlawful acts under Title 42 U.S.C. 1983, 1985, and 1986 as well as other appropriate laws.

6. Let this letter also serve as your warning that I may utilize telephone-recording devices in order to document any telephone conversations that we may have.

7. Furthermore, if any negative information is placed on my credit bureau reports by your agency after receipt of this notice, this will cause me to file suit against you and your organization, both personally and corporately, to seek any and all legal remedies available to me by law.

Give this matter the attention it deserves!

And have a nice day.

**Randy Algoe**

Randy Algoe

Randy Algoe
P.O. Box 821103
North Richland Hills, TX. 76182

DISTRICT COURT OF APPEAL, FIRST DISTRICT
Jon S. Wheeler, clerk
301 S. Martin Luther King, Jr. Blvd.
Tallahassee, Florida 32399-1850

**DISTRICT COURT OF APPEALS**
**FIRST DISTRICT, STATE OF FLORIDA**

| | |
|---|---|
| RANDY ALGOE, Petitioner, vs. STATE OF FLORIDA, Respondent | Case No.: 1D07-4741 **NOTICE OF APPEAL AND REMOVAL TO FEDERAL COURT** Today's Date: OCT. 28, 2008 |

**NOTICE OF APPEAL and REMOVAL TO FEDERAL COURT**

I, Randy Algoe, hereby enter this NOTICE OF APPEAL and simultaneously MOTION to remove this case from the Florida courts to the UNITED STATES 5th Circuit FEDERAL COURT OF APPEAL in Dallas, Texas under the diversity clause for cause under TITLE 42 U.S.C. § 1983, 1985, and 1986 for violations of my constitutional rights and deprivation of my constitutional rights to due process of law and equal protection of law. The removal of this case to a Texas Federal Court is also required as the Florida Judiciary and the Florida Attorney General have demonstrated time and again that they have no intention to abide by state or federal law "and" they have obvious bias and prejudice against this U.S. Citizen in every respect, and such acts are egregious and against the will of the people and the U.S. and Texas Constitutions.

Dated this 28th day of October, 2008

Randy Algoe



**ERNIE LEE MAGAHA**
CLERK OF THE CIRCUIT COURT

ARCHIVES AND RECORDS
CHILD SUPPORT
CIRCUIT CIVIL
CIRCUIT CRIMINAL
COUNTY CIVIL
COUNTY CRIMINAL
DOMESTIC RELATIONS
FAMILY LAW
JURY ASSEMBLY
JUVENILE
MENTAL HEALTH
PROBATE
TRAFFIC

**COUNTY OF ESCAMBIA**
**OFFICE OF THE**
**CLERK OF THE CIRCUIT COURT**

BRANCH OFFICES
ARCHIVES AND RECORDS
JUVENILE DIVISION
CENTURY

CLERK TO THE BOARD OF
COUNTY COMMISSIONERS

OFFICIAL RECORDS
COUNTY TREASURY
AUDITOR

November 10, 2008

Fl. Supreme Court had jurisdiction at this time, the lower Court did not! But none actually had jurisdiction because Corpus delicti did not exist.

RANDY ALGOE
PO BOX 821103
N RICHLAND HILLS TX 76182

RE: 1725-SAG -UNLAWFUL SPEED

FOR THE NATURE OF THIS CORRESPONDENCE, SEE REASONS BELOW:

______We cannot accept your (check, money order, cash or citation) for reasons checked below:

__X__The fine amount is $83.50 please send by DECEMBER 10, 2008.

______This citation has been paid on.

______Check was not signed . Please return your check with a signature by:.

______We are unable to locate records to which this payment is applicable. Please include copy of citation, the charge, date of offense, the agency that issued the citation, or the citation number, also please print clearly your name and date of birth. Return this information as soon as possible.

If you have any questions regarding this citation you may contact our office at (850)595-4360 or at the Traffic Division of the Clerk's Office located inside the M.C. Blanchard Judicial Building, 190 Governmental Center, Pensacola FL.

PLEASE MAKE ALL CHECKS & MONEY ORDERS PAYABLE TO: ERNIE LEE MAGAHA, CLERK

Ernie Lee Magaha
Clerk of the Circuit Court and Comptroller
P. O. BOX 333
Pensacola, Florida 32591-0333

By: Debbie Curr
Deputy Clerk

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Mark Lowe 190 West Government Street, Pensacola, Florida, Telephone Number: (850) 595-4360, within two working days of your receipt of this document. If you are hearing or voice impaired, call 1-800-955-8771."

# Supreme Court of Florida

MONDAY, NOVEMBER 17, 2008

**CASE NO.:** SC08-2136
Lower Tribunal No(s).: 1D07-4741

RANDY ALGOE vs. STATE OF FLORIDA

Appellant(s) Appellee(s)

Having determined that this Court is without jurisdiction, this case is hereby dismissed. See Jackson v. State, 926 So. 2d 1262 (Fla. 2006); Stallworth v. Moore, 827 So. 2d 974 (Fla. 2002).

No motion for rehearing will be entertained by the Court.

A True Copy
Test:

Thomas D. Hall
Clerk, Supreme Court

jj
Served:

HON. JON S. WHEELER, CLERK
RANDY ALGOE
HON. BILL MCCOLLUM
HON. ERNIE LEE MAGAHA, CLERK

# Supreme Court of Florida

MONDAY, NOVEMBER 17, 2008

**CASE NO.:** SC08-2136
Lower Tribunal No(s).: 1D07-4741

RANDY ALGOE vs. STATE OF FLORIDA

Appellant(s) Appellee(s)

Appellant's "Removal to Federal Court" is hereby denied as moot.

A True Copy
Test:

Thomas D. Hall
Clerk, Supreme Court

SUPREME COURT OF THE STATE OF FLORIDA

jj
Served:

RANDY ALGOE
HON. BILL MCCOLLUM

Randy Algoe
P.O. Box 821103
N. Richland Hills, Tx.
76182
7010 1670 0001 3197 4665
UNITED STATES POSTAL SERVICE
U.S. POSTAGE
PAID
N RICHLAND HIL.T
76180
DEC 31, 10
AMOUNT
$3.24
00034233-09
1000
32591
RETURNED TO SENDER
UNCLAIMED
CSI
P.O. Box 1431
Pensacola, Fl
CSI-431 760 4C 1 N C 72 04/09/11
UNABLE TO FORWARD/FOR REVIEW
**B012**
NO FORWARDING ORDER ON FILE
RETURN TO POSTMASTER
OF ORIGINAL ADDRESSEE FOR REVIEW
BC: 76182110303 PM *1382-06749-31-32

**RANDY ALGOE**
**P. O. Box 821103**
**N. Richland Hills, TX. 76182**

**Certified Mail, Return Receipt Requested # 7010-1670-0001-3197-4665**

**12-31-10**

**CSI**
**P.O. Box 1431**
**Pensacola, FL. 32591-1431**

**REF:** Account # **2245799**

Dear **CSI,**

1. I DO NOT KNOW YOU, nor have I "ever" had any business dealings with you or contact with you of any kind. You have FRAUDULENTLY placed a collection account on my credit report. YOU are hereby COMMANDED to remove the fraudulent record from my credit report and cease and desist any and all such activities or other contact of any kind. You are hereby notified under provisions of **Public Laws 104-208**, also known as the ***Fair Debt Collection Practices Act***, that your services are no longer desired.

2. You and your organization must **CEASE & DESIST** all attempts to collect the above debt. Failure to comply with this law will result in my immediately filing a complaint with the Federal Trade Commission and the **Texas** Attorney General's office. I will pursue all criminal and civil claims against you and your company.

3. Let this letter also serve as your warning that I may utilize telephone-recording devices in order to document any telephone conversations that we may have in the future.

4. Furthermore, if any negative information is placed on my credit bureau reports by your agency after receipt of this notice, this will cause me to file suit against you and your organization, both personally and corporately, to seek any and all legal remedies available to me by law.

Give this matter the attention it deserves!

And have a nice day.

**Randy Algoe**



Exhibit "C"

January 2, 2015

Randy Algoe
P.O. Box 821103
N. Richland Hills, TX, 76182

Texas Department of Public Safety
Drivers License Division/Driver Improvement Bureau
P.O. Box 4087
Austin, Texas 78773-0320

To whom it may concern:

**The State of Texas has taken legal actions against my driving privileges without cause or proof of any violations of any laws, or even a trial.** Further, the request by the State of Florida was made under false light and by claims of it being lawful under the Drivers License Compact, which it was not. The State of Florida misapplied such claims and the State of Texas misapplied the act of revocation based upon such misapplication of the claim. Several crimes have been committed against me and my rights by said acts and compounding other acts. I have previously requested that the State of Texas **PROTECT ME** as a victim of a corrupt judiciary of Florida, but Texas has instead breached its duty to me by allowing the abuses of the State of Florida to be propagated here in Texas with complete complicity and wanton **Deliberate Indifference.**

Statement of Facts:

First off, THE COMPACT IS UNCONSTITUTIONAL AND THEREFORE CAN NOT BE USED AGAINST THE CITIZENS OF THIS STATE OR ANY STATE.

- **THE UNITED STATES CONSTITUTION**
- ***Article. I - Section. 10 Clause 3:***
- **No State shall, without the Consent of Congress**, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, **enter into any Agreement or Compact with another State, or with a foreign Power**, or engage in War, **unless actually invaded, or in such imminent Danger as will not admit of delay**.

Secondly, **the Drivers License COMPACT** that the State relied upon to illegally take action against my privileges **IS NOT A LAW!** It is simply **an agreement to share**

information to assure **"APPEARANCE AT TRIAL"** for **SERIOUS OFFENSES** of such things as **DUI/DWI, VEHICULAR MANSLAYER, etc. It DOES NOT apply to CIVIL INFRACTIONS for SPEED LAW VIOLATIONS, AND SINCE TEXAS DOES NOT HAVE CIVIL INFRACTIONS SPEED LAWS, the Compact agreement would NOT apply in this case even if it was "proven" to be Constitutional.** Further, **the Compact itself has a severance clause that renders it invalid** in the issue of my driving privileges. Additionally, **THE LICENSING AUTHORITY** of the State of Florida was **REQUIRED by the Compact** to be the entity to issue such a letter (sharing of information **FOR FAILURE TO APPEAR FOR TRIAL**) to the Texas DPS **NOT A FLORIDA COURT**, and they were REQUIRED to do so **WITHIN 6 MONTHS OF THE ISSUANCE OF THE CITATION!** So not only did the Compact NOT apply due to it being unconstitutional and for the fact that **I DID APPEAR FOR TRIAL, but the kangaroo trial court that deprived me of discovery (any and all evidence and depositions), a trial by jury, and all other due processes of law and equal protection of law, the so called trial took place OVER A YEAR AFTER THE CITATION WAS ISSUED, thereby not only violating my right to a Speedy Trial, but rendering the Compact INVALID by statute of limitations even if it was over a serious crime such as DWI or vehicular manslaughter, etc.**

Additionally, the citation itself states on the top right corner that it is a **"NON-CRIMINAL TRAFFIC INFRACTION."** This is by Florida's own definition a "**CIVIL**" infraction Speed law (which is also unconstitutional for several reasons), therefore the only powers it has at best is that of a PRIVATE OR PUBLIC **DEBT**, which is at very least **UNCOLLECTIBLE by STATUTE OF LIMITATIONS from the date of the claim, which is 11-18-2005, NOT 2008**. And even if it was 2008 THAT was over four years ago, thus again exceeding the Statute of Limitations AGAIN. For clarity, the Texas Statute of Limitations of all debts **public and private** is **FOUR YEARS**. Therefore, **TEXAS HAS NO AUTHORITY WHATSOEVER** to rely upon it for the states illegal acts against my privileges, therefore **the state LACKS STANDING and is CRIMINALLY TARGETING ME FOR RETALIATION, WHICH IS A FEDERAL OFFENSE; see Title 18 USC sec(s) 241, 242, 245, 1951, and 1961-1968**. Further, by the State of Texas taking actions against my rights and privileges, the State has acted as an **ILLEGAL DEBT COLLECTOR**, EFFECTUALLY **THREATENING DEBTORS JAIL against a Citizen**.

Furthermore, the citation itself accuses me of speeding of **49** mph **in a 70 mph zone**. The citation accuses a violation of traffic code **316.187(2)(a)**, but the citation itself is for NON-CRIMINAL acts not covered by that code. And since a speed of 49 MPH is LESS THAN 70 MPH, therefore there never was an actual accusation of a violation of any law!!! THIS IS NOT AN ISSUE TO BE RESOLVED WITH FLORIDA FIRST. **THIS IS AN ISSUE OF THE TEXAS DPS INAPPROPRIATELY APPLYING THE DRIVERS LICENSE COMPACT AS A LAW, WHICH IT'S NOT, TO ENFORCE A FALSE CONVICTION OF A CIVIL ACCUSATION WITHOUT A TRIAL IN A COURT OF LAW WITH DISCOVERY OR EVIDENCE REQUIREMENTS OR A JURY TRIAL -- ALL OF WHICH ARE GUARANTEED BY THE STATE OF TEXAS IN ANY TRAFFIC SPEED LAW ALLEGATION OF VIOLATIONS.**

**FURTHER, I have a CONSTITUTIONAL RIGHT TO TRAVEL WITHOUT FEAR OF MY GOVERNMENT VIOLATING MY RIGHTS. The states of Florida and Texas have both CRIMINALLY VIOLATED MY SAID RIGHT TO TRAVEL UNIMPEDED. Further, the Florida Trooper Robert Harrigill has twice stated that THE REASON he pulled me over WAS BECAUSE HE THOUGHT I WAS HISPANIC!** He DID NOT pull me over because he thought I was speeding, his statements under oath were that he did so BECAUSE HE THOUGHT I WAS HISPANIC, thereby trumping up the false accusation of speeding (and assaulting and battering me at gunpoint). So apparently being Hispanic is a crime in Florida.

For all of the reasons highlighted herein and in the U.S. Constitution, and in the Texas Constitution, the state of Texas never had legal authority to take any actions whatsoever against my rights or privileges, therefore the state MUST immediately reinstate my driving privileges. **And Texas TOOK THESE ILLEGAL ACTIONS in violation of the Full Faith and Credit Clause of the U.S. Constitution**

Article IV, Section 1 of the United States Constitution

**Clause 1: Privileges and Immunities**

**The Citizens of each State shall be entitled to all Privileges** and Immunities of Citizens in the several States.

Clause One of Section 2 requires interstate protection of "privileges and immunities". The ambiguity of the clause has given rise to a number of different interpretations. Some contend that the clause requires Congress to treat all citizens equally. Others suggest that citizens of states carry the rights accorded by their home states while traveling in other states.

Neither of these theories has been endorsed by the Supreme Court, which has held that the clause means that a state may not discriminate against citizens of other states in favor of its own citizens. In *Corfield v. Coryell*, 6 F. Cas. 546 (C.C.E.D. Pa. 1823), the federal circuit court held that privileges and immunities in respect of which discrimination is barred include protection by the Government; the enjoyment of life and liberty ... the right of a citizen of one State to pass through, or to reside in any other State, for purposes of trade, agriculture, professional pursuits, or otherwise; to claim the benefits of the writ of habeas corpus; to institute and maintain actions of any kind in the courts of the State; to take, hold and dispose of property, either real or personal; and an exemption from higher taxes or impositions than are paid by the other citizens of the State.

# THE TEXAS CONSTITUTION

## ARTICLE 1. BILL OF RIGHTS

That the general, great and essential principles of liberty and free government may be recognized and established, we declare:

**Sec. 10. RIGHTS OF ACCUSED IN CRIMINAL PROSECUTIONS.** In all criminal prosecutions the accused shall have a speedy public trial by an impartial jury. He shall have the right to demand the nature and cause of the accusation against him, and to have a copy thereof. He shall not be compelled to give evidence against himself, and **shall have the right of being heard by himself or counsel,** or both, **shall be confronted by the witnesses against him and shall have compulsory process for obtaining witnesses in his favor,** except that when the witness resides out of the State and the offense charged is a violation of any of the anti-trust laws of this State, **the defendant and the State shall have the right to produce and have the evidence admitted by deposition**, under such rules and laws as the Legislature may hereafter provide; and **no person shall be held to answer for a criminal offense, unless on an indictment of a grand jury, except in cases in which the punishment is by fine** or imprisonment, otherwise than in the penitentiary, in cases of impeachment, and in cases arising in the army or navy, or in the militia, when in actual service in time of war or public danger.

**Sec. 13. EXCESSIVE BAIL OR FINES; CRUEL AND UNUSUAL PUNISHMENT;** REMEDY BY DUE COURSE OF LAW. **Excessive bail shall not be required, nor excessive fines imposed, nor cruel or unusual punishment inflicted.** All courts shall be open, and every person for an injury done him, in his lands, goods, person or reputation, shall have remedy by due course of law.

Sec. 14. **DOUBLE JEOPARDY.** No person, for the same offense, shall be twice put in jeopardy of life or liberty; nor shall a person be again put upon trial for the same offense after a verdict of not guilty in a court of competent jurisdiction.

**Sec. 15. RIGHT OF TRIAL BY JURY. The right of trial by jury shall remain inviolate.** The Legislature shall pass such laws as may be needed to regulate the same, and to maintain its purity and efficiency. Provided, that the Legislature may provide for the temporary commitment, for observation and/or treatment, of mentally ill persons not charged with a criminal offense, for a period of time not to exceed ninety (90) days, by order of the County Court without the necessity of a trial by jury.

**Sec. 16. BILLS OF ATTAINDER; EX POST FACTO OR RETROACTIVE LAWS;** IMPAIRING OBLIGATION OF CONTRACTS. No bill of attainder, ex post facto law, retroactive law, or any law impairing the obligation of contracts, shall be made.

**Sec. 17. TAKING, DAMAGING, OR DESTROYING PROPERTY FOR PUBLIC USE; SPECIAL PRIVILEGES AND IMMUNITIES; CONTROL OF PRIVILEGES AND FRANCHISES.** (a) **No person's property shall be taken**, damaged, or destroyed for or applied to public use without adequate compensation being made, unless by the

consent of such person, and only if the taking, damage, or destruction is for:

(1) the ownership, use, and enjoyment of the property, notwithstanding an incidental use, by:

(A) the State, a political subdivision of the State, or the public at large; or

(B) an entity granted the power of eminent domain under law; or

(2) the elimination of urban blight on a particular parcel of property.

**(b) In this section, "public use" does not include the taking of property under Subsection (a) of this section for transfer to a private entity for the primary purpose of economic development or enhancement of tax revenues.**

**Sec. 18. IMPRISONMENT FOR DEBT. No person shall ever be imprisoned for debt.**

**Sec. 19. DEPRIVATION OF LIFE, LIBERTY, ETC.; DUE COURSE OF LAW. No citizen of this State shall be deprived of life, liberty, property, privileges or immunities, or in any manner disfranchised, except by the due course of the law of the land.**

**Sec. 28. SUSPENSION OF LAWS. No power of suspending laws in this State shall be exercised except by the Legislature.**

**Sec. 29. PROVISIONS OF BILL OF RIGHTS** EXCEPTED FROM POWERS OF GOVERNMENT; **TO FOREVER REMAIN INVIOLATE. To guard against transgressions of the high powers herein delegated, we declare that everything in this "Bill of Rights" is excepted out of the general powers of government, and shall forever remain inviolate, and all laws contrary thereto, or to the following provisions, shall be void.**

**Sec. 30. RIGHTS OF CRIME VICTIMS. (a) A crime victim has the following rights:**

**(1) the right to be treated with fairness and with respect for the victim's dignity and privacy throughout the criminal justice process; and**

**(2) the right to be reasonably protected from the accused throughout the criminal justice process.**

**(b) On the request of a crime victim, the crime victim has the following rights:**

(1) the right to notification of court proceedings;

(2) the right to be present at all public court proceedings related to the offense, unless the victim is to testify and the court determines that the victim's testimony would be materially affected if the victim hears other testimony at the trial;

**(3) the right to confer with a representative of the prosecutor's office;**

**(4) the right to restitution;** and

(d) **The state, through its prosecuting attorney, has the right to enforce the rights of crime victims.**

(e) The legislature may enact laws to provide that a judge, attorney for the state, peace officer, or law enforcement agency is not liable for a failure or inability to provide a right enumerated in this section. The failure or inability of any person to provide a right or service enumerated in this section may not be used by a defendant in a criminal case as a ground for appeal or post-conviction writ of habeas corpus. **A victim or guardian or legal representative of a victim has standing to enforce the rights enumerated in this section** but does not have standing to participate as a party in a criminal proceeding or to contest the disposition of any charge.

It is therefore my prayer and **LEGAL DEMAND** that **the Texas DPS IMMEDIATELY REINSTATE MY DRIVING PRIVILEGES and remove all records of this FRAUDULENT act by the two States from my driving record. IF THE STATE REFUSES AGAIN TO DO SO, THEN I HEREBY DEMAND A HEARING WITH STRICT PROOF OF ANY AND ALL CRIMES I'VE BEEN ACCUSED OF AND WITNESSES AND EVIDENCE FOR EVERY SINGLE ISSUE AT LAW REFERENCED HEREIN AND IN ALL OTHER RECORDS AND THAT THEY BE MADE AVAILABLE TO ME FORTHWITH.**

Dated this 2nd day of January, 2015

________________________

Randy Algoe

Exhibit "D"

**IRVING MUNICIPAL COURT**

Defendant: **RANDY GENE ALGOE**
Cause No.: 91009480 01, 91009480

PLEASE SEE ATTACHED:

_______ Motion for Reset

_______ Discovery

Clerk processing request: Transaction date: Thursday, April 4, 2013

State Recieved: 4/4/13 Return Date: 4/4/13

State's notes:

No Response by State

Prosecutor's signature: [signature]

Judge's notes: Filemark all motions and put original in def's case file

Judge's signature: [signature] Date: 4-4-13



Motion 91009480-1

RECEIVED

APR 03 2013

MUNICIPAL COURT

**Randy Algoe**
**P.O. Box 821103**
**North Richland Hills, TX. 76182**

**IRVING Municipal Court**
**305 N. O'Connor Rd.**
**Irving, TX. 75061**
**(972) 721-3578**

**STATE OF TEXAS**

**Irving Police Dept/City of Irving/State of Texas**

Plaintiff,

vs.

Randy Algoe,

Defendant

**Cause #: 91009480-01**
**Municipal Judge**

**NOTICE OF MOTION AND MOTION FOR JUDGMENT OF ACQUITTAL; MOTION FOR ARRESTING JUDGEMENT; DEMAND FOR CLERK TO FILE NOTICE OF APPEAL DE NOVO ON DEFENDANT'S BEHALF.**

Today's Date: April 3, 2013

**NOTICE OF MOTION AND MOTION FOR JUDGMENT OF ACQUITTAL; MOTION FOR ARRESTING JUDGEMENT; DEMAND FOR CLERK TO FILE NOTICE OF APPEAL DE NOVO ON DEFENDANT'S BEHALF.**

Notice is hereby given and Motion is hereby entered for the defendant in the above entitled case, Randy Algoe, to be acquitted of all charges as the court itself did not have subject matter jurisdiction since the prosecution admittedly did not represent a lawful injured party as a plaintiff, and did not present any admissible evidence to support the charge of a crime, thereby failing to prove Corpus Delicti, failing to establish foundation, thereby lacking Standing. Further, the witness testimony and evidence was not admissible for the above mentioned reasons and for the fact that the prosecution failed to provide discovery as is mandated by the U.S.

Constitution and the Texas Constitution and all subordinate laws. Additionally, the witness stated on several occasions that he did not know certain key points of fact that were required elements of establishing foundation and for proving a crime existed. Additionally, the witness either stated the items requested did not exist and/or he failed to provide any such things such as certifications or other records required to establish either his legal authority, or his qualifications for the use of any equipment he claimed corroborated his assertions, and the prosecution itself failed to provide any such documented and certified records that are required to either establish foundation or proper procedures being followed or reliability of equipment or other information relied upon by the witness or the prosecution. The court itself erred on many issues of procedure, and intentionally & willfully deprived the defendant of due process and equal protections of law, including but not limited to several deprivations of the right to cite laws to his defense and deprivations of rights enumerated in the Constitution of Texas and the U.S. Constitution. Additionally, the dignity of the State was never identified as an injury in the complaint nor even established by the prosecution as an eligible injury to a party prior to trial or even at trial, therefore the State can not be considered as a plaintiff, as it further "was not proven" by the prosecution to be injured nor eligible as an injured party. Further, since there is no such thing as third party standing, the State CAN NOT be an injured party in this case. Further to this point, "The State" was not made available for discovery or cross examination. Such discovery was lawfully propounded upon the prosecution, the court, and the witness. Such discovery was ignored and

RECEIVED

APR 03 2013

MUNICIPAL COURT

illegally deprived of the defendant and no opposition was filed and no hearings were ever conducted. **There in fact were no hearings at all prior to trial.** This so called trial was an illegal trial-by-ambush and the prosecutor and judge were complicit in the acts for wanton enrichment. Further, **there WERE NO PLAINTIFFS OR VICTIMS**, only a witness - a witness to no crime at all as Corpus Delicti could not have been established and was in fact never established or even attempted to be established or proven. The prosecution is required to be aware that to prove a crime existed there must be an injured party or loss and a causation of a crime by an actor that intentionally caused the injury OR LOSS. **THE PROSECUTION NEVER CLAIMED THERE WAS A LOSS OF ANY KIND.** If the "dignity of the State" were to be construed as an actual injury or loss (and the prosecution did not proven it to be in this case), then such dignity was severely injured by the acts of the prosecutor and the judge themselves in this presumed case for the multitude of violations of due process, equal protection of law, malicious prosecution, acts of misconduct, malfeasance, misfeasance, nonfeasance, unlawful retaliation, and usurpation by the employees of the City of Irving, its agents, and the State. The prosecution was also informed by the defendant that Corpus Delicti was a legal requirement; therefore they had no excuse of ignorance, and ignorance of the law is no excuse anyway - especially for the government. The very fabric of ANY crime is Corpus Delicti and in this case there was no adversary to have been injured, therefore no injury or crime ever occurred and the prosecution was aware of this fact, yet proceeded with the malicious prosecution anyway. The State is by law NOT considered an individual therefore "can not be" injured

RECEIVED
APR 03 2013
MUNICIPAL COURT

adversary or have individual rights, AND the prosecution never attempted to establish that it was. Therefore, the State Can NOT be a plaintiff. Additionally, simply traveling down the road with the flow of traffic is NOT a crime and the prosecution could never prove that it was because there was no injured party or loss to anyone, nor could the prosecution prove it was unreasonable or unsafe and not prudent in a proper court "of law." Such in fact IS REASONABLE, as moving slower than the flow of traffic statistically is exactly what causes more accidents than those that are going with the flow. It is therefore UNREASONABLE for the State to pick and choose whom they wish to attack as victims for wanton revenue generation enrichment, and without probable cause. Even if these things did exist, the Trial Court deprived the defendant of his UNALIANABLE CONSTITUTIONAL RIGHTS to due process of law and equal protection of law at every stage of the assumed case proceedings, and such will be detailed in the appeal brief and complaints to oversight entities and in any malicious prosecution lawsuits I may choose to pursue. Furthermore, the prosecution "never" had a "CASE." The prosecution deceived the Jury on the "Charge" as being a CASE. The two are NOT the same. Without a "Case" and "All of the REQUIRED elements" thereof, the court had no subject matter jurisdiction, therefore the Court usurped to have authority when it did not in fact have such authority.

RECEIVED
APR 03 2013
MUNICIPAL COURT

**STATEMENT OF FACTS; Points and Authorities:**

The prosecution admitted that I was "not being charged with an injury to anyone." Therefore, the government can not prove Corpus Delicti, as **the limit of government is to protect the individual rights defined by the**

**<u>Declaration of Independence and the U.S. Constitution</u>**. There being NO injured individual, there being NO crime against any individual.

**FEDERAL RULES OF CRIMINAL PROCEDURE**

**RULE 29 Motion for a Judgment of Acquittal:**

**(c) After Jury Verdict or Discharge.**

1. **Time for a Motion.** A defendant may move for a judgment of acquittal, or renew such a motion, within 7 days after a guilty verdict or after the court discharges the jury, whichever is later.
2. **No Prior Motion Required.** A defendant is not required to move for a judgment of acquittal before the court submits the case to the jury as a prerequisite for making such a motion after jury discharge.

The seventh calendar day is today (the date of this filing) April 3, 2013. Further, the defendant requested that in his closing statements and in the jury instructions be include the 1st, 4th, 5th, 6th, and 14th Amendments to be addressed and entered that defined the rights of the Defendant to be allowed to confront his government with grievances and be secure in his person, papers, property without due process of law and equal protection of law. The court denied such lawful request. Such denial was a blatant violation of the defendant's civil rights to cite the Constitution (and other laws) in his defense.

RECEIVED
APR 03 2013
MUNICIPAL COURT

**RULE 30. Jury Instructions**

**(a) In General.** Any party may request in writing that the court instruct the jury on the law as specified in the request. The request must be made at the close of the evidence or at any earlier time that the court reasonably sets.

**(d) Objections to Instructions.** A party who objects to any portion of the instructions or to the failure to give a requested instruction must inform the court of the objection before the jury retires to deliberate.

Even though the request was made verbally, such was reference to the writing the defendant handed to the judge. As to section (d) as stated above on objections, the record will show that I did attempt to object to the refusal of the court to enter such requested laws. Only **under duress** of earlier unlawful bias and prejudice of the court and deprivations of due process did I not pursue the objection further.

RECEIVED
APR 03 2013
MUNICIPAL COURT

**TITLE VII. POST CONVICTION PROCEDURES**

**RULE 32. Sentence and Judgment**

(a) **Definitions.** The following definitions apply under this rule:

(2) **"Victim"** means **an individual against whom the defendant committed the offense** for which the court will impose sentence.

The above is the language of the Federal Rules of Criminal Procedure that reference and define **Corpus Delicti** and **Standing**. A crime is committed only against **AN INDIVIDUAL** by another INDIVIDUAL. Therefore, a STATE can NOT be

an individual, therefore it can not be a VICTIM, therefore there is no violation of any INDIVIDUAL'S RIGHTS, therefore there is NO CRIME, therefore, the prosecution fails to establish foundation, therefore the prosecution LACKS STANDING, and therefore **the Court is WITHOUT SUBJECT MATTER JURISDICTION.**

Corpus delicti

A Latin term meaning the "body of [the] crime" that refers to the idea that **the requisite elements of a crime must be proven before an individual can be tried for the crime.**

**Corpus Delicti in Texas:**

"Wigmore explains the American concept of the *corpus delicti* rule thus:

**[Every crime]** reveals three component parts, *first*, the *occurrence* of the **specific** kind of **injury** or loss (as in homicide, a person deceased; in arson, a house burnt; in larceny, property missing); *secondly*, somebody's criminality (in contrast, e.g., to accident) as the source **of the loss**,--these two together involving the commission of a crime by *somebody*; and *thirdly*, the accused's *identity* as the doer of the crime.

In most American jurisdictions, including Texas, the *corpus delicti* rules **requires** some corroboration of the first two elements-**an injury** or loss and a criminal agent..." Salazar v. State, 86 S.W.3d 640, 645.

RECEIVED
APR 03 2013
MUNICIPAL COURT

American courts take the view that the phrase "*corpus delicti*" includes first, the fact of an **injury** or a loss and secondly, the fact of somebody's criminality (in contrast *e.g.* to accident) as the cause of the injury or loss." United States. v. Echeles, 222 F.2d 144, 155 (C.A. 10th Cir Ill.).

## Standing requirements

There are three standing requirements:

1. **Injury:** "The plaintiff" **must** have suffered or imminently will suffer **injury**—an invasion of a legally protected interest that is concrete and particularized. **The injury must be actual** or imminent, distinct and palpable, **not abstract**.
2. **Causation:** There must be a causal connection between the **injury** and the conduct complained of, so that the injury is fairly traceable to the challenged action of the defendant and not the result of the independent action of some third party who is not before the court.
3. **Redressability:** It must be likely, as opposed to merely speculative, that a favorable court decision will redress the **injury**.

## Prudential limitations

**Prohibition of Third Party Standing: A party may only assert his or her own rights and cannot raise the claims of a third party who is not before the court;**

**STANDING: West Virginia (most other states and the Federal courts are very similar):**

"It is well-recognized, and we now so hold, that [**s**]**tanding**...is comprised of three elements; first, the party...[attempting to establish standing] **must have suffered an "injury-in-fact"** - an invasion of a legally protected interest which is (a) concrete and particularized and (b) **actual or imminent and not conjectural or hypothetical**. Second, there must be a causal

RECEIVED
APR 03 2013
MUNICIPAL COURT

M-C Correspondence Incoming - Cause No.: 91009480 01

connection [between] the injury and the conduct forming the basis of the suit. Third, it must be likely that **the injury** will be redressed through a favorable decision of the court." Findley v. State Farm Mut. Auto. Ins. Co., 576 S.E.2d 807,821.

""Generally, standing is defined as '[a] party's right to make a legal claim or seek judicial enforcement of a duty or right."" *Findley v. State Farm Mut. Auto. Ins. Co.,* 213 W.Va. 80, 94, 576 S.E.2d 807,821 (2002)...**One aspect of standing is that one generally lacks standing to assert the rights of another."** State ex rel. Lueng v. Sanders, 584 S.E.2d 203, 212 (W.Va. 2003).

**RULE 32 (j)(1)(c) Appeal Costs.** The court MUST advise a defendant who is unable to pay appeal costs of the right to ask for permission to appeal in forma pauperis.

**(2) Clerk's Filing of Notice.** If the defendant so requests, the clerk must immediately prepare and file a notice of appeal on the defendant's behalf.

**Such request is hereby demanded that the court file the notice of appeal on the defendant's behalf.**

The court failed to advise me on the Rules above on appeal costs and the right to proceed in forma pauperis thereby rendering the court in err in addition to all the other errs.

RECEIVED
APR 03 2013
MUNICIPAL COURT

**FRCP Rule 32(k)(1) In General. In the judgment of conviction, the court <u>MUST</u> set forth the plea, the jury verdict or the court's findings, the adjudication, and the sentence. If the defendant is found not guilty <u>OR is otherwise entitled to be discharged</u>, <u>the court MUST so order.</u> The judge MUST sign the judgment, and the clerk MUST enter it.**

**RULE 32.1 (e) Producing a Statement. Rule 26.2(a)-(d) and (f)** applies at a hearing under this rule. **If a party fails to comply** with a Rule 26.2 order to produce a witness's statement, **the court MUST NOT consider that witness's testimony.**

By the court's failure to order the discovery demands referenced herein, the court itself erred and conspired with the prosecution and the witness to deprive me of the discovery I requested. The injury to me was then compounded by the court allowing the witness to testify.

**RULE 34. Arresting Judgment**

(a) **In General.** Upon the defendant's motion **<u>or on it's own</u>**, **<u>the court MUST arrest the judgment</u>** if:

**(1) <u>the indictment or information does not charge an offense;</u>**

**(2) <u>the court does not have jurisdiction of the charge of offense.</u>**

Under the 1st Amendment to the Constitution I have the UNAILIANABLE RIGHT to confront my government for redress for grievances. Such was attempted several times, and each time I was deprived said right.

RECEIVED
APR 03 2013
MUNICIPAL COURT

U.S. Constitution: Amendment I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Under the 4th Amendment to the U.S. Constitution I have the UNAILIANABLE RIGHT to be secure in my person, houses, papers, and effects against unreasonable search and seizure and warrants.

U.S. Constitution: Amendment IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Under the 5th Amendment to the U.S. Constitution I have the UNAILIANABLE RIGHT to not be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

U.S. Constitution: Amendment V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Under the 6th Amendment to the U.S. Constitution I have the UNAILIANABLE RIGHT to be informed of the nature and cause of the accusation; to be confronted with the witnesses against me; to have compulsory process for obtaining witnesses.

U.S. Constitution: Amendment VI

RECEIVED
APR 03 2013
MUNICIPAL COURT

> **In all criminal prosecutions, the accused shall enjoy the right** to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and **to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses** in his favor, and to have the Assistance of Counsel for his defense.

Under the 14th Amendment to the U.S. Constitution I have the UNAILIANABLE RIGHT to the privileges and immunities of citizens of the United States and shall not be deprived my right to life, liberty, or property without the due process of law and/or the equal protections of the law.

> U.S. Constitution: Amendment XIV
>
> **Section 1.**
> **All persons born or naturalized in the United States**, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. **No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.**

I was deprived my right to discovery by both the prosecutor and the judge as a process of law in both civil and criminal cases guaranteed me by the U.S. Constitution and the Texas Constitution and all subordinate laws therein in this case in the form of written interrogatories and demand for production of documents and evidence was ignored by the prosecution and denied by the judge without even any opposition being filed from the prosecutor in any form whatsoever; the prosecutor's failure to act to actually issue the full process of opposing or denying said discovery in itself is an act of deprivation of such lawful discovery demands. Thus making the judge himself an unlawful and unconstitutional actor/usurper in the capacity of prosecutor in a case he is presiding over.

RECEIVED
APR 03 2013
MUNICIPAL COURT

CODE OF CRIMINAL PROCEDURE
TITLE 1. CODE OF CRIMINAL PROCEDURE
CHAPTER 39. DEPOSITIONS AND DISCOVERY

**Art. 39.04. APPLICABILITY OF CIVIL RULES. The rules prescribed in civil cases for issuance of commissions, subpoenaing witnesses, taking the depositions of witnesses and all other formalities governing depositions shall, as to the manner and form of taking and returning the same and other formalities to the taking of the same, govern in criminal actions, when not in conflict with this Code.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

**Art. 39.05. OBJECTIONS. The rules of procedure as to objections in depositions in civil actions shall govern in criminal actions when not in conflict with this Code.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

**Art. 39.06. WRITTEN INTERROGATORIES. When any such deposition is to be taken by written interrogatories, such written interrogatories shall be filed with the clerk of the court, and a copy of the same served on all other parties or their counsel for the length of time and in the manner required for service of interrogatories in civil action, and the same procedure shall also be followed with reference to cross-interrogatories as that prescribed in civil actions.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

**Art. 39.10. RETURN. In all cases the return of depositions may be made as provided in civil actions.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

Art. 39.11. WAIVER. The State and defense may agree upon a waiver of any formalities in the taking of a deposition other than that the taking of such deposition must be under oath.

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

Art. 39.12. PREDICATE TO READ. Depositions taken in criminal actions shall not be read unless oath be made that the witness resides out of the State; or that since his deposition was taken, the witness has died; or that he has removed beyond the limits of the State; or that he has been prevented from attending the court through the act or agency of

RECEIVED
APR 03 2013
MUNICIPAL COURT

the defendant; **or by the act or agency of any person whose object was to deprive the defendant of the benefit of the testimony;** or that by reason of age or bodily infirmity, such witness cannot attend. When the deposition is sought to be used by the State, the oath may be made by any credible person. When sought to be used by the defendant, the oath shall be made by him in person.

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

**Art. 39.13. IMPEACHMENT. Nothing contained in the preceding Articles shall be construed as prohibiting the use of any such evidence for impeachment purposes under the rules of evidence heretofore existing at common law.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

Art. 39.14. DISCOVERY. (a) Upon motion of the defendant showing good cause therefore and upon notice to the other parties, except as provided by Article 39.15, **the court in which an action is pending shall order the State before or during trial of a criminal action therein pending or on trial to produce and permit the inspection and copying or photographing by or on behalf of the defendant of any designated documents, papers, written statement of the defendant,** (except written statements of witnesses and except the work product of counsel in the case and their investigators and their notes or report), **books, accounts, letters, photographs, objects or tangible things not privileged, which constitute or contain evidence material to any matter involved in the action and which are in the possession, custody or control of the State or any of its agencies.** The order shall specify the time, place and manner of making the inspection and taking the copies and photographs of any of the aforementioned documents or tangible evidence; provided, however, that the rights herein granted shall not extend to written communications between the State or any of its agents or representatives or employees. Nothing in this Act shall authorize the removal of such evidence from the possession of the State, and any inspection shall be in the presence of a representative of the State.

**(b) On motion of a party and on notice to the other parties, the court in which an action is pending may order one or more of the other parties to disclose to the party making the motion the name and address of each person the other party may use at trial to present evidence under Rules 702, 703, and 705, Texas Rules of Evidence.** The court **shall** specify in the order the time and manner in which the other party must make the disclosure to the moving party, but in specifying the time in which the other party shall make disclosure **the court shall**

RECEIVED
APR 03 2013
MUNICIPAL COURT

**require the other party to make the disclosure not later than the 20th day before the date the trial begins.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

Amended by Acts 1999, 76th Leg., ch. 578, Sec. 1, eff. Sept. 1, 1999.

Amended by:

Acts 2005, 79th Leg., Ch. 1019, Sec. 1, eff. June 18, 2005.

Acts 2009, 81st Leg., R.S., Ch. 276, Sec. 2, eff. September 1, 2009.

**Conclusion:**

As a matter-of-law, the trial court willfully and maliciously denied my rights to due process of law and equal protection of law on multiple occasions, therefore the trial court was without jurisdiction to either proceed with discovery, or a trial, therefore the court had no jurisdiction to enter a demand for a new trial, or an appeal bond, or anything else other than dismissing this case by arresting the judgment and granting the motion herein sought for Judgment of Acquittal.

If the prosecution wishes to oppose my motion referenced herein or deny my claims of violations of law, then any such acts will be construed and considered additional acts of **intrinsic fraud upon the court.** And the abusers will subject themselves to complaints for misconduct and obstruction of justice and risk being sued in Federal Court for Civil Rights violations under **Title 42 U.S.C. §§ 1983, 1985, 1986 and Title 18, U.S.C., §§ 241, 242, 245, & 14141, and Title 28 as applicable.**

RECEIVED
APR 03 2013
MUNICIPAL COURT

**<u>The limits of the Government are to protect and defend MY RIGHTS. As is stated in the Declaration of Independence and the U.S. Constitution; THE GOVERNMENT IS ESTABLISHED TO PROTECT THE UNALIANNABLE RIGHTS OF THE INDIVIDUAL.</u>**

By violating their oaths to protect and defend the Constitution (my rights), the prosecutor and the judge in this case have usurped their positions & powers and are therefore trespassers of the law. The trial court never had subject matter jurisdiction as the prosecution could not by its own admission establish CORPUS DELICTI or STANDING, as there was never an injured individual whose rights were violated, and there is no third party standing rule as a matter of law, therefore there was never a crime committed. They each knew or should have known these things as it was not only their sworn duty, but I informed them of these things as well (see the court record and the motions in limine and the motions to dismiss that I filed and verbally made respectively), therefore their acts to prosecute this case have been malicious and calculated to frustrate me into compliance of their will, to trump the law of the land and dominate me and my rights with the objective to the taking of my property (my money) without due process of law.

**FRCP Rule 32(k)(1) In General. In the judgment of conviction, the court <u>MUST</u> set forth the plea, the jury verdict or the court's findings, the adjudication, and the sentence. If the defendant is found not guilty <u>OR</u> <u>is otherwise entitled to be discharged</u>, <u>the court MUST so order.</u> The judge MUST sign the judgment, and the clerk MUST enter it.**

RECEIVED
APR 03 2013
MUNICIPAL COURT

**FRCP 34. Arresting Judgment - In General.** Upon the defendant's motion or on it's own, **the court MUST arrest the judgment** if:

**(3) the indictment or information does not charge an offense;**

**(4) the court does not have jurisdiction of the charge of offense.**

In anticipation and expectation that the trial court will deny this motion for Acquittal, and arrest of judgment, defendant hereby demands that the Clerk File the Notice of Appeal on behalf of the defendant as is required in FRCP Rule 32(j)(2) and remove this case to Federal Court. Further, a new trial is unlawful as the prosecution can not prove Corpus Delicti as there is no injured party, and the court itself has clearly displayed that it is bias and prejudice against the defendant, therefore a new trial would render no results of a fair trial or process of equal protections of law or due process. It is extremely obvious as will be reflected in the record that the trial court was not a court of law, but a kangaroo court with an objective of railroaded prosecution for wanton revenue.

**Prayer:** Not only did the court err in improperly allowing the testimony about LIDAR to be entered when there has been no Judicial Notice of the unit in question as to its novel scientific reliability and proper use, and in spite of there being the citation of case law AGAINST it's admissibility for such lack of "FULL BLOWN" Kelly Gatekeeper hearings, but **since the witness stated under oath that he was not sure of the proper procedures being followed as to the use of the equipment or its calibrations and that he had not read the users manual for the equipment, and the fact that he admitted**

RECEIVED

APR 03 2013

MUNICIPAL COURT

**the LIDAR unit was only tested against an immobile sign at the beginning of his shift and not a moving vehicle with a calibrated speedometer and at different speeds**, then a new trial would be an abuse of process as these facts can not be changed in a new trial and therefore the circumstances and testimony can not be any different in a new trial, therefore a new trial would be abusive and unwarranted. As a New Trial would obviously render no different results and since the court has already established that it is bias and prejudice, such process is unwarranted and abusive in lieu of an acquittal or an appeal. When a court (including any public servants) exceeds its authority or jurisdiction, and/or usurps powers it does not legally possess, that court by default, renders itself a mere interloper and trespasser of the law, therefore has NO AUTHORITY AT ALL. **The Court is without authority or jurisdiction to require a new trial.** If this motion for arrest of the judgment and an order of acquittal is denied, then an appeal is the proper process in this case and such is hereby demanded. It is hereby my prayer that the Court Arrest the Judgment and Order the Judgment of Acquittal forthwith. Further, in anticipation and expectation that the trial court will deny this motion for arrest of judgment and order of acquittal, defendant hereby demands that the Clerk File the Notice of Appeal on behalf of the defendant as is required in FRCP Rule 32(j)(2) and remove this case to Federal Court.

Dated this 03rd day of April, 2013

Randy Algoe

RECEIVED

APR 03 2013

MUNICIPAL COURT



Exhibit "E"

**Randy Algoe**
**P.O. Box 821103**
**North Richland Hills, TX. 76182**

Grand Prairie Municipal Court
P.O. Box 530990
Grand Prairie, TX. 75053-0990
(972) 237-8600

**GRAND PRAIRIE MUNICIPAL COURT**

City of Grand Prairie, the Grand Prairie Police Department, State of Texas

Plaintiff,

vs.

Randy Algoe,

Defendant

) Citation No.:K0421350
) Honorable Judge
)
) **NOTICE OF APPEAL;**
) **MOTION/REQUEST TO THE HIGHER COURT FOR WAIVER OF APPEAL BOND OR TEMPORARY INJUNCTION AGAINST APPEAL BOND PENDING DE NOVO REVIEW AND WITNESS TESTIMONY**
)

Today's Date: 02/13/2014

# NOTICE OF APPEAL

## MOTION/REQUEST TO THE HIGHER COURT FOR WAIVER OF APPEAL BOND OR TEMPORARY INJUNCTION AGAINST APPEAL BOND PENDING DE NOVO REVIEW AND WITNESS TESTIMONY.

Notice is hereby given that the defendant in the above entitled case, Randy Algoe, hereby appeals the case to the appropriate court of appeal.

Motion/Request is also hereby made upon the court of appeal for a waiver of appeal bond or in lieu of such waiver, a temporary injunction against the requirement of such appeal bond as such appeal bonds, no matter how frequently demanded by the courts, are unconstitutional by the 14th Amendment of the U.S. Constitution, as the evidence and testimony of witnesses in a de novo review in a fair court will show that the trial court was without

subject matter jurisdiction to proceed with the trial of this case, therefore the lower court has no authority or jurisdiction to enter a demand for an appeal bond absent of DUE PROCESS OF LAW and EQUAL PROTECTION OF LAW.

**STATEMENT OF FACTS:**

The trial court erred by allowing inadmissible evidence and testimony. The trial court erred by allowing testimony without the prosecution first establishing foundation, standing, or merit. The trial court erred by failing to require that the prosecution provide all judicially noticed evidence. The prosecution FAILED to provide any such judicially noticed evidence, therefore FAILED to establish foundation and/or Standing. The prosecution FAILED to provide all required elements and evidence to prove guilt. The prosecution admitted that I was "not being charged with an injury to anyone." Therefore, the government can not prove Corpus Delicti, as the limit of government is to protect the individual rights defined by the Declaration of Independence and the U.S. Constitution. There being NO injured individual, there being NO crime against any individual. Additionally, in expectation that the court will demand an appeal bond, said appeal bonds are unconstitutional as the very nature of an appeal is to confront our government for redress of grievances, while being secure in our individual unalienable rights as outlined in the U.S. Constitution, thus the appeal bonds are an attempt to deprive those unable to put up their property (money) or frustrate and fatigue individuals into compliance of a malicious prosecutors will, as collateral in response to unlawful intimidation by the prosecutor who erred in her duties to protect and defend the individual citizen of the United States.

Under the 1st Amendment to the Constitution I have the UNAILIANABLE RIGHT to confront my government for redress for grievances.

## U.S. Constitution: Amendment I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Under the 4th Amendment to the U.S. Constitution I have the UNAILIANABLE RIGHT to be secure in my person, houses, papers, and effects against unreasonable search and seizure and warrants.

## U.S. Constitution: Amendment IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Under the 5th Amendment to the U.S. Constitution I have the UNAILIANABLE RIGHT to not be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

## U.S. Constitution: Amendment V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Under the 6th Amendment to the U.S. Constitution I have the UNAILIANABLE RIGHT to be informed of the nature and cause of the accusation; to be confronted

with the witnesses against me; to have compulsory process for obtaining witnesses.

**U.S. Constitution: Amendment VI**

> **In all criminal prosecutions, the accused shall enjoy the right** to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and **to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.**

Under the 14th Amendment to the U.S. Constitution I have the UNAILIANABLE RIGHT to the privileges and immunities of citizens of the United States and shall not be deprived my right to life, liberty, or property without the due process of law and/or the equal protections of the law.

U.S. Constitution: Amendment XIV

> **Section 1.**
> **All persons born or naturalized in the United States**, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. **No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.**

I was deprived my right to discovery by both the prosecutor and the judge as a process of law in both civil and criminal cases guaranteed me by the U.S. Constitution and the Texas Constitution and all subordinate laws therein in this case in the form of written interrogatories and demand for production of documents and evidence was denied by the judge without even any opposition being filed from the prosecutor in any form whatsoever; his failure to act to actually issue the full process of denying said discovery in itself is an act of deprivation of such lawful discovery demands. Thus making the judge also

an unlawful and unconstitutional actor/usurper in the capacity of prosecutor in a case she is presiding over.

CODE OF CRIMINAL PROCEDURE
TITLE 1. CODE OF CRIMINAL PROCEDURE
CHAPTER 39. DEPOSITIONS AND DISCOVERY

**Art. 39.04. APPLICABILITY OF CIVIL RULES. The rules prescribed in civil cases for issuance of commissions, subpoenaing witnesses, taking the depositions of witnesses and all other formalities governing depositions shall, as to the manner and form of taking and returning the same and other formalities to the taking of the same, govern in criminal actions, when not in conflict with this Code.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

**Art. 39.05. OBJECTIONS. The rules of procedure as to objections in depositions in civil actions shall govern in criminal actions when not in conflict with this Code.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

**Art. 39.06. WRITTEN INTERROGATORIES. When any such deposition is to be taken by written interrogatories, such written interrogatories shall be filed with the clerk of the court, and a copy of the same served on all other parties or their counsel for the length of time and in the manner required for service of interrogatories in civil action, and the same procedure shall also be followed with reference to cross-interrogatories as that prescribed in civil actions.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

**Art. 39.10. RETURN. In all cases the return of depositions may be made as provided in civil actions.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

Art. 39.11. WAIVER. The State and defense may agree upon a waiver of any formalities in the taking of a deposition other than that the taking of such deposition must be under oath.

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

Art. 39.12. PREDICATE TO READ. Depositions taken in criminal actions shall not be read unless oath be made that the witness

resides out of the State; or that since his deposition was taken, the witness has died; or that he has removed beyond the limits of the State; or that he has been prevented from attending the court through the act or agency of the defendant; **or by the act or agency of any person whose object was to deprive the defendant of the benefit of the testimony;** or that by reason of age or bodily infirmity, such witness cannot attend. When the deposition is sought to be used by the State, the oath may be made by any credible person. When sought to be used by the defendant, the oath shall be made by him in person.

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

**Art. 39.13. IMPEACHMENT. Nothing contained in the preceding Articles shall be construed as prohibiting the use of any such evidence for impeachment purposes under the rules of evidence heretofore existing at common law.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

Art. 39.14. DISCOVERY. (a) Upon motion of the defendant showing good cause therefore and upon notice to the other parties, except as provided by Article 39.15, **the court in which an action is pending shall order the State before or during trial of a criminal action therein pending or on trial to produce and permit the inspection and copying or photographing by or on behalf of the defendant of any designated documents, papers, written statement of the defendant,** (except written statements of witnesses and except the work product of counsel in the case and their investigators and their notes or report), **books, accounts, letters, photographs, objects or tangible things not privileged, which constitute or contain evidence material to any matter involved in the action and which are in the possession, custody or control of the State or any of its agencies.** The order shall specify the time, place and manner of making the inspection and taking the copies and photographs of any of the aforementioned documents or tangible evidence; provided, however, that the rights herein granted shall not extend to written communications between the State or any of its agents or representatives or employees. Nothing in this Act shall authorize the removal of such evidence from the possession of the State, and any inspection shall be in the presence of a representative of the State.

**(b) On motion of a party and on notice to the other parties, the court in which an action is pending may order one or more of the other parties to disclose to the party making the motion the name and address of each person the other party may use at trial to present evidence under Rules 702, 703, and 705, Texas Rules of Evidence.** The court shall specify in the order the time and manner in which the other party

must make the disclosure to the moving party, but in specifying the time in which the other party shall make disclosure **the court shall require the other party to make the disclosure not later than the 20th day before the date the trial begins**.

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

Amended by Acts 1999, 76th Leg., ch. 578, Sec. 1, eff. Sept. 1, 1999.

Amended by:

Acts 2005, 79th Leg., Ch. 1019, Sec. 1, eff. June 18, 2005.

Acts 2009, 81st Leg., R.S., Ch. 276, Sec. 2, eff. September 1, 2009.

**Conclusion:**

As a matter-of-law, the trial court willfully and maliciously denied my rights to due process of law and equal protection of law, therefore the lower court is without jurisdiction to either proceed with discovery, or a trial, therefore the court had no jurisdiction to enter a demand for an appeal bond, therefore the requirement for an appeal bond as a matter-of-law must be waived or in lieu of such waiver this court must enter a temporary injunction against the requirement for such appeal bond until complete due process of law and equal protection of law has been afforded me. If the prosecution wishes to oppose my motion referenced herein or deny my claims of violations of law, then any such acts will be construed and considered additional acts of intrinsic fraud upon the court. **The limits of the Government are to protect and defend MY RIGHTS. As is stated in the Declaration of Independence and the U.S. Constitution; THE GOVERNMENT IS ESTABLISHED TO PROTECT THE UNALIANNABLE RIGHTS OF THE INDIVIDUAL.**

By violating their oaths to protect and defend the Constitution (my rights), the prosecutor and the judge in this case have usurped their positions and

are trespassers of the law. The trial court never had subject matter jurisdiction as the prosecution could not by its own admission establish CORPUS DELICTI or STANDING, as there was never an injured individual whose rights were violated, and there is no third party standing rule as a matter of law, therefore there was never a crime committed. They both knew or should have know these things as it is their sworn duty, therefore their acts to prosecute this case have been malicious and calculated to frustrate me into compliance of their will, to trump the law of the land and dominate me and my rights with the objective to the taking of my property (my money) without due process of law.

Additionally, If the appellate court has had ex parte' communications with the trial court or the prosecutor in said trial court, then the appellate court must recuse itself and refer this case to the next higher court as the Federal Courts (including the U.S. Supreme Court) have made it clear that "even the appearance if bias and/or prejudice is reason enough for the court to remove itself from hearing a case."

Dated this 13th day of February, 2014

Randy Algoe

**Randy Algoe**
**P.O. Box 821103**
**North Richland Hills, TX. 76182**

Grand Prairie Municipal Court
P.O. Box 530990
Grand Prairie, TX. 75053-0990
(972) 237-8600

# GRAND PRAIRIE MUNICIPAL COURT

City of Grand Prairie, the Grand Prairie Police Department, State of Texas

Plaintiff,

vs.

Randy Algoe,

Defendant

) Citation No.:K0421350
) Honorable Judge
)
) **NOTICE OF MOTION AND MOTION FOR JUDGMENT OF ACQUITTAL; MOTION FOR ARRESTING JUDGMENT; DEMAND FOR CLERK TO FILE NOTICE OF APPEAL DE NOVO ON DEFENDANT'S BEHALF.**
)

Today's Date: 02/24/2014

## NOTICE OF MOTION AND MOTION FOR JUDGMENT OF ACQUITTAL; MOTION FOR ARRESTING JUDGMENTS; DEMAND FOR CLERK TO FILE NOTICE OF APPEAL DE NOVO ON DEFENDANT'S BEHALF.

Notice is hereby given and Motion is hereby entered for the defendant in the above entitled case, Randy Algoe, to be acquitted of all charges as the court itself did not have subject matter jurisdiction since the prosecution admittedly did not represent a lawful injured party as a plaintiff, and did not present any admissible evidence to support the charge of a crime, thereby failing to prove Corpus Delicti, failing to establish foundation, thereby lacking Standing. Further, the witness testimony and evidence was not admissible for the above mentioned reasons and for the fact that the prosecution failed to provide discovery as is mandated by the U.S.

Constitution and the Texas Constitution and all subordinate laws, in addition to the Judge issuing an order of the court for the State to produce such in accordance with Article 39.14, which states **"The Court SHALL require the other party to make disclosure NOT LESS THAN THE 20TH DAY BEFORE THE DATE THE TRIAL BEGINS."** Additionally, the witness stated on several occasions that he did not know certain key points of fact that were required elements of establishing foundation and for proving a crime existed. Additionally, the witness either stated the items requested did not exist and/or he failed to provide any such things such as certifications or other records required to establish either his legal authority, or his qualifications for the dependency of lawful signage he claimed corroborated his assertions, and the prosecution itself failed to provide any such documented and certified records that are required to either establish foundation or proper procedures being followed or reliability of signage or other information relied upon by the witnesses or the prosecution. The officer even admitted under cross examination that HE COULD NOT see the light from the crossing direction, therefore his earlier testimony asserting that the light was red, was impeached, and the court should have dismissed the case immediately for this reason alone. Further, aside of the untimely admission of evidence, the prosecution entered inadmissible evidence of photographs from the direction referenced above, which were NOT taken, nor supplied by the officer, and in fact there were no witnesses at all that testified as to whom took those pictures or when, or that they were accurate or even certified, therefore, they too were inadmissible as hearsay aside of their not being provided in accordance with Article 39.14 and/or the court order thereto. The court itself erred on many issues of procedure, and intentionally & willfully

deprived the defendant of due process and equal protections of law, including but not limited to several deprivations of the right to cite laws to his defense and deprivations of rights enumerated in the Constitution of Texas and the U.S. Constitution. Additionally, the dignity of the State was never identified as an injured party before the jury nor even established by the prosecution as an eligible injury to a party prior to trial or even at trial, therefore the State can not be considered as a plaintiff, as it further "was not proven" by the prosecution to be injured nor eligible as an injured party. Further, **the witness unequivocally stated THERE WAS NO INJURED PARTY**. Further, the officer witness admitted he committed a crime in an effort to allege a crime against the defendant, and he admitted he's done so at least 30 other times. The Judge and Prosecutor are officers of the court and are REQUIRED BY LAW to inform the proper authorities of crimes they become aware of by other officers of the court, yet they each failed to do so, and therefore are themselves in violation of law and their official duties. Further, since there is no such thing as third party standing, the State CAN NOT be an injured party in this case. Further to this point, "The State" was not made available for discovery or cross examination, nor were the States two witnesses. Further, the alleged "EXPERT" witness' testimony was impeached when she admitted she had provided NO DOCUMENTATION WHATSOEVER as to her eligibility or authority to testify as a witness for the case at bar. Further, both witnesses acknowledged the documents (several pages stapled together - collectively called "Work Activity Work Order") the prosecution admitted into evidence as exhibit(s) #4 WERE NOT CERTIFIED, thereby rendering them each and all inadmissible as hearsay. Further, the "EXPERT" witness admitted on the record that the "WORK ORDER" documents relied upon as

evidence did not even define what the documents related to, such as defining a specific no-turn-on-right sign. Further, the State's "EXPERT" witness admitted that the signs were once removed and there was NOT a new engineering and survey study or report generated or submitted to the State (TexDot) after major re-construction of the roadway in question was completed. Further, the witnesses admitted that the purpose of the signs in question were erected for the "SAFETY" of the traveling public, additionally, Officer Ward admitted that I, the accused, had proceeded SAFELY and that I did not cut anyone off, or impede anyone's travel, or startle anyone, etc., as there were no more vehicles approaching. Further, the State's "EXPERT" also admitted that an engineering and survey study and report **is required by law** to be submitted to the Texas Department of Transportation for review and approval before any such signs could be erected. Further, the State's "EXPERT" was not named or otherwise listed as a potential witness at any time prior to trial. Such discovery was lawfully propounded upon the prosecution, the court, and the witness. Such discovery was intentionally ignored and illegally deprived of the defendant and no opposition was filed and **no hearings were ever conducted**. **There in fact were no hearings at all prior to trial.** This so called trial was an illegal trial-by-ambush and the prosecutor and judge were complicit in the acts for wanton enrichment. I further believe that the Judge and Prosecutors were intentionally targeting via retaliation, anyone that refused to pay money to them in an induced act of bribery, where I and others were offered the choice of paying a $25 "fee" to the judge directly in order to alter the record by keeping a conviction off our records. This "fee" was not disclosed as being applicable for any lawful purpose or to the benefit of any injured party. Further, "restitution" for the officer's

overtime would qualify him as being a **financial interested party**, thus making him a profiteer with an eye towards convicting anyone and everyone he's supposedly only been a witness against, for purpose of enriching himself, thereby rendering his testimony bias & prejudice, thereby inadmissible. Further, **there WERE NO PLAINTIFFS OR VICTIMS**, only a witness - a witness to no crime at all as Corpus Delicti could not have been established and was in fact never established or even attempted to be established or proven. The prosecution is required to be aware that to prove a crime existed there must be an injured party or loss and a causation of a crime by an actor that **intentionally** caused the injury OR LOSS. **THE PROSECUTION NEVER CLAIMED THERE WAS A LOSS OF ANY KIND, nor an intentional criminal act against any injured party.** If the "dignity of the State" were to be construed as an actual injury or loss (and the prosecution did not even attempt to prove it to be in this case), then such dignity was severely injured by the acts of the Prosecutor and the Judge themselves in this presumed case, for the multitude of violations of due process, equal protection of law, malicious prosecution, acts of misconduct, malfeasance, misfeasance, nonfeasance, unlawful retaliation, and usurpation by the employees of the City of Irving, its agents, and the State. The prosecution was also informed by the defendant that Corpus Delicti was a legal requirement; therefore they had no excuse of ignorance, and ignorance of the law is no excuse anyway - especially for the government. The very fabric of ANY crime is Corpus Delicti and in this case there was no adversary to have been injured (which was admitted by the officer witness, Shawn Ward), therefore no injury or crime ever occurred and the prosecution was aware of this fact, yet proceeded with the malicious prosecution anyway. The State is by law NOT considered an individual

therefore "can not be" an injured adversary or have individual rights, AND the prosecution never attempted to establish that it was, thereby waiving any such claims to assert being an injured party. Therefore, the State Can NOT be a plaintiff. Additionally, simply traveling down the road with the flow of traffic is NOT a crime and the prosecution could never prove that it was because there was no injured party or loss to anyone, nor could the prosecution prove it was unreasonable or unsafe and not prudent in a proper court "of law." **Again, Officer Ward admitted THERE WAS NO INJURED PARTY."** It is therefore UNREASONABLE for the State to pick and choose whom they wish to attack as victims for wanton revenue generation enrichment, and without probable cause. Even if these things did exist, the Trial Court deprived the defendant of his UNALIANABLE CONSTITUTIONAL RIGHTS to due process of law and equal protection of law and intentionally ignored the proper procedures of law at every stage of the assumed allegations, and such will be detailed in the appeal brief and complaints to oversight entities and in any malicious prosecution lawsuits I may choose to pursue. Furthermore, the prosecution "never" had a "CASE." The prosecution deceived the Jury on the "Charge" as being a CASE. The two are NOT the same. Without a "Case" and "All of the REQUIRED elements" thereof, the court had no subject matter jurisdiction, therefore the Court usurped to have authority when it did not in fact have such authority. I further believe that the prosecutor committed Intrinsic Fraud upon the court when she stated in closing statements to the jury that the documentation I demanded, such as engineering and survey studies and reports were not necessary to proving a crime. The laws requiring such documentation and process were not written for the purpose of wasting paper, **it IS THE LAW!**

**STATEMENT OF FACTS; Points and Authorities:**

The witness admitted that there was no injury to anyone. Therefore, the government can not prove Corpus Delicti, as **the limit of government is to protect the individual rights defined by the Declaration of Independence and the U.S. Constitution**. There being NO injured individual, there being NO crime against any individual.

**FEDERAL RULES OF CRIMINAL PROCEDURE**

**RULE 29 Motion for a Judgment of Acquittal:**

**(c) After Jury Verdict or Discharge.**

1. **Time for a Motion.** A defendant may move for a judgment of acquittal, or renew such a motion, within 7 days after a guilty verdict or after the court discharges the jury, whichever is later.
2. **No Prior Motion Required.** A defendant is not required to move for a judgment of acquittal before the court submits the case to the jury as a prerequisite for making such a motion after jury discharge.

**Note:** the judge extended all timelines for appeals to February 27, 2014 as indicated in the record. Therefore, this motion is timely filed as its being served via U.S. mail on 02-24-2014.

Further, the defendant requested that in his closing statements and in the jury instructions be include the 4th, 5th, 6th, and 14th Amendments to be addressed and entered that defined the rights of the Defendant to be allowed

to confront his government with grievances and be secure in his person, papers, property without due process of law and equal protection of law. The defendant also requested that the court include Corpus Delicti and the elements therein defining a crime be included in the jury instruction so that a jury can understand them, otherwise they are left without knowledge of the requirements of law. The court denied such lawful request. Such denial was a blatant violation of the defendant's civil rights to cite the Constitution (and other laws) in his defense.

**RULE 30. Jury Instructions**

**(a) In General.** Any party may request in writing that the court instruct the jury on the law as specified in the request. The request must be made at the close of the evidence or at any earlier time that the court reasonably sets.

**(d) Objections to Instructions.** A party who objects to any portion of the instructions or to the failure to give a requested instruction must inform the court of the objection before the jury retires to deliberate.

Even though the request was made verbally, such was reference to the writing the defendant handed to the judge. As to section (d) as stated above on objections, the record will show that I did attempt to object to the refusal of the court to enter such requested laws. Only **under duress** of earlier unlawful bias and prejudice of the court and deprivations of due process, including a threat from the judge to violate my right to liberty by finding me in contempt merely for asserting my right to cite the law, thereby placing me under duress, did I not pursue the objection further.

**TITLE VII. POST CONVICTION PROCEDURES**

**RULE 32. Sentence and Judgment**

(a) **Definitions.** The following definitions apply under this rule:

(2) **"Victim"** means **an individual against whom the defendant committed the offense** for which the court will impose sentence.

The above is the language of the Federal Rules of Criminal Procedure that reference and define **Corpus Delicti** and **Standing.** A crime is committed only against **AN INDIVIDUAL** by another INDIVIDUAL. Therefore, a STATE can NOT be an individual, therefore it can not be a VICTIM, therefore there is no violation of any INDIVIDUAL'S RIGHTS, therefore there is NO CRIME, therefore, the prosecution fails to establish foundation, therefore the prosecution LACKS STANDING, and therefore **the Court is WITHOUT SUBJECT MATTER JURISDICTION.**

Corpus delicti

A Latin term meaning the "body of [the] crime" that refers to the idea that **the requisite elements of a crime must be proven before an individual can be tried for the crime.**

**Corpus Delicti in Texas:**

"Wigmore explains the American concept of the *corpus delicti* rule thus:

**[Every crime]** reveals three component parts, *first*, the *occurrence* of the **specific** kind of **injury** or loss (as in homicide, a person deceased; in arson, a house burnt; in larceny, property missing); *secondly*, somebody's criminality

(in contrast, e.g., to accident) as the source **of the loss**,-- these two together involving the commission of a crime by *somebody;* and *thirdly*, the accused's *identity* as the doer of the crime.

In most American jurisdictions, including Texas, the *corpus delicti* rules **requires** some corroboration of the first two elements-**an injury** or loss and a criminal agent..." Salazar v. State, 86 S.W.3d 640, 645.

American courts take the view that the phrase "*corpus delicti*" includes first, the fact of an **injury** or a loss and secondly, the fact of somebody's criminality (in contrast *e.g.* to accident) as the cause of the injury or loss." United States. v. Echeles, 222 F.2d 144, 155 (C.A. 10th Cir Ill.).

## Standing requirements

There are three standing requirements:

1. **Injury:** "The plaintiff" **must** have suffered or imminently will suffer **injury**—an invasion of a legally protected interest that is concrete and particularized. **The injury must be actual** or imminent, distinct and palpable, **not abstract**.
2. **Causation:** There must be a causal connection between the **injury** and the conduct complained of, so that the injury is fairly traceable to the challenged action of the defendant and not the result of the independent action of some third party who is not before the court.
3. **Redressability:** It must be likely, as opposed to merely speculative, that a favorable court decision will redress the **injury**.

## Prudential limitations

**Prohibition of Third Party Standing: A party may only assert his or her own rights and cannot raise the claims of a third party who is not before the court;**

**STANDING: West Virginia (most other states and the Federal courts are very similar):**

> "It is well-recognized, and we now so hold, that [**s]tanding**…is comprised of three elements; first, the party…[attempting to establish standing] **must have suffered an "injury-in-fact"** - an invasion of a legally protected interest which is (a) concrete and particularized and (b) **actual or imminent and not conjectural or hypothetical.** Second, there must be a causal connection [between] the injury and the conduct forming the basis of the suit. Third, it must be likely that **the injury** will be redressed through a favorable decision of the court." Findley v. State Farm Mut. Auto. Ins. Co., 576 S.E.2d 807,821.

> ""Generally, standing is defined as '[a] party's right to make a legal claim or seek judicial enforcement of a duty or right."" *Findley v. State Farm Mut. Auto. Ins. Co.*, 213 W.Va. 80, 94, 576 S.E.2d 807,821 (2002)...**One aspect of standing is that one generally lacks standing to assert the rights of another."** State ex rel. Lueng v. Sanders, 584 S.E.2d 203, 212 (W.Va. 2003).

**RULE 32 (j)(1)(c) Appeal Costs.** The court MUST advise a defendant who is unable to pay appeal costs of the right to ask for permission to appeal in forma pauperis.

**(2) Clerk's Filing of Notice.** If the defendant so requests, the clerk must immediately prepare and file a notice of appeal on the defendant's behalf.

**Such request is hereby demanded that the court file the notice of appeal on the defendant's behalf.**

The court failed to advise me on the Rules above on appeal costs and the right to proceed in forma pauperis thereby rendering the court in err in addition to all the other errs.

**FRCP Rule 32(k)(1) In General. In the judgment of conviction, the court MUST set forth the plea, the jury verdict or the court's findings, the adjudication, and the sentence. If the defendant is found not guilty OR is otherwise entitled to be discharged, the court MUST so order. The judge MUST sign the judgment, and the clerk MUST enter it.**

**RULE 32.1 (e) Producing a Statement. Rule 26.2(a)-(d) and (f)** applies at a hearing under this rule. **If a party fails to comply** with a Rule 26.2 order to produce a witness's statement, **the court MUST NOT consider that witness's testimony.**

By the court's failure to order the discovery be produced in a timely manor, (demands referenced herein), the court itself erred and conspired with or had a meeting of the minds with the prosecution and the witness to deprive me of the discovery I requested. The injury to me was then compounded by the court allowing the witness to testify.

**RULE 34. Arresting Judgment**

(a) **In General.** Upon the defendant's motion **or on it's own**, **the court MUST arrest the judgment** if:

**(1) the indictment or information does not charge an offense;**

**(2) the court does not have jurisdiction of the charge of offense.**

Under the 1st Amendment to the Constitution I have the UNAILIANABLE RIGHT to confront my government for redress for grievances. Such was attempted several times, and each time I was deprived said right.

U.S. Constitution: Amendment I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Under the 4th Amendment to the U.S. Constitution I have the UNAILIANABLE RIGHT to be secure in my person, houses, papers, and effects against unreasonable search and seizure and warrants.

U.S. Constitution: Amendment IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Under the 5th Amendment to the U.S. Constitution I have the UNAILIANABLE RIGHT to not be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

U.S. Constitution: Amendment V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be

> <u>deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.</u>

Under the 6th Amendment to the U.S. Constitution I have the UNAILIANABLE RIGHT to be informed of the nature and cause of the accusation; to be confronted with the witnesses against me; to have <u>compulsory process</u> for obtaining witnesses, AND have the assistance of Council for my defense.

> U.S. Constitution: Amendment VI
>
> **<u>In all criminal prosecutions, the accused shall enjoy the right</u>** to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and **<u>to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.</u>**

Under the 14th Amendment to the U.S. Constitution I have the UNAILIANABLE RIGHT to the privileges and immunities of citizens of the United States and shall not be deprived my right to life, liberty, or property without the due process of law and/or the equal protections of the law.

> U.S. Constitution: Amendment XIV
>
> **Section 1.**
> **<u>All persons born or naturalized in the United States</u>**, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. **<u>No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.</u>**

I was deprived my right to discovery by both the prosecutor and the judge as a process of law in both civil and criminal cases guaranteed me by the U.S. Constitution and the Texas Constitution and all subordinate laws therein in this case in the form of written interrogatories and demand for production of

documents and evidence was ignored by the prosecution and denied by the judge after the prosecution failed to abide by the order of the court and without even any opposition being filed from the prosecutor in any form whatsoever; the prosecutor's failure to act to actually issue the full process of opposing or denying said discovery in itself is an act of deprivation of such lawful discovery demands and obstruction of justice. Thus making the judge himself an unlawful and unconstitutional actor/usurper in the capacity of prosecutor in a case he is presiding over.

CODE OF CRIMINAL PROCEDURE
TITLE 1. CODE OF CRIMINAL PROCEDURE
CHAPTER 39. DEPOSITIONS AND DISCOVERY

**Art. 39.04. APPLICABILITY OF CIVIL RULES. The rules prescribed in civil cases for issuance of commissions, subpoenaing witnesses, taking the depositions of witnesses and all other formalities governing depositions shall, as to the manner and form of taking and returning the same and other formalities to the taking of the same, govern in criminal actions, when not in conflict with this Code.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

**Art. 39.05. OBJECTIONS. The rules of procedure as to objections in depositions in civil actions shall govern in criminal actions when not in conflict with this Code.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

**Art. 39.06. WRITTEN INTERROGATORIES. When any such deposition is to be taken by written interrogatories, such written interrogatories shall be filed with the clerk of the court, and a copy of the same served on all other parties or their counsel for the length of time and in the manner required for service of interrogatories in civil action, and the same procedure shall also be followed with reference to cross-interrogatories as that prescribed in civil actions.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

**Art. 39.10. RETURN. In all cases the return of depositions may be made as provided in civil actions.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

Art. 39.11. WAIVER. The State and defense may agree upon a waiver of any formalities in the taking of a deposition other than that the taking of such deposition must be under oath.

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

Art. 39.12. PREDICATE TO READ. Depositions taken in criminal actions shall not be read unless oath be made that the witness resides out of the State; or that since his deposition was taken, the witness has died; or that he has removed beyond the limits of the State; or that he has been prevented from attending the court through the act or agency of the defendant; **or by the act or agency of any person whose object was to deprive the defendant of the benefit of the testimony;** or that by reason of age or bodily infirmity, such witness cannot attend. When the deposition is sought to be used by the State, the oath may be made by any credible person. When sought to be used by the defendant, the oath shall be made by him in person.

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

**Art. 39.13. IMPEACHMENT. Nothing contained in the preceding Articles shall be construed as prohibiting the use of any such evidence for impeachment purposes under the rules of evidence heretofore existing at common law.**

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

Art. 39.14. DISCOVERY. (a) Upon motion of the defendant showing good cause therefore and upon notice to the other parties, except as provided by Article 39.15, **the court in which an action is pending shall order the State before or during trial of a criminal action therein pending or on trial to produce and permit the inspection and copying or photographing by or on behalf of the defendant of any designated documents, papers, written statement of the defendant,** (except written statements of witnesses and except the work product of counsel in the case and their investigators and their notes or report), **books, accounts, letters, photographs, objects or tangible things not privileged, which constitute or contain evidence material to any matter involved in the action and which are in the possession, custody or control of the State or any of its agencies.** The order shall specify the time, place and manner of making the inspection and taking the copies and photographs of any of the aforementioned documents or tangible evidence; provided, however, that the rights herein granted shall not extend to written communications between the State or any of its agents or representatives or

employees. Nothing in this Act shall authorize the removal of such evidence from the possession of the State, and any inspection shall be in the presence of a representative of the State.

**(b) On motion of a party and on notice to the other parties, the court in which an action is pending may order one or more of the other parties to disclose to the party making the motion the name and address of each person the other party may use at trial to present evidence under Rules 702, 703, and 705, Texas Rules of Evidence.** The court **shall** specify in the order the time and manner in which the other party must make the disclosure to the moving party, but in specifying the time in which the other party shall make disclosure **the court shall require the other party to make the disclosure not later than the 20th day before the date the trial begins**.

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.

Amended by Acts 1999, 76th Leg., ch. 578, Sec. 1, eff. Sept. 1, 1999.

Amended by:

Acts 2005, 79th Leg., Ch. 1019, Sec. 1, eff. June 18, 2005.

Acts 2009, 81st Leg., R.S., Ch. 276, Sec. 2, eff. September 1, 2009.

**Conclusion:**

As a matter-of-law, the trial court willfully and maliciously denied my rights to due process of law and equal protection of law on multiple occasions, and no hearings were ever held, therefore the trial court was without jurisdiction to either proceed with discovery, or a trial, therefore the court had no jurisdiction to enter a demand for a new trial, or an appeal bond, or anything else other than dismissing this case by arresting the judgment and granting the motion herein sought for Judgment of Acquittal.

If the prosecution wishes to oppose my motion referenced herein or deny my claims of violations of law, then any such acts will be construed and considered additional acts of **intrinsic fraud upon the court.** And the

abusers will subject themselves to complaints for misconduct and obstruction of justice and risk being sued in Federal Court for Civil Rights violations under **Title 42 U.S.C. §§ 1983, 1985, 1986 and Title 18, U.S.C., §§ 241, 242, 245, & 14141, and Title 28 as applicable.**

**The limits of the Government are to protect and defend MY RIGHTS. As is stated in the Declaration of Independence and the U.S. Constitution; THE GOVERNMENT IS ESTABLISHED TO PROTECT THE UNALIANNABLE RIGHTS OF THE INDIVIDUAL.**

By violating their oaths to protect and defend the Constitution (my rights), the prosecutor and the judge in this case have usurped their positions & powers and are therefore trespassers of the law. The trial court never had subject matter jurisdiction as the prosecution could not by its own admission establish CORPUS DELICTI or STANDING, as there was never an injured individual whose rights were violated, and there is no third party standing rule as a matter of law, and the witnesses admitted there were no supporting documents to prove every element of a crime, and the witness admitted there were no injured parties, therefore there was never a crime committed. They each knew or should have known these things as it was not only their sworn duty, but I informed them of these things as well (see the court record and the motions in limine and the motions to dismiss that I filed and verbally made respectively), therefore their acts to prosecute this case have been malicious and calculated to frustrate me into compliance of their will, to trump the law of the land and dominate me and my rights with the objective to the taking of my property (my money) without due process of law.

**FRCP Rule 32(k)(1) In General. In the judgment of conviction, the court MUST set forth the plea, the jury verdict or the court's findings, the**

**adjudication, and the sentence. If the defendant is found not guilty OR is otherwise entitled to be discharged, the court MUST so order. The judge MUST sign the judgment, and the clerk MUST enter it.**

**FRCP 34. Arresting Judgment - In General.** Upon the defendant's motion or on its own, **the court MUST arrest the judgment** if:

**(3) the indictment or information does not charge an offense;**

**(4) the court does not have jurisdiction of the charge of offense.**

In anticipation and expectation that the trial court will deny this motion for Acquittal, and arrest of judgment, **defendant hereby demands that the Clerk File the Notice of Appeal on behalf of the defendant** as is required in FRCP Rule 32(j)(2) and remove this case to Federal Court. Further, a new trial is unlawful as the prosecution can not prove Corpus Delicti as there is no injured party, and the court itself has clearly displayed that it is bias and prejudice against the defendant, therefore a new trial would render no results of a fair trial or process of equal protections of law or due process. It is extremely obvious as will be reflected in the record that the trial court was not a court of law, but a kangaroo court with an objective of railroaded prosecution for wanton revenue and personal enrichment of the officers of the court.

**Prayer:** Not only did the court err in improperly allowing the testimony about the signs and their placement to be entered when there has been no Judicial Notice of the units in question and proper use, and in spite of there being the citation of case law AGAINST it's admissibility for such lack of "FULL BLOWN" Kelly Gatekeeper hearings, but **since the witness stated under oath**

**that he did not provide the engineering evidence required for the lawful placement of the signs, and the fact that he admitted that he could not see the opposing/crossing red light, and that there was no injured party,** then a new trial would be an abuse of process as these facts can not be changed in a new trial and therefore the circumstances and testimony can not be any different in a new trial, therefore a new trial would be abusive, unduly burdensome, and unwarranted. As a New Trial would obviously render no different results and since the court has already established that it is bias and prejudice, such process is unwarranted and abusive in lieu of an acquittal or an appeal. When a court (including any public servants) exceeds its authority or jurisdiction, and/or usurps powers it does not legally possess, that court by default, renders itself a mere interloper and trespasser of the law, therefore has NO AUTHORITY AT ALL. **The Court is without authority or jurisdiction to require a new trial.** If this motion for arrest of the judgment and an order of acquittal is denied, then an appeal is the proper process in this case and such is hereby demanded. It is hereby my prayer that the Court Arrest the Judgment and Order the Judgment of Acquittal forthwith. Further, in anticipation and expectation that the trial court will deny this motion for arrest of judgment and order of acquittal, defendant hereby demands that the Clerk File the Notice of Appeal on behalf of the defendant as is required in FRCP Rule 32(j)(2) and remove this case to Federal Court.

Dated this 24th day of February, 2014

____________________
Randy Algoe

**Patricia Nasworthy**  Grand Prairie, Tx Prosecutor

**From:** Patricia Nasworthy
**Sent:** Wednesday, February 05, 2014 5:31 PM
**To:** candace chappel (cchappel@irving.com) ← Irving, Tx Prosecutor
**Subject:** do you have anything on this guy? -- Randy Algoe

Note: confirmation of intent to conspire to target me.

Hi, Candace !!

I was doing some research on Mr. Algoe, who has made me care about his case. I found this opinion where he tried to remove your case to federal court AFTER the verdict.

We gave him a ticket and he requested a trial and now he is filing special interrogatories and other useless motions with us. Sounds like you must know him "personally" by now.

http://tx.findacase.com/research/wfrmDocViewer.aspx/xq/fac.20130624_0001397.NTX.htm/qx

Hope all is well with you !

*Trish Nasworthy*
Assistant City Attorney
City of Grand Prairie
200 W. Main
Grand Prairie, Texas 75050
972-237-8606
972-237-8650 fax

Note: Confirmation of her intent to deprive me of my rights to discovery and to retaliate against me just for filing discovery. Evidence of conspiracy to interfere with and deprive me of my rights to due process and equal protection of law, and conspiracy to convict (federal criminal violations of Title 18 USC 241, 242, and 245, also 1951, and 1961), Obstruction of Justice and more. Also note that this is also confirmation Patricia received the discovery long before the trial date, thus giving her time to respond to the discovery, or oppose it, or file for a continuance to allot more time to respond, but she obviously had no intent to produce it. Further note that Judge Chad Bull granted the demand for discovery, but she intentionally defied that court order. She later stated (on the date of the trial) that she did not respond because she didn't have my phone number. Other documents obtained from them have my phone number written on them, therefore such is further proof she committed intrinsic fraud upon the court by that claim (violations of the Prosecutors Special Rules and many more). Further, as I argued, she had my mailing address and was required to mail them or notify my by mail that they were available for my review and copying. Another email obtained verifies her intent to improperly use the trial date as a discovery hearing instead of doing what she's required by law to do - follow proper procedures. That other email (to officer, Ward, and Asst prosecutor, Suarez) affirmed her conspiracy and criminal intent to arrest me on the bogus warrant issued by the Irving Ct that had already been retracted due to its invalidity and abuses of law. On the morning of trial she DID threaten (unlawful intimidation and coercion) to have me arrested if I drove away from the Court house.

**Patricia Nasworthy**

**From:** Patricia Nasworthy
**Sent:** Monday, February 10, 2014 11:27 AM
**To:** Shawn Ward
**Cc:** Megan Suarez
**Subject:** trial on the 13th at 1 pm -- Randy Algoe

Confirmation she had unlawful ex-parte' communications with the witness without my knowledge or consent.

Confirmation she knew the "trial" date, and had the ability to reschedule it.

Officer Ward,

This case is still set on the 1 pm docket for the 13th. I do not want to reschedule the case because the defendant has that active warrant. We most likely won't have the trial, however, we will use the setting as a discovery setting. **Therefore, you will need to be in attendance.** I know this is not a good time of the day for you and I apologize for this. If he wasn't such a disagreeable fellow and if he didn't have a warrant out for his arrest, I would ask to reschedule the hearing.

Thanks in advance for understanding !

*Trish Nasworthy*
Assistant City Attorney
City of Grand Prairie
200 W. Main
Grand Prairie, Texas 75050
972-237-8606
972-237-8650 fax

Affirmation and confirmation of her pre-meditated plot and intent to conspire to violate the procedures of court and the Prosecutors Special Rules by wrongful use of the court's trial docket and deprivation of my right to a pre-trial hearing and discovery. Additionally this affirms her intent and conspiracy to arrest me (on a bogus and invalid warrant from Irving that had already been retracted) as part of her plot for revenge for my simply filing for discovery. Additionally, this also is evidence (with other emails to Candace Chappell)that she had read the Fed Court documents therefore she knew or should have known the Irving warrant was bogus, yet she set out to conspire to target me for retaliation and vengeance anyway. Further, this is confirmation of her plot to conspire to interfere with and violate my several rights under Title 18 USC 241, 242, and 245, among many other laws.

Note: I had NEVER met her or spoken to her before! This statement of me being "such a disagreeable fellow" makes two things blatantly obvious -- In violation of the Prosecutor's Special Rules, Rules of Court, and Rules of Judicial Administration (among several other violations of law), she retaliates against anyone that requires her to do her job and do so in accordance with the proper procedures of law instead of just paying them their extortion and racketeering money, which is further "evidence and proof" of her intent to criminally retaliate - coercion and unlawful intimidation.

**Patricia Nasworthy**

**From:** Patricia Nasworthy
**Sent:** Friday, April 18, 2014 12:21 PM
**To:** Candace Chappell
**Subject:** RE: Algoe

He didn't pay the $$ required to do his appeal in GP. There is a Capias pro fine warrant out for him. And I have the certified copy of his driving record showing his license is suspended. Book him !!!!!!!

From: Candace Chappell [cchappel@cityofirving.org]
Sent: Friday, April 18, 2014 11:38 AM
To: Patricia Nasworthy
Subject: Algoe

Thought you would enjoy his latest maneuvers

Candace

Further Evidence and PROOF that Patricia Nasworthy and Candace Chappell (as well as others) PLOTTED THEIR REVENGE and CONSPIRED to deprive me of my right to liberty, among my many other rights. Also note that as stated in my complaint, the court has no authority to deprive me of the due process of law (such as an appeal) simply because I did not agree to pay THEIR COURT REPORTER to transcribe the recording of the hearing. THERE IS NO LAW THAT REQUIRES ME TO USE THEIR COURT REPORTER, THUS ENRICHING THEIR FRIENDS. Further, The Grand Prairie Court NEVER had Jurisdiction not only because they refused to produce discovery, but as the witnesses testified, the no right on red sign was not placed there in accordance with law, and Officer Ward ADMITTED THERE WERE NO INJURED PARTIES OF ANY KIND. Further, the prosecution NEVER claimed any injuries to anyone, and therefore never claimed any financial damages until after the case was sent to the jury and they returned with their verdict. Therefore any and all claims of financial damages are FRAUD for wanton fictitious debts (see: Title 18 USC 514 "Fictitious Obligation" prohibited).

Further, the court's later assessment of damages "for Officer Ward's overtime" made Officer Ward (and the municipality, and the police department) AN INTERESTED PARTY(S) TO THE CONSPIRACY TO CONVICT" as he is (and they are) direct beneficiaries to the REVENUE GENERATED by the conviction, thereby (in addition to his failure to respond to discovery) rendering his testimony inadmissible as the court failed to disclose this interested party in trial or to the Jury, thereby intentionally misinforming the jury of the FACTS. Further, there were NEVER any witnesses that testified as to ANY financial damages to the municipality or the police department, thereby rendering the entire FINE and court costs invalid! These things are also in violation to the Brady Rule.

This document is in response to the email Candace Chappell sent to Patricia Nasworthy that had the attached letter I had sent to the Mayor of Irving inquiring as to their procedures to file lawsuit against them for the Municipality of Irving's abuses (see other emails attached herewith).

**Patricia Nasworthy**

**From:** Patricia Nasworthy
**Sent:** Monday, April 21, 2014 8:47 AM
**To:** Judge Chad Bull; Megan Suarez
**Subject:** FW: Algoe
**Attachments:** DOC.PDF

Confirmation Patricia had UNLAWFUL EX-PARTE' COMMUNICATIONS WITH JUDGE CHAD BULL. This would also indicate they have had other unlawful Ex-Parte' communications AND THAT THEY WERE CONSPIRING THEIR RETALIATION AND CONSPIRING TO CONVICT. Note the use of "WE" which is affirmation of guilt of mind and working in concert - illegally.

Rcvd this from Irving. Wonder if we will be next?

I told her he had a capias pro fine warrant from us and to arrest him if he comes to court !

Trish Nasworthy
Assistant City Attorney
City of Grand Prairie
200 W. Main
Grand Prairie, Texas 75050
972-237-8606
972-237-8650 fax

Confirmation and affirmation of their plot to conspire to deprive me of my right to liberty and other protections of law, (see Title 18 USC 241, 242, 245 and several others), in retaliation for my simply propounding discovery and demanding the rules of law be followed.

-----Original Message-----
From: Candace Chappell [mailto:cchappel@cityofirving.org]
Sent: Friday, April 18, 2014 11:39 AM
To: Patricia Nasworthy
Subject: Algoe

Thought you would enjoy his latest maneuvers

Candace

Again, Confirmation and proof that Candace Chappell not only conspired with others to deprive me of my rights and guaranteed protections of laws in the Irving case, but also participated in the Conspiracy against my rights, in violation of Title 18, USC Sec(s) 241, 242, and 245, among many other violations of law, in the Grand Prairie case by forwarding the (next page) letter I sent to the Mayor of Irving inquiring as to their procedures before filing a lawsuit against them for their abuses, to Patricia Nasworthy. This also confirms they believe the judicial system and people's rights to due process are arbitrary and laughable. In addition, this affirms they DO NOT FEAR PUNITIVE ACTIONS AGAINST THEM FOR THEIR MISCONDUCT, THEREFORE THEY ARE INVINSABLE OVERLORDS, AS THEY BELIEVE THEY ARE ABOVE THE RULE OF LAW because they are part of the Good ol' Boys club that will not hold them accountable thereby making a mockery of the Judiciary and oversight authorities.

NOTE: As stated in my complaint, not only did the Irving and Grand Prairie courts both NOT HAVE JURISDICTION to do anything but dismiss the cases - primarily because they could not prove Corpus Delicti and they REFUSED TO ABIDE BY THE LAW TO PROVIDE DISCOVERY or follow proper procedures, but when I cross examined the witnesses on the stand they each admitted THERE WERE "NO INJURED PARTIES OF ANY KIND," among several other admissions that REMOVED JURISDICTION FROM THESE COURTS. Therefore everything they did was CRIMINAL CONSPIRACY AGAINST RIGHT, CONSPIRACY TO CONVICT and RETALIATE UNDER COLOR OF LAW - (see Title 5 USC 556(d), 557 and 706 - once due process is denied all jurisdiction ceases, TITLE 18 USC 1951 "The Hobbs Act" and TITLE 18 USC 1961-1968 "The RICO Act").

April 7, 2014
Certified Mail #: 70122210000075587447

Randy Algoe
P.O. Box 821103
North Richland Hills, TX. 76182

IRVING Municipal Court
305 N. O'Connor Rd.
Irving, TX. 75061
(972) 721-3578

Attn: Mayor Beth Van Duyne and/or whomever else it may concern.

re: Federal lawsuit against the City of Irving, TX., City atty Candace Chappell, and Judge Rodney Adams, in their official and individual capacities, et al.

Dear Mayor Beth Van Duyne,

I have contacted your clerk not only requesting a meeting with you and the city council and/or commissioners, but also requesting that you commence an investigation into misconduct and a full blown Quo Warranto investigation into the misconduct and misapplication of law by the employees, staff, agents, contractors, etc. of the municipality of Irving, TX. I was told that an email request would suffice. I submitted said email and have not received any kind of response whatsoever.

I am therefore making a claim for violations of my civil rights and other causes of action in Federal Court. I hereby request from you, that you provide any and all details of process and filing requirements and pre-filing requirements for such actions to be mailed to me at the P.O. Box listed above within 10 days of the postage date of this letter. Consider this letter to be you being put on notice for any requirements you need to meet that. Failure to respond will be considered as your waiving of any pre-lawsuit requirements that you may have.

Sincerely,
Randy Algoe

June 11, 2014

Attorney General Greg Abbott
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711 2548
fax: (512) 494-8017

Attn: Texas Attorney General Greg Abbott and whomever else in the AG's office that this may concern...
CC: Texas Commission on Judicial Conduct; State Bar of Texas; Dallas County District Atty.; Travis County District Attorney; Texas Association of Municipalities: and any State and Federal agencies and political entities, and news organizations I choose to forward this to.

**THIS IS A VERIFIED COMPLAINT AND REQUEST FOR INVESTIGATION as well as demand that the government bodies referenced herein are ordered to produce all things I've requested in the Open Records Act and FOIA request.**

My name is Randy Algoe. I am in receipt of a copy of a letter sent to you from the municipality of Grand Prairie, TX. I believe there are several misrepresentations of fact in said letter to you, as well as acts of intrinsic and extrinsic fraud in an attempt to secure your office in assisting them in furtherance of their frauds and misconduct. I, as a citizen, am deeply offended at the flood of misconduct by these public servants. I fight citations not only because it's my absolute right to do so, but because most of them are in violation of the law (Title 18 USC § 245 - Federally protected activities, "Fraud" Title 18 USC § 1001), and especially the Hobbs Act (Title 18 U.S.C. §§ 241 and 242), additionally the prosecution in my experiences always violate the Brady Rule, among several other laws. Further, in my experience most municipal court judges and JP court judges either DO NOT know the law or just plain don't care what the law is and/or how they're violating the rights of the people. They hide behind the false cloak of judicial immunity when in fact they exceed their jurisdiction and authority in their wanton pursuit of **revenue**. When they exceed the limits of their office they usurp powers the do not legally posses, thereby rendering themselves mere interlopers and trespassers of the law. They do so under color of law, color of office, and color of official right, when in fact they are engaging in conduct for their own unlawful enrichment and that of the Municipality and the State. For this cloaked immunity fraud purpose I only recognize any authority of their office under "Admiralty Jurisdiction."

When someone like me stands up for his rights and attempts to force them to abide by the rule of law and PROVE EVERY ELEMENT of the charge of a "crime," they get PISSED and retaliate with conspired, complicit, and coordinated vengeance. It is my firm belief we have such a case here with the staff and Officers of the Court of Grand Prairie and Irving, TX. Further, at no time in either alleged case did a "Plaintiff" make an appearance. I therefore and hereby demand you do a full blown investigation (and a writ of quo warranto investigation) into their conduct, because I know I'm not the only

one they've violated, and their actions are to unlawfully intimidate me (and anyone else) into compliance of their illegal activities. Further to this point, on January 28th 2014 I appeared at Grand Prairie municipal court for a pre-trial "hearing," but there was no such hearing as the Judge himself (Chad Bull) FAILED TO APPEAR in violation of my rights to such hearing, and I believe in embezzlement of municipal funds for failure to perform his required duties. The same thing happened in the Irving case with Judge Rodney Adams. The Grand Prairie asst prosecutor (Megan Suarez) then attempted to negotiate a plea-bargain with me and added that "IF" you would agree to pay the lesser fine, then "**THIS JUDGE will keep it off your record, AND HE CHARGES A $25 FEE to do so.**" She wrote that figure on the cover of the jacket of the case, which is why I requested a copy thereof. This, to my understanding, meets the elements of the crime of "**Inducement of Bribery**" as the prosecutor and judge have conspired to offer the alteration of the state record in exchange for cash. Further violations of the Hobbs Act.

You will see in the Municipality's letter to you that they make several assertions; the biggest fraud of them all is that there was a case. There was not. There was only an illegal accusation of a crime that did not occur, but on cross examination the officer testified that he didn't even know what the elements of a crime were. Further they had illegal ex-parte communications with not only each other, but with the prosecutor from the city of Irving, where, as expressed in their email correspondences, they are ILLEGALLY exchanging information to coordinating a vengeful attack against me simply because I requested records that would make them prove their case and which I believe will ultimately show their own many violations of law and criminal conduct. Further, they have stated in that letter to your office that I did not file an appeal. THAT IS A LIE = misconduct for misrepresentation of material facts to your office = intrinsic and extrinsic fraud!

The record shows than I not only filed a notice of appeal, but also filed a motion to arrest the judgment and therein requested that IF the judge denies said motion then I DEMAND that the clerk of the court file the appeal on my behalf and I cited the state law that requires them to do so. THEY INTENTIONALLY FAILED TO ABIDE BY THAT LAW (just like all the other laws they defied) so that they could falsely claim that I did not file an appeal and so that they could continue to abuse me by their intent to extort money from me without proper due process of law, along with threats to arrest me for failure to comply with their illegal acts, all under color law.

I have several documents and points of law to show you and a proper court of law which clearly would show that neither of these municipal courts had proper authority or jurisdiction as they FAILED TO PRODUCE DISCOVERY OR AN INJURED PARTY and they FAILED TO SHOW THEY EVER HAD A CASE OR STANDING. The very essence of a crime is defined by Corpus Delicti and they failed to prove every element or any element really to prove a crime occurred. A Judge is REQUIRED BY LAW TO VERIFY THAT ALL ELEMENTS OF A CRIME EXIST "BEFORE" ALLOWING A CASE TO BE CHARGED AND TRIAL TO BE SET. THIS JUDGE FAILED IN HIS DUTY TO DO SO, as most municipal and JP judges do. Therefore, the Grand Prairie and Irving courts are nothing less than kangaroo courts hell bent on violating my rights and the rights of

others. I myself was verbally abused by the prosecutors in both actions. And in the Grand Prairie action the prosecutor even unlawfully threatened me with arrest if when I attempt to leave the court. Further, I witnessed both attorneys for Grand Prairie (Patricia Nasworthy and Megan Suarez) unlawfully intimidate two others that were there to fight their tickets. They were trying to intimidate the other two defendants into paying them money by stating "they (the prosecution) would still accept the lesser fine but if they (the defendants) proceeded to trial they'd lose because the jury is the same jury as earlier that day and they convicted those defendants for the same violations and they will convict you too." - This is blatant misconduct and I'd be more than happy to testify against them for such.

Every bit of the information I requested in my Open Records Request is needed and I'm entitled to it. Further, they stated many times in the letter to you that there was no finding of fact and conclusions of law for any rulings the judge made. That affirms that they have no authority of law to support what they've done. It is my educated opinion they are refusing these things to cover up their misconduct. Also note that there were several things the witnesses (and the Judge) stated on the record that also affirm their many acts of misconduct. The judge attempted many times to deprive me of citing the law and the Constitution and refused to insert any of my points of law in the jury instructions, and he even threatened to find me in contempt if I continued to assert my rights. Only under duress did I back down as I knew I could cite the record for his misconduct later.

Further, he is REQUIRED by LAW to inform the proper authorities of misconduct of other officers of the court. He failed to do so (and vise-versa against him) and they are now trying to cover it up by refusing to provide me the audio copy of the record. They falsely claim they can't provide it as they are under contract with an undisclosed outside source, but I was in the courtroom when the judge had the bailiff burn a cd/dvd copy of the audio record during the jury deliberation. In fact he had to postpone the jury re-entering the court for this reason. THAT record was produced in court and I'm entitled to a copy thereof.

Further, they have stated that the reason for depriving me of it is because they want their own people to profit to the tune of $600 to transcribe the record. There is no law I know of that allows them to deprive me of such record because they want their insiders to profit. That to me would be another act of extortion and racketeering on their part (violations of the Hobbs act and the RICO act). Further, the court has illegally assessed a cost of $25 for just the REQUEST of the transcription. This, to me, would constitute another act of extortion and racketeering. Such would also violate the Brady Rules.

Further, the court illegally assessed an "overtime" charge for the officer's appearance, and then listed it as "Restitution for the City Police Department," even thought there was no one that testified as to any injury to the City whatsoever, and in the face of the officer testifying that there were NO injured parties at all. Additionally, not only does this expose the witness as an interested party, thereby bias and prejudice towards a conviction, therefore impeached by function of law, but THE JUDGE IS AN

INTERESTED PARTY AS WELL. The Judge should have recused himself immediately as he was exposed as a bias and prejudice judge as well as having unlawful ex-party communication with others and without my knowledge or consent, and was an interested party as a beneficiary of the revenue funds they were seeking.

Further, the files that I received so far show that the prosecutor knew she should have motioned to reschedule the trial because she had failed to produce discovery AS ORDERED BY THE COURT, but she had ulterior motives as she was plotting my arrest based upon a fraudulent warrant from the city of Irving, that I'd already demanded be revoked and it was, but she still had unlawful ex-parte communications with the officer, the Judge, and the prosecutor of Irving in this fraudulent pursuit to deprive me of my liberty and multitude of other acts of misconduct. The email exchanges between them unequivocally shows this illegally coordinated attack with knowledge and intent to deprive me of my right to liberty. Further, in one of the emails, the prosecutor for Grand Prairie (Patricia Nasworthy) is admitting to the officer that they are coordinating my arrest when I appear in court (basing it on a bogus and already revoked warrant from Irving), which is the real reason why she doesn't want to ask for a rescheduling of the trial. Further, she makes derogatory statements about me being a "disagreeable fellow" when in fact I had NEVER met or spoken with her before. I had simply filed motions for discovery under the rules off law. It couldn't be clearer that she plotted her revenge as retaliation just because I requested the evidence they are required to produce.

Further, in the documents I've received via my open records request there are three pages where the Judge has denied my motions. I NEVER received said documents prior to the response to this open records request. It would be my expectation that these documents (each dated Feb 27, 2014) are back dated forgeries.

Further, they stated in their letter to you that they provided me the information for filing my appeal and about other things they are required to convey, but they never did so. That is more misinformation they have fed you.

In my opinion, and it is hereby my request that they be fully investigated for what I believe to be several criminal acts, then upon the full investigation and Grand Jury indictment, they be arrested and prosecuted for their misconduct.

Further, the Judge forced me to sign an "application for payment" form that I did not want to sign, by threatening that I could not leave until I did so. I left several items blank as I believed they violated my rights, but the clerk then filled them in and instructed me to initial them. -- I then signed it and noted therein that it was signed under objection and duress.

Further, my open records request was ALSO A DEMAND UNDER THE FREEDOM OF INFORMATION ACT, which the TX AG has NO authority to deprive me of, therefore the AG's office MUST inform them that it has no authority to issue such opinion as such is outside of the AG's jurisdiction. To that end, they have now VIOLATED THE FOIA REQUEST by not responding to it.

As for points of concern in the trial process itself:
I motioned the court for assignment of council citing the U.S. Constitution.  The judge denied such even when he had no authority to do so, as the Constitution is very clear that citizens are entitled to representation when accused of ANY and ALL crimes.

I also propounded discovery and cited State and Federal law.  The Judge took the extrajudicial position of ordering the State to produce the discovery and cited article 39 (as the record will show) even though the Prosecution had not opposed the motion/request.  The law is clear and there is no need for a court order, but the order effectually enhanced the requirement.  The prosecution violated the law and the order of the court by failing to produce such.

On the day of trial, I attempted to file a motion in limine', which the judge attempted to refuse several times.  I then attempted to cite laws therein and the judge attempted to silence me so that my statements would not be on the record.  I then spoke over him with my demand that "I HAVE THE RIGHT TO CITE THE LAW IN A COURT OF LAW."  Then I continued to speak over him as he was not conducting the court in the manor required by law under the Rules of Judicial Administration or in accordance with the Code of Judicial Conduct.  I objected to the case going forward as the prosecution failed to provide the discovery demanded.  He then stated that he ordered them to provide it and I agreed that he'd done so.  The prosecutor (Patricia Nasworthy) stated they didn't provide it because I had refused to give my phone number.  I argued that my phone number was irrelevant and I did not have to provide it, but that they had my P.O. Box and were required to produce the discovery to that address.  And by her failure to produce it the court is required to dismiss the case and I requested it do so as they have nothing that can legally be introduced, no evidence, no witnesses, no testimony, etc.  THEY HAVE NO CASE!  It MUST be dismissed.  The judge then argued on her behalf that he ordered it to be produced "as soon as practicable" and he then asserted that the day of trial was only about two weeks from the date he ordered they produce it, and thereby the day of trial was acceptable.  I then argued that I again agreed that he stated that in the order, but it has no effect as the law he ordered they abide by states that the prosecution SHALL produce it or make it available for examination and copying no less than 20 days BEFORE trial. -- The judge actually spoke over me several times as I attempted to cite that portion of the law for the record in an illegal attempt (misconduct) to keep me from getting it in the record, but I kept raising my voice to assert my rights over his attempt to deprive me of such.  I then asserted that I desire to file the motion in limine with the court and after several time of my making the demand, he finally accepted it and only quickly skimmed through the pages then denied it.

The prosecution then stated that they'd agree to a continuance of the trial if I requested it, so that I could have opportunity to get that discovery.  I refused by stating that the prosecution has a duty to be prepared for trial and they are not because they have failed to produce discovery as required by law and today is the date of the trial, therefore everything they claim to have is inadmissible as hearsay, therefore the court MUST dismiss the case.  The judge chose to defy the procedures of law and forced me

to defend myself on the spot without due process of law. He was allowing them to submit anything and everything they had even though such violated the law and exceeded his authority and jurisdiction.

Upon submission of the exhibits I again objected as inadmissible as hearsay. The judge reprimanded me for my objections. The officer testified against my objections. On cross examination I asked several specific questions such as do you see on any of these documents a notice of certification. He answered no. I asked if these were engineering study or survey reports. He answered no. I asked what the title of these documents was. He responded "Work Order." I asked is a work order the same as an engineering and survey study or report. If I recall correctly he answered "no" (but it may have been that he didn't know). I asked if he was accusing me of a crime. He answered in the affirmative. I then asked if he could tell the jury what each elements of a crime are. He started to say no, but then the prosecutor erupted with an objection that he didn't know that. I objected to her objection and stated "You can't answer for him, and you don't know what he knows." The judge took no actions against her for giving the witness cues on how to answer. -- I then asked the officer if he doesn't know what the elements of a crime are, then how can he accuse someone of committing a crime. Again the prosecutor flew out of her seat with her objected that he couldn't possible know the answer to that and that he wasn't required to know. Again I objected to her conduct and the judge again took no actions against her. He should have disqualified her on the spot and removed her from the court for answering as a witness and giving verbal cues to the witness on how to answer.

The prosecution then brought in a city employee that apparently is in the work order department, to testify about the documents they produced in trial (exhibit #4). I objected as I had never heard of her before, and she had never been made available to me prior to trial. The judge, with complete indifference, overruled my objection. During her response to the prosecutors question she added that there was a study done around 1998 for the placement and need of the sign(s) BUT that DUE TO MAJOR CONSTRUCTION ON THAT ROAD THE SIGNS WERE REMOVED and some time later another city worker decided to have them re-installed at will. In my cross examination we re-addressed that issue. I asked if exhibit #4 was an engineering study or report. She answered no. I asked if she could identify what the documents were. She responded "Work Order." I asked if a work order was anything like a study or report. She said no. I asked if she or the prosecution has supplied ANY engineering study or report. She answered no. I asked if these documents (exhibit #4) were certified. She answered no. I asked what the purpose of most signs including a no right on red sign were/was. She answered "for safety." I asked what was the purpose that was cited for the need for these signs to be placed. She said visibility of cross traffic of less than 150 feet (as is also pointed out in the exhibit #4 and now again in other documents I've received in my open records request - note these other documents were exculpatory and were deprived of me in discovery as well). I asked then if someone had a truck like mine that sat high, had a lift kit and big tires and could see over that hand rail she stated was the obstruction for a mile or two down the road in that direction, then this sign would not apply, would it? She started to respond "no" but again the

prosecutor erupted with objections over her response.

When I cross examined the officer, he testified that all cars had already passed by and there were no more cars anywhere in sight. He testified that I had not pulled out in front of anyone and that I had not startled anyone because there was no one there. I then asked if I caused an accident or injured ANYONE. He answered no. I then restated for clarity, "SO THERE WERE NO INJURED PARTIES?" He answered no. I then motioned the court for an immediate dismissal as the witness has stated there are no injured parties and the evidence, aside of it being inadmissible, does not support that a crime was committed. The judge denied my motion out of hand and with total indifference and arrogance. He intended to have me convicted at any expense.

**Further, as defined under the U.S. Constitution, regardless of "Commercial" drivers license requirements, I have the unalienable RIGHT to Travel without fear of government interference or persecution. This basic RIGHT has been repeatedly deprived of me and I did then and do now live in FEAR of illegal actions against my person and my liberty by my own government. Freedom of movement under United States law** is governed primarily by the Privileges and Immunities Clause of the United States Constitution which states, "The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States." As far back as the circuit court ruling in *Corfield v. Coryell,* 6 Fed. Cas. 546 (1823), the Supreme Court recognized freedom of movement as a fundamental Constitutional right. In *Paul v. Virginia,* 75 U.S. 168 (1869), the Court defined freedom of movement as "right of free ingress into other States, and egress from them."

Further, for the officers of the court to fail to report crimes of other officers of the court is "Misprision of Felony" under Title 18 USC § 4. The Judges in these two municipal courts should also be investigated for failure to prosecute the Attorneys they have conspired with.

Further, the few emails I have received thus far in my open records request not only show an illegally conspired and coordinated vengeful intent "to get me put in jail" but they clearly elude to the fact that these individuals have had further extensive communications in their wanton efforts, and they have FAILED to produce ALL the emails and other things I've requested that would further reveal their bad acts and intents to commit future bad acts, such as the culmination and creation of the bogus, trumped up and CRIMINAL acts of creating the situation to generate fraudulent warrants for my arrest. They have already committed these crimes, but if I am actually arrested (as stated in my open records request letter) then they will have conspired to and actually committed the CRIME of KIDNAPPING and being held for ransom as the courts in the underlying cases DID NOT POSSES THE AUTHORITY OR JURISDICTION OR STANDING TO EXECUTE A TRIAL AS THERE WERE NO INJURED PARTIES WHATSOEVER AS ADMITTED BY OFFICER SHAWN WARD UNDER OATH (in the GP case), AMONG ALL THE MULTITUDE OF VIOLATIONS OF DUE PROCESS AND RULES OF JUDICIAL ADMINISTRATION, AS WELL AS THE MULTITUDE OF COUNTS FOR MISCONDUCT BY THE JUDGE AND PROSECUTORS, including, but

not limited to, the deprivation of the totality of discovery I demanded, including engineering and survey studies and reports (exculpatory evidence), among many other things. For clarity, the emails also reveal a coordination of a criminal enterprise to further violate my rights to due process and liberty as pure retaliation for my standing up for my rights and demanding due process and other protections of law. These are clearly illegal retaliation violations of my Constitutional Right to confront my government for redress of grievances.

Further, the mailing of a huge post card by Grand Prairie, which is labeled "WARRANT NOTIFICATION" I believe is a criminal violation of the fair debt collections act (Title 15 USC § 1692a-n) for not only being a post card mailed through the U.S. Postal system in violation of that act, but in addition as there was no contract for any debt to the government or the corporation of the government, and they never even attempted to provide an "Original Wet Ink Signed Contract" (as it did not exist), and as the due process guarantees of the U.S. and Texas Constitutions and subordinate laws were deprived of me, thereby acts of FRAUD were committed by the FOR PROFIT CORPORATION of the municipalities herein referenced, and in addition they failed to disclose to the jury who the true interested parties (themselves) were, which is defined in the ruling document by Judge Bull "AFTER" the jury ruling, that evidenced the City of Grande Prairie as the beneficiary (by the words "for the benefit and use of the City of Grand Prairie"). As such undisclosed interested parities to the jury, they have by legal definition impeached themselves/itself as bias and prejudice interested corporate parties and/or agents thereof, engaged in fraud and other illegal activities, thereby voiding the entire action by function of law. And there was no evidence or testimony entered (lawfully or otherwise) as to the validation of a debt, therefore there can be no collection for it, therefore any warrant issued for arrest to force a debt collection (as even the court itself started that it was a FINE ONLY action) is in violation of the U.S. and Texas Constitutions of debtors jail. Further to the point of the mailing of the Post Card for the intent to collect a fictional (fraudulent) debt (18 USC § 514 "Fictitious Obligation" prohibited), such is also the crime of "Mail Fraud" (18 USC § 1341, also see 18 USC § 1961, 18 USC § 1951). This is why I requested the disclosure of any and all persons in the Grand Prairie municipality that authorized the illegal mailing of the post card. THEY MUST PROVIDE ME THAT INFORMATION. And the Judge of said municipal court (Chad Bull) MUST report those violations of law to the proper authorities, even if he himself authorized it.

Further, in the Irving case, there were MANY similar violations of law by Judge Rodney Adams and Prosecutor Candace Chappell (and others). I hereby file a complaint for misconduct against each of them as well. Notably in that alleged case, I propounded discovery and they completely ignored it. In fact they INTENTIONALLY and DEFIANTLY ignored it. Additionally, I argued that LIDAR information was INADMISSIBLE AS HEARSAY and cited Waco Case Law that made it abundantly clear that LIDAR HAD NOT BEEN JUDICIALLY NOTICED AND A FULL BLOWN KELLEY GATE KEEPER HEARING WOULD BE REQUIRED BEFORE IT COULD BE JUDICIALLY NOTICED. Judge Rodney Adams CRIMINALLY allowed it to be submitted as evidence anyway 'BECAUSE HE WANTED TO." Further, the "witness" officer stated

under oath that he had never even read the users manual, among many other admissions that would cause a real judge to throw the case out at the very instant of such admissions. The prosecution, nor the witness provided ANY admissible evidence whatsoever, AND the witness in that case as well admitted THERE WERE NO INJURED PARTIES OF ANY KIND. Again, I motioned the court on more than one occasion to dismiss the case due to these failures to produce evidence or injured parties, and for other violations of law. The judge intentionally and wantonly ignored the law and denied my motions. Further, Judge Adams also CRIMINALLY violated my right to cite the law and the Constitution on MANY occasions, but most notably, he refused to allow me to even utter the words "Corpus Delicti" in front of the jury or allow me to reference what that term means. There are multiple violations of my rights in that single act. In addition, he too refused to allow me to insert referenced to the Constitution or Bill of Rights in the jury instructions/charge. Further, at the start of the alleged trial I again filed 2 motions in limine' and argued their several legal points that made the alleged case not a case at all and in fact was malicious prosecution for which I promised to file complaints against them for such violations of law. Knowing they were put on notice instead of abiding by they law, the CRIMINALLY RETALIATED, as is now confirmed by the emails I've discovered in my open records request to Grand Prairie. Additionally, the Irving court staff then furthered their retaliation by contacting the Texas DPS to assert that I was in violation of my driving privileges and the DPS then did take further illegal actions against me based on said unlawful information. Also note that I had done an Open Records Request with the City of Irving and many of the things I requested WERE NOT PROVIDED, which are further VIOLATIONS OF LAW. Further to the DPS issue, the Texas DPS (including Director Steven McCraw) has repeatedly violated my rights and their duties as is already on record, which has transpired by a fraudulent action from Florida where I was physically abused by a Florida Trooper, Robert Harrigill, and cited for a NON-CRIMINAL Civil Infractions of speeding "49 in a 70 MPH zone." Yes, you read that right! Trooper Harrigill even twice under oath voluntarily admitted that "THE REASON HE PULLED ME OVER WAS BECAUSE HE THOUGHT I WAS HISPANIC!" Not because he thought I was speeding, but because he thought I was Hispanic. Also note that I was deprived of EVERY CONSTITUTIONAL RIGHT in the Florida case including a jury trial, discovery, representation, etc. Further, I was held at gunpoint and assaulted & battered by Trooper Harrigill and I demanded legal action against him, but nothing was done. Further, I demanded that the Texas DPS investigate several violations of my rights by the Florida public servants, but instead, the DPS (including Steven McCraw) furthered the violations by taking illegal additional illegal actions against me and my privileges and rights. Additionally, I have reason to believe that when I complained to the FBI and DOJ about Florida's misconduct as well as Steven McCraw, McCraw then illegally used his insider connections with the FBI to bury the investigation, as is evident by a letter Congressman Michael Burgess received at my request to look into why the FBI had not responded to my complaint. Note: as you certainly know, McCraw is an ex-FBI agent. Further, when I "initiated" a complaint with the Inspector General for the DPS, I stated in my complaint that I had a lot of information and I requested phone and face to face meetings with the investigators to convey the details of my complaint. I never heard anything from her until I then received a letter stating that she's "done a full

investigation" and concluded the DPS was correct. HOW IN THE HELL can she have done a FULL investigation without having EVER contacted me to get my information? She too has committed acts of misconduct and malfeasance, misfeasance, and non-feasance by her actions and lack of actions, both. She too should be investigated for misconduct, and I request you do so.

Again, I have a CONSTITUTIONAL RIGHT to travel without fear from abuse from my own government, yet the government itself has acted to further the abuses by covering them up and then furthering the persecutions against me. IT IS EVERY PUBLIC SERVANTS SWORN DUTY TO PROTECT AND DEFEND EVERY AMERICAN CITIZEN'S INDIVIDUAL RIGHTS, AND I DEMAND THEY DO SO!

**Again, it is my firm belief that there have been many violations of law such as referenced in my several pleadings and herein, by the court staff and officers of the court that warrant a full blown investigation.**

Further, I did a similar Open Records Request from the Irving Municipality and I now know for a fact as evidenced in the emails I now have from Grand Prairie that they have also suppressed the records I requested, and there are now communications that have transpired since then in their coordinated acts to violate my rights, thus a full blown investigation against the Irving staff and officers of the court for their illegal misconduct is also warranted. These abusers, in attempts to try and extort money from me by false accusations of crimes and in violation of my due process rights, have themselves committed several very serious crimes against me and in breach of their official duties **under color of law.**

I hereby DEMAND to have a sit down, face to face meeting with each and every enforcement entity in regard to my complaints against these public servants where I can fully convey the evidence for their many acts of misconduct. I'd further like to request and hereby do make such request that a qualified attorney be assigned to me to represent me in the entirety of these complaints. I believe such is lawful and required as there are many legal points that I am not qualified to execute, and since there is apparently a warrant for my arrest by the City of Grand Prairie, as bogus and illegal as it is, then I am entitled to such under the Constitutions of the United States and Texas.

You, Mr Attorney General, are the overseer of these public servants and it is your responsibility to make damn sure they are in compliance with the law and to remove them from office and/or take all appropriate actions to remove each and all of them individually and severally from public office and to prosecute them or have the appropriate entities prosecute them for their many acts of misconduct. YOU have a systemic FAILURE of the Texas Judiciary on your hands that violates the rights of thousands, and I'd even say hundreds of thousands of citizens of this once great state that my ancestors gave their blood and treasure to create, and as the head law enforcement officer of the State, YOU are required to take ALL appropriate actions to rectify it. I have conveyed some of this information to your office before, and it's fallen

on deaf ears. I again demand you take all legal actions under the powers of your office to do as I have requested and as you are required by your oath of office, forthwith.

I therefore also make this formal request to schedule a meeting with you directly, face to face, to review these issues and your lawfully required and intended actions thereof. Please have your scheduling staff contact me as soon as possible for the scheduling of said meeting.

It is therefore my prayer that you order them to produce everything I requested and that your office take appropriate actions to forward this complaint to the proper authorities for investigation and prosecution of these rough public servants. I have a Constitutional RIGHT to defend myself and confront my government for redress of grievances without fear of retaliation, and they have each and all violated my several Constitutional Rights and the rights of others. It is further my request that YOU ascertain copies of all the records from both Grand Prairie and Irving municipalities for good keeping so that the municipality can not somehow lose them or "unintentionally" destroy them.

Sincerely,
Randy Algoe
P.O. Box 821103
N. Richland Hills, TX, 76182



Exhibit "F"

# A NEWLY LEAKED LETTER FROM A MISSOURI MAYOR TO LOCAL POLICE



Date: April 18, 2014

To: Edmundson P. D. – Sergeants and Patrolmen

Subject: Traffic tickets

In the past several weeks, the Board and I have noticed a marked downturn in traffic and other tickets being written by your department. It is correct that we have no quotas and want only "good tickets" written. However, we do have a record of your past performance to compare to your current performance and the picture that I see is a very disappointing one.

I wish to take this opportunity to remind you that the tickets that you write do add to the revenue on which the P. D. budget is established and will directly affect pay adjustments at budget time.

It is and has always been the desire of myself and the Board to provide a safe and pleasant work place with good compensation and benefits for everyone. However, our ability to continue doing this is being compromised by your work slow down. I realize that your work production records are directly affected by many extenuating circumstances and those factors are always accounted for as your work records are reviewed by myself and human resources.

# SHOWS THAT REVENUE GENERATION IS TOP PRIORITY AND THAT COPS' JOBS DEPEND ON HOW MANY TICKETS THEY WRITE

3-15CV-1162D

JS 44 (TXND Rev. 2/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Randy Algoe

**DEFENDANTS**
State of Texas Et Al (see attached for full list),

**(b)** County of Residence of First Listed Plaintiff: Tarrant
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Travis
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pro Se

Attorneys (If Known)

RECEIVED
RAN
APR 16 2015
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☒ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
violation of civil rights under Title 42 U.S.C. sec. 1983, 1985, 1986

Brief description of cause:
Hobbs Act, RICO Act, Brady Rule, and a multitude of other civil rights violations.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 100,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) PENDING OR CLOSED:** (See instructions)
JUDGE TX - SEE ATTACHED FOR FULL LIST
DOCKET NUMBER 16141954

DATE 04/15/2015
SIGNATURE OF ATTORNEY OF RECORD
Randy Algoe - Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______